Liberty Mutual INSURANCE

Coverage is Provided In
Ohio Security Insurance Company

**Business Automobile**
Revised Policy Declarations

Policy Number:
BAS (19) 55 52 95 14
Policy Period:
From 05/31/2018 To 05/31/2019
*12:01 am Standard Time
at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT 006**  2017 CHEVROLET SILVERADO 2500HD  VIN: 1GC2CUEG1HZ193022

| Rating Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 01189 | $35,010 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $351.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $613.00 |
| | **Total Premium** | **$2,130.00** |

## ITEM FOUR: HIRED AUTO COVERAGE

| | Estimated Annual Cost of Hire | Rate Per Each $100 Annual Cost of Hire | |
|---|---|---|---|
| **Liability** | $1,000.00 | 1.078 | $89.00 |
| **Comprehensive** | $1,000.00 | .742 | $25.00 |
| Actual Cash Value or Cost of Repairs, whichever is less, minus $0 Ded. for each covered auto, but no deductible applies to loss caused by fire or lightning. | | | |
| **Collision** | $1,000.00 | .913 | $25.00 |
| Actual Cash Value or Cost of Repairs, whichever is less, minus $500 Ded. for each covered auto. | | | |

**Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.**