# Liberty Mutual INSURANCE

Ohio Security Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
BAS (19) 55 52 95 14

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time at Insured Mailing Location*

## ITEM ONE:

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | $7,087.00 |
| | Covered Auto Symbol(s) 01* | |
| **Medical Payments** | $5,000 per person | $330.00 |
| | Covered Auto Symbol(s) 02* | |
| **Uninsured Motorist Bodily Injury** | Coverage  Limit | $120.00 |
| Missouri | Uninsured Motorists - Bodily Injury  $1,000,000 each accident | |
| | Covered Auto Symbol(s) 06* | |
| **Underinsured Motorist** | Coverage  Limit | $396.00 |
| Missouri | Underinsured Motorists  $1,000,000 each accident | |
| | Covered Auto Symbol(s) 02* | |

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08


EXHIBIT "4"

Liberty Mutual INSURANCE

Ohio Security Insurance Company

**Business Automobile**
Revised Policy Declarations

Policy Number:
BAS (19) 55 52 95 14
Policy Period:
From 05/31/2018 To 05/31/2019
*12:01 am Standard Time
at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT  006           2017   CHEVROLET SILVERADO 2500HD           VIN:  1GC2CUEG1HZ193022**

| Rating Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 01189 | $35,010 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| **Liability Insurance** | | $1,025.00 |
| **Medical Payments** | | $55.00 |
| **Uninsured Motorist** | | $20.00 |
| **Underinsured Motorist** | | $66.00 |
| **Physical Damage** | Comprehensive - Actual Cash Value Less $500 Deductible | $351.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $613.00 |
| | *Total Premium* | *$2,130.00* |

## ITEM FOUR: HIRED AUTO COVERAGE

| | **Estimated Annual Cost of Hire** | **Rate Per Each $100 Annual Cost of Hire** | |
|---|---|---|---|
| **Liability** | $1,000.00 | 1.078 | $89.00 |
| **Comprehensive** | $1,000.00 | .742 | $25.00 |
| Actual Cash Value or Cost of Repairs, whichever is less, minus $0 Ded. for each covered auto, but no deductible applies to loss caused by fire or lightning. | | | |
| **Collision** | $1,000.00 | .913 | $25.00 |
| Actual Cash Value or Cost of Repairs, whichever is less, minus $500 Ded. for each covered auto. | | | |

**Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.**

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08

| | |
|---|---|
| POLICY NUMBER: | **COMMERCIAL AUTO**<br>CA 21 04 03 06 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI UNINSURED MOTORISTS COVERAGE

For a covered "auto" registered or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:



    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**SCHEDULE**

| |
|---|
| **Limit Of Insurance:** $                **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Case 5:21-cv-00976-D Document 315-4 Filed 10/28/22 Page 44 of 108

A. **Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

B. **Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members". However, this does not include any "family member", other than the Named Insured's spouse, who owns an "auto".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

C. **Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by any person while "occupying" or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any "family member", that is not a covered "auto". However, this exclusion does not apply to an individual Named Insured.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D. **Limit Of Insurance**

1. Regardless of the number of "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

   However, if "bodily injury" to which this coverage applies is sustained by any person other than an individual Named Insured or any "family member", the Limit of Insurance shown in the Schedule or Declarations for this coverage is also the most we will pay regardless of the number of covered "autos".

2. If there are two or more covered "autos" that are not trailers, and "bodily injury" is sustained by an individual Named Insured or any "family member", our Limit of Insurance for any one "accident" is the sum of the limits applicable to each covered "auto" which is not a "trailer". Subject to this maximum limit of liability for all damages:

a. The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations for this coverage, at the time of the "accident".

b. An individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers' compensation, disability benefits or similar law.

E. **Changes In Conditions**

The conditions are changed for Missouri Uninsured Motorists Coverage as follows:

1. The reference in **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. The following condition is added:

   **ARBITRATION**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

5. **Two Or More Coverage Forms Or Policies Issued By Us** does not apply.

F. **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

**CA 21 04 03 06** © ISO Properties, Inc., 2005 **Page 3 of 4**

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   c. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

      (1) Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

      (2) Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying". The facts of the "accident" must be proved. We may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

However, "uninsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

b. Designed for use mainly off public roads while not on public roads.