**Dimples Carson**

---

**From:** Kristi Funck <funck@lytlesoule.com>
**Sent:** Monday, August 10, 2020 4:54 PM
**To:** Rick Bisher
**Subject:** FW: Brandon Wichert v. Re-View Windows

I neglected to mention that the auto carrier is Liberty Mutual. The assigned adjuster is Kellie Correia out of the San Diego office.

-Kristi

**From:** Kristi Funck
**Sent:** Monday, August 10, 2020 4:47 PM
**To:** rbisher@rbrlawfirm.com
**Subject:** Brandon Wichert v. Re-View Windows

Mr. Bisher:

This is in response to your letter dated 7/22/20. Thank you for the cut-and-pasted case law excerpt, that must come in handy.

In any event, the employer has notified their auto policy carrier of your request for UM coverage information. I am told that the adjuster will be sending you information directly re: policy coverage.

Please be advised that the workers' compensation carrier hereby asserts its subrogation rights against any amount recovered from said policy(ies) on behalf of Mr. Wichert.

Respectfully,

Kristi Bynum Funck
LYTLE SOULÉ & FELTY, P.C.
119 N. Robinson, Ste. 1200
Oklahoma City, OK 73102
405.235.7471
405.232.3852 fax
funck@lytlesoule.com

FOR MORE INFORMATION GO TO:  www.lytlesoule.net

IMPORTANT NOTICE:
E-mail to clients of this firm presumptively contain privileged and confidential information.  E-mail to non-clients are presumptively confidential and may be privileged.  The information transmitted is intended only for the person or entity to which it is addressed.  Any review, retransmission, dissemination or other use of this information, directly or indirectly, by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from all computers in which it resides.

1

**EXHIBIT "5"**