Philip D. Ryan
Rick W. Bisher *
Charles T. Simons
Tim Kent

Of Counsel:
Patrick C. Ryan

*RWB Legal Inc.

RYAN BISHER RYAN & SIMONS
*Attorneys at Law*
www.rbrlawfirm.com
RBRS Legal Group, PLLC
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116-1513
Phone: 405.528.4567 ~ Facsimile: 405.525.2123
Toll Free: 1.800.725.2222

LIFE MEMBER
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers In America

Rick W. Bisher, Esq.
Admitted to the United States Supreme Court and all Federal and State District Courts in Oklahoma
rbisher@rbrlawfirm.com

Legal Assistants Assigned to R. Bisher:
Dimples Carson
Karen Odom
Teresa Johnson

Tuesday, October 20, 2020

Kellie Correia
Liberty Mutual Insurance - San Diego, CA
PO Box 515097
Los Angeles, CA 90051

| Re: | My Client: | Brandon Wichert |
|---|---|---|
| | Insured: | Brandon Wichert |
| | Claim No: | 23840824 |
| | DOA: | May 15, 2019 |

Dear Kellie :

I hope this finds you well. I am submitting the instant settlement package for your consideration and attention. As you are aware, based on the circumstances of the accident and the investigation conducted by the investigating office and the workers' compensation carrier, liability is moot, and uninsured motorist coverage is triggered as a matter of law. Therefore, I will focus on the relevant issues of damages.

The medical records that we have in our possession are enclosed and the medical expenses paid by the workers' compensation carrier are contained in the itemized printout that is also enclosed.

As you are aware this was a serious accident that resulted in permanent injuries to Brandon. His injuries, treatment and impairment from the injuries are discussed by Dr. Litchfield in his April 8, 2020 report (enclosed), a portion depicted below:

Mr. Wichert is a 31-year-old male who sustained these injuries while employed by Review Windows, Inc. On May 15, 2019, Mr. Wichert suffered multiple severe injuries when he was a passenger involved in a work-related motor vehicle accident. He was transported to Skyline Medical Center where multiple CT scans were obtained revealing a comminuted and displaced left zygomatic/maxillary complex fracture, and fracture of the left process of the mandible, and a left orbital wall fracture. He also complained of neck, low back, and left shoulder pain. He underwent an open reduction internal fixation of the left zygomatic arch on May 30, 2019, at Oral and Maxillofacial Associates performed by Dr. James Andrew Wendelken. By his report, he was released, but underwent continued care with Dr. Dustin Rosenhammer regarding his facial injuries and headaches.

**EXHIBIT "14"**

At this time, Mr. Wichert suffers from headaches, pain and decreased range of motion in his neck, low back, and left shoulder. His neck pain radiates into his bilateral upper extremities with numbness and tingling, worse on the left. The symptoms in his neck are aggravated with physical activity involving lifting or repetitive movements with the neck.

The pain in his back radiates into his bilateral lower extremities with numbness and tingling, worse on the left. The symptoms in his back are exacerbated with physical activity involving lifting, bending, twisting, and sitting or standing in a static position for prolonged periods. Mr. Wichert suffers from chronic headaches that occur on a regular basis about two to three times a week. These headaches require medication and rest to obtain relief. He still suffers pain and tenderness around his eye socket and jaw. Due to his TMJ dysfunction that he has had to change some aspects of his diet because chewy foods or hard foods cause pain in his jaw. His jaw deviates to the right. The symptoms in his shoulder are aggravated with physical activity involving lifting even lightweight objects or away-from-the-body movements. Due to significant loss of range of motion in his shoulder, he is unable to perform any type of work involving lifting or reaching overhead.

Dr. Litchfield notes that Brandon returned to work despite the significant and severity of his ongoing symptoms, which include significant physical and emotional discomfort. He now has to deal with TMJ symptomatology along with his other lasting conditions. He was unable to work from May 15, 2019 through October 1, 2019. He experienced lost wages in the amount of $24,000.00.

Unlike in the workers' compensation system which compensates per a statutory rate, which has a current subrogation claim of $71,782.12, in a personal injury uninsured motorist claim, it is well settled that an injured victim is to be compensated for all detriment proximately caused by a negligent party. It is up to the jury to determine the amount and there are no statutory damage caps.

The jury is to consider medical and hospital expense, pain and suffering, loss of time and earning capacity, permanent injuries or lasting disability and health to mind or person, although not contemplated or foreseen. **Haco Drilling Company v Burchette, 346 P.2d 674 (Okla. 1961).** Pursuant to 23 O.S. § 61[1], an injured party is to be placed as nearly as possible in the same situation, which he would have occupied, had the wrong not have occurred. In Oklahoma, a wrongdoer who commits a tort is liable for the whole loss caused by his actions, and any compensation received by the injured party from a collateral source, wholly independent of the wrongdoer, will not lessen the damages recoverable from the wrongdoer. **Denco Bus Lines, Inc. v Hargis, 204 Okla. 339, 343, 229 P.2d 560, 564 (1951).** Furthermore, the law in Oklahoma clearly holds that "to establish loss of earning capacity there needs only be shown evidence of permanent disability, either total or partial. Jones v. Eppler, Okl., 266 P.2d 451 (1953)." ***King v. City of Guymon, 523 P.2d 1154, 1159 (Okla. Civ. App. 1974).*** "The recovery is for injury to the capacity to earn, and not for loss of earnings. Upon this basis an unemployed plaintiff is entitled to recover for loss of earning capacity, despite inability to show specific loss of earnings." ***Complete Auto Transit, Inc. v. Reese, 1967 OK 73, 425 P.2d 465, 469.***

[1] For the breach of an obligation not arising from contract, the measure of damages, except where otherwise expressly provided by this chapter, is the amount which will compensate for all detriment proximately caused thereby, whether it could have been anticipated or no." 23 O.S. §61.

In regard to causation of the injuries, such may be proven by either circumstantial or direct evidence. In a negligence case, Plaintiff need only make it appear more probable than not that the injuries he received, either in whole or in part, were caused by the Defendant's negligence. **Wego Perforators v Hilligoss**, 308 P.2d 113 (Okla. 1064). The issue of damages is left to the judgment of the jury, subjection to correction only if the jury was activated by prejudice or guilty of "abuse and passionate exercise." **Chicago, Rock Island & Pacific R. Co. v Hawes 424 P.2d 6 (Okla. 1967); Walton v. Bennett, 376 P.2d 240 (Okla. 19162).**

One of the dioagnoses for Brandon was a closed head injury, also known as a mild traumatice brain injury (MTBI). Although most patients with MTBI typically improve within 5 days, up to 20% continue to have post-concussive symptoms for an extended period of time following the initial injury. The most common symptom in the days, weeks or months following the initial injury is headache. Other symptoms may include nausea, fatigue, blurred vision, and sleep disturbances. Cognitive symptoms are also experienced in patients who sustain an MTBI including attention difficulties, memory problems, and executive dysfunction characterized by a lack of focus or a slowing in the thought process. These symptoms typically improve within 2 to 4 weeks following the injury, however, a subset of patients experience prolonged symptoms. Unfortunately, Brandon falls within this subset as the symptoms have persisted.

Thus, the damages that you are required to consider pursuant to Oklahoma law in evaluating his uninsured motorist claim include but are not limited to the following:

| | |
|---|---|
| Physical pain and suffering, past and future: | $100,000.00 |
| Mental pain and suffering, past and future: | $100,000.00 |
| Age: | 32 |
| Physical condition immediately before accident: | Excellent |
| Permanency of injury: | $75,000.00 |
| Physical impairment: | $200,000.00 |
| Disfigurement: | $35,000.00 |
| Impairment of earning capacity: | $50,000.00 |
| Medical expenses past : | $22,063.00 |
| Medical expenses future: | $40,000.00 |
| Lost Wages: | $24,000.00 |
| Total Damages: | $696,063.00 |

Please review this settlement package and respond as soon as possible so that your insured, Brandon, can resolve his claim. I look forward to working with you in resolving this matter.  If you have any questions, please advise.

Thank you.

Respectfully,

Rick W. Bisher

RB:rb/RB:rb
Enclosures

# The Broadway Clinic

*Injury Evaluation and Rehabilitation*

**Lonnie Litchfield, M.D.**
1801 North Broadway Avenue
Oklahoma City, Oklahoma 73103
Telephone (405) 755-2288

April 8, 2020

Ryan Bisher Ryan
Charles Simons
Attorney at Law
4323 NW 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116

Re: Brandon Wichert
Date of injury: May 15, 2019
Employer: Review Windows, Inc.
WCC # 2019-08128Q
PPI Report

Dear Mr. Simons:

Mr. Brandon Wichert was evaluated in my clinic on April 8, 2020, in regard to injuries that he sustained to his head, neck, low back, and left shoulder as a result of a work related accident while employed by Review Windows, Inc. He also suffered facial fractures to his cheekbone, jaw, and orbital socket.

HISTORY OF PRESENT INJURY

Mr. Wichert is a 31-year-old male who sustained these injuries while employed by Review Windows, Inc. On May 15, 2019, Mr. Wichert suffered multiple severe injuries when he was a passenger involved in a work-related motor vehicle accident. He was transported to Skyline Medical Center where multiple CT scans were obtained revealing a comminuted and displaced left zygomatic/maxillary complex fracture, and fracture of the left process of the mandible, and a left orbital wall fracture. He also complained of neck, low back, and left shoulder pain. He underwent an open reduction internal fixation of the left zygomatic arch on May 30, 2019, at Oral and Maxillofacial Associates performed by Dr. James Andrew Wendelken. By his report, he was released, but underwent continued care with Dr. Dustin Rosenhammer regarding his facial injuries and headaches.

At this time, Mr. Wichert suffers from headaches, pain and decreased range of motion in his neck, low back, and left shoulder. His neck pain radiates into his bilateral upper extremities with numbness and tingling, worse on the left. The symptoms in his neck are aggravated with physical activity involving lifting or repetitive movements with the neck.

The pain in his back radiates into his bilateral lower extremities with numbness and tingling, worse on the left. The symptoms in his back are exacerbated with physical activity involving lifting, bending, twisting, and sitting or standing in a static position for prolonged periods. Mr. Wichert suffers from chronic headaches that occur on a regular basis about two to three times a week. These headaches require medication and rest to obtain relief. He still suffers pain and tenderness around his eye socket and jaw. Due to his TMJ dysfunction that he has had to change some aspects of his diet because chewy foods or hard foods cause pain in his jaw. His jaw deviates to the right. The symptoms in his shoulder are aggravated with physical activity involving lifting even lightweight objects or away-from-the-body movements. Due to significant loss of range of motion in his shoulder, he is unable to perform any type of work involving lifting or reaching overhead.

PAST MEDICAL HISTORY

Mr. Wichert denies any previous work related or non-work related injury to his head, neck, low back, or left shoulder.

CURRENT MEDICATIONS

Gabapentin

DRUG ALLERGIES

Anesthesia

SOCIAL HISTORY

Mr. Wichert is a single male. He denies tobacco use, but admits to occasional alcohol consumption. Mr. Wichert has returned to work despite the severity of his ongoing symptoms caused by his work related injuries.

PHYSICAL EXAMINATION

Physical examination reveals a 31-year-old male who is alert, cooperative, and oriented to person, place, and time. He is 5 feet 11 inches tall and weighs 180 pounds. He is right hand dominant.

Physical examination of the head is normocephalic. Extraocular eye movements are within normal limits. There is palpable tenderness and multiple trigger points in the left temporal and mandibular regions and the left occipital area.

Physical examination of the jaw and mouth reveals tenderness to palpation over the left temporomandibular joints. Weakness is noted with resisted opening and closing of the jaw. There is slight lateral deviation and a palpable and audible click of the mandible with opening and closing. It appears that the jaw deviates to the right and closes with slight difficulty on that side.

Physical examination of the cervical spine reveals tenderness to palpation in the bilateral paraspinal musculature. Cervical range of motion is restricted in all planes. Cervical pain radiates into the bilateral upper extremities with numbness and tingling, worse on the left. Weakness is demonstrated in the cervical flexors and extensors. Jamar dynamometry testing reveals 100 pounds of force produced with the right hand and 90 pounds of force produced with the left hand. Foraminal Compression test is positive with reproducible pain into the bilateral extremities. Neuropathy is noted in the bilateral C6 and C7 dermatomes, again worse on the left.

Physical examination of the lumbar spine reveals tenderness to palpation in the bilateral paraspinal musculature from L1 through S1. Lumbar range of motion is restricted in all planes, especially upon flexion and extension. Lumbar pain radiates into the bilateral lower extremities with numbness and tingling, worse on the left. Weakness is demonstrated in the lumbar flexors and extensors. Neuropathy is noted in the L5 and S1 dermatomes of the bilateral lower extremities, again worse on the left. The Straight Leg Raising test is positive at 55° on the right and at 40° on the left.

Physical examination of the left shoulder reveals that tenderness to palpation is present in the anterior shoulder girdle. Range of motion is restricted in multiple planes. Significant weakness against resistance is demonstrated in all major muscle groups of the shoulder. Crepitation is palpable throughout active and passive range of motion. Posterior instability is exhibited. Supraspinatus Press test is positive. Impingement sign is positive.

Ranges of motion for the left shoulder are as follows:

| Movement | ROM | % Impairment | Table |
|---|---|---|---|
| Flexion | 130° | 3% | 15-34 |
| Extension | 42° | 0% | 15-34 |
| Abduction | 112° | 3% | 15-34 |
| Adduction | 27° | 1% | 15-34 |
| Internal rotation | 58° | 2% | 15-34 |
| External rotation | 74° | 0% | 15-34 |

6th Edition left shoulder impairment-range of motion only          9%

DISCUSSION

1. Medical records from Dr. James Wendelken and Skyline Medical Center were reviewed in the writing of this report.

2. It is my opinion that the TTD dates should extend from May 15, 2019 through October 1, 2019.

3.  The objective damage or harm to claimant's head, jaw, cervical spine, lumbar spine, and left shoulder is solely the result of the accident of May 15, 2019, which is an identifiable and significant aggravation of any preexisting condition. It is further my opinion that the damage or harm described was incurred in the course and scope of employment and the injury is the major cause of the need for medical care. It is further my opinion that the employment-related accident that Mr. Wichert sustained while employed by the Review Windows, Inc. is the sole cause of the injuries and the subsequent need for treatment to the head, jaw, cervical spine, lumbar spine, and left shoulder.

4.  Per the 6th edition, Table 16-20, it is my opinion that Mr. Wichert has sustained a Class 2, 3% whole person permanent partial impairment to the greater occipital nerve due to mild to moderate neurogenic pain in an anatomic distribution. This is work related within a reasonable degree of medical certainty. This is over and above any prior injury.

5.  Per the 6th edition, it is my opinion that Mr. Wichert has sustained a 4% whole person permanent partial impairment due to chronic migraines per Table 13-18. This is due to objective medical findings demonstrating chronic headaches that are moderately debilitating and require medication resulting from permanent anatomical abnormalities and loss of function. This is work related within a reasonable degree of medical certainty. This is over and above any prior injury. It is my opinion that this rating significantly underestimates the true impact of his chronic weekly headaches/migraines. In deviation from the Guides, it is my opinion that his actual impairment is 9% whole person permanent partial impairment.

6.  It is my opinion that Mr. Wichert has sustained an 8% whole person permanent partial impairment due to dietary restrictions per Table 11-7 of the *Guides*. This is due to objective medical findings demonstrating injury to his jaw resulting in TMJ injury, which has resulted in a diet restricted to some semi-soft foods, resulting in permanent anatomical abnormalities and loss of function. This is work related within a reasonable degree of medical certainty. This is over and above any prior injury.

7.  Per the 6th Edition, it is my opinion that regarding his cervical spine, Mr. Wichert has sustained a Class 4, 27% permanent partial impairment to the cervical spine per Table 17-2 p564 due to findings consistent with multiple intervertebral disc herniations with documented signs of residual multiple level bilateral radiculopathy at the clinically appropriate levels. The Grade modifiers were determined to be a Grade 3 for Functional History Adjustment for pain with minimal activity per Table 17-6, p575 of the *Guides*, a Grade 2 for Physical Examination Adjustment for findings of a positive foraminal compression test with reproducible radicular pain per Table 17-7, p576 of the *Guides*, and N/A for Clinical Studies Adjustment due to the MRI findings being used in the determination of the impairment class per page 582. The total score for the modifiers was -1 [(3-4)+(2-4)+(N/A) +2 = -1] which shifts the rating in the "B" position or 27% whole person permanent partial impairment as per Table 17-2 page 564. This

is work related within a reasonable degree of medical certainty. This is over and above any prior injury.

8. Per the 6th Edition, it is my opinion that regarding his lumbar spine, Mr. Wichert has sustained a Class 4, 27% permanent partial impairment to the lumbar spine per Table 17-4 p570 due to findings consistent with multiple intervertebral disc herniations with documented signs of residual multiple level bilateral radiculopathy at the clinically appropriate levels. The Grade modifiers were determined to be a Grade 3 for Functional History Adjustment for pain with minimal activity per Table 17-6, p575 of the *Guides*, a Grade 2 for Physical Examination Adjustment for findings of a positive straight leg raising test with reproducible radicular pain per Table 17-7, p576 of the *Guides*, and N/A for Clinical Studies Adjustment due to the MRI findings being used in the determination of the impairment class per page 582. The total score for the modifiers was -1 [(3-4)+(2-4)+(N/A) +2 = -1] which shifts the rating in the "B" position or 27% whole person permanent partial impairment as per Table 17-4 page 570. This is work related within a reasonable degree of medical certainty. This is over and above any prior injury.

9. With respect to the left shoulder, it is my opinion that Mr. Wichert has a total of 9% impairment to the left arm. This is work related within a reasonable degree of medical certainty. This is over and above any prior injury. It is my opinion that this value underestimates his actual impairment as a result of his injury and does not take into account any of his resulting weakness which is a major part of his injury.

10. If the Commission wishes the above impairment to be converted to whole person, the above 9% impairment to the left arm converts to 7.07% whole person impairment per Worker's Compensation Code, 85A O.S. §46 (C) for injuries occurring after February 1, 2014 (24.75 weeks per each chart).

11. It is my opinion that Mr. Wichert will need continued care in the form of pain management in regard to his chronic pain. He should be assigned a pain management specialist for treatment. He should also be given entitlements for prescription medications or any treatments his treating physician deems necessary in regard to this work related injury.

12. It is my opinion that Mr. Wichert will need continued care in regard to his TMJ dysfunction. He should be assigned a board-certified dentist for continued care. He should also be given entitlements for prescription medications or any treatments his treating physician deems necessary in regard to this work related injury.

Based upon the history provided by Mr. Wichert, review of medical records, and my examination, it is my opinion within reasonable medical certainty that these injuries arose out of and are the direct result of the employee's work-related accident on May 15, 2019, with the above employer, Review Windows, Inc.

My examination and opinions are conducted and formulated on a rational basis based upon my years of experience, knowledge and expertise.

I declare under penalty of perjury that I have examined this report and all statements contained herein, to the best of my knowledge and belief, are true, correct, and complete.

This report has been electronically signed by:

Lonnie Litchfield, M.D.

LL/af 4/14/20

SKYLINE MEDICAL CENTER (COCNV)
Trauma Discharge Summary
REPORT#:0518-0161 REPORT STATUS: Signed
DATE:05/18/19 TIME: 0925

PATIENT: WICHERT,BRANDON UNIT #: G000994703
ACCOUNT#: G00628329410 ROOM/BED: G.629-A
DOB: 01/19/89 AGE: 30 SEX: M ATTEND: LUFTMAN,KEVIN M MD
ADM DT: 05/17/19 AUTHOR: Wilson,Adam K NP
REP SRV DT: 05/18/19 REP SRV TM: 0925
* ALL edits or amendments must be made on the electronic/computer document *

## Med Rec

### Med Rec

**Discharge meds:**
**Start taking the following new medications:**
oxyCODONE (Roxicodone) 5 MG TAB
1-2 TABLET ORAL EVERY 4 HOURS AS NEEDED as needed for PAIN SCALE 7-10 (SEVERE)
Qty = 30
No Refills
Instructions:
Attending: Dr. George Tyson
Exempt: Trauma

## Objective

### General

**VS/I&O:**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 05/18 0741 |
| B/P | 130/74 | 05/18 0741 |
| B/P Mean | 93 | 05/18 0741 |
| O2 Delivery | Room air | 05/18 0741 |
| Temp | 98.2 | 05/18 0741 |
| Pulse | 54 | 05/18 0741 |
| Resp | 19 | 05/18 0741 |

24 hour I&O ending at 0700:

| | 05/18 0700 | 05/17 1900 |
|---|---|---|
| Intake Total | 2000.00 | 3000.00 |
| Output Total | | |
| Balance | 2000.00 | 3000.00 |

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

| | | |
|---|---|---|
| Intake, IV | 1500.00 | 1000.00 |
| Intake, Oral | 500 | 2000 |
| Number Voids | 3 | 1 |

**Post injury day:** day 1
**Ambulation status:** ambulating, self

## Physical Exam

**General appearance:** alert, awake
**Nutrition Assessment:**

**NUTRITION ASSESSMENT:**
**Nutrition Diagnosis:**
**BMI:** 30.7
**Nutrition Problem(s):**
**Etiology:**
**Signs and Symptoms:**
**Date Documented:**

**Head/eyes:**
**Head/Eyes:** clear cornea, EOMI, PERRLA, ecchymosis inferior periorbital bilateral
**ENT:** normal dentition, normal ear left, normal ear right, normal nose
**Neck:** atraumatic, full range of motion
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/chest:** aerating well, symmetric expansion, no distress
**Abdomen:** soft, no distention
**Extremities:** dry, moves all, normal range of motion, normal temperature, small abrasions right arm
**Musculoskeletal:** no midline vertebral tend, no muscle spasm, no paraspinal tenderness
**Neuro/CNS:** alert, follows commands, no motor deficits, no sensory deficits
**Skin:** ecchymosis, dry, normal temperature
**Psychiatry:** normal affect, normal mood

## Results

**Findings/Data:**
Microbiology:
05/17 0953 NASAL SWAB: MRSA Surveillance Culture - RECD

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

## General Information

**Problem List/A&P:**

**1. Motor vehicle collision**

**2. Acute alcohol intoxication**

**3. LEFT FACE CONTUSION**

**4. Fracture of left coronoid process of mandible**

**5. LEFT ZMC FRACTURE**

**Date of admission:**

Observation Start Date: 05/17/19

Date of admission: 05/17/19

**Date of discharge:** 05/18/19
**Reason for Admission:**
Admission Diagnosis: LEFT FACIAL FRACTURES AFTER MVC

**Admission diagnosis:**
left facial fractures after MVC
**Discharge diagnosis:**
Same
**History of Present Illness:**
30 y/o M, MVC as restrained front passenger. Car traveling about 15 MPH and was hit on passenger side by another vehicle traveling about 40 MPH. +LOC, airbags deployed. Patient reports he noted left sided facial pain after accident. EMS tx to Skyline for work up, no trauma activation. Upon exam, GCS 15. Denies neck pain, denies back pain, denies chest pain or shortness of breath. Imaging reveals: left sided zygomatic arch fx and coronoid process left mandible. Small abrasions to right arm with full ROM. Patient denies PMH, does report use of alcohol this evening with EtOH: 240.

*Notified of patient 0505, at bedside 0540.
**Hospital course:**
5/17/19: 30 y/o M, MVC as restrained passenger hit by another vehicle on passenger side of car. Brief LOC. No trauma activation to Skyline for work up. Imaging reveals: Left zygomatic arch fx, left coronoid process mandible. OMFS cs (Press). Admit to med surg. EtOH: 240.

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

05/18/2019: Patient has decided to have surgery in OK. Therefore, patient will be discharged to home to follow up in OK. Dr. Press note is below.

I spoke with Dr. Sean Harvey at University of Oklahoma, patient is to call 405 271 4955 on Monday morning for an appt with Dr Paul Tiwana
please give pt a copy of his CT on disc
**Consultants:**
1. Dr. Steven Press, facial surgery
**Allergies:**
**Coded Allergies:**
No Known Allergies (05/17/19)

## Treatments & Procedures

**Treatments & Procedures:**
Please see hospital course
**Lab:**
Lab Last Result ALL:

| Test | Result | Date Time |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 146 mEq/L) | 145 | 05/17 0302 |
| Potassium (3.5 - 5.1 mEq/L) | 3.8 | 05/17 0302 |
| Chloride (95 - 108 mEQ/L) | 104 | 05/17 0302 |
| Carbon Dioxide (20 - 32 mEQ/L) | 27 | 05/17 0302 |
| Anion Gap (4 - 14) | 7 | 05/17 0301 |
| BUN (7 - 25 mg/dL) | 14 | 05/17 0302 |
| Creatinine (0.70 - 1.40 mg/dL) | 1.2 | 05/17 0302 |
| Est GFR (African Amer) | >90 | 05/17 0301 |
| Est GFR (Non-Af Amer) | >90 | 05/17 0301 |
| Glucose (70 - 110 mg/dL) | 109 | 05/17 0302 |
| Calcium (8.5 - 10.3 mg/dL) | 8.4 L | 05/17 0301 |
| Ionized Calcium (1.13 - 1.32 mmol/L) | 1.10 L | 05/17 0302 |
| Total Bilirubin (0 - 1.3 mg/dL) | 0.2 | 05/17 0301 |
| AST (0 - 42) | 26 | 05/17 0301 |
| ALT (13 - 65) | 47 | 05/17 0301 |
| Alkaline Phosphatase (45 - 117) | 59 | 05/17 0301 |
| Total Protein (6.0 - 8.5 g/dL) | 7.4 | 05/17 0301 |
| Albumin (3.5 - 5.0 gm/dL) | 4.2 | 05/17 0301 |
| Hematology | | |
| WBC (4.3 - 11.0 K/mm3) | 9.0 | 05/17 0301 |
| RBC (4.0 - 5.6 M/mm3) | 4.95 | 05/17 0301 |
| Hgb (12.5 - 16.5 g/dL) | 15.6 | 05/17 0302 |

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

| | | |
|---|---|---|
| Hct (35.5 - 49.5 %) | 46.0 | 05/17 0302 |
| MCV (80 - 100 fl) | 88.3 | 05/17 0301 |
| MCH (26 - 33 pg) | 30.7 | 05/17 0301 |
| MCHC (31 - 36 g/dl) | 34.8 | 05/17 0301 |
| RDW Std Deviation (37 - 54 fl) | 38.4 | 05/17 0301 |
| Plt Count (150 - 375 K/mm3) | 296 | 05/17 0301 |
| MPV (9.4 - 12.3 fl) | 9.1 L | 05/17 0301 |
| Neutrophils % (%) | 51.2 | 05/17 0301 |
| Lymphocytes % | 40.2 | 05/17 0301 |
| Monocytes % (%) | 6.3 | 05/17 0301 |
| Eosinophils % (%) | 1.5 | 05/17 0301 |
| Basophils % (%) | 0.6 | 05/17 0301 |
| Neutrophils # (2.05 - 6.8 K/mm3) | 4.63 | 05/17 0301 |
| Lymphocytes # (1.5 - 4.0 K/mm3) | 3.63 | 05/17 0301 |
| Monocytes # (0.22 - 0.950 K/mm3) | 0.57 | 05/17 0301 |
| Eosinophils # (0.03 - 0.86 K/mm3) | 0.14 | 05/17 0301 |
| Basophils # (0.0 - 0.160 K/mm3) | 0.05 | 05/17 0301 |
| Toxicology | | |
| Plasma/Serum Alcohol (0 - 10 mg/dL) | 240 H | 05/17 0301 |

Micro Last Result ALL:

| Date/Time<br>Source | Procedure - Status<br>Growth |
|---|---|
| 05/17 0953<br>NASAL SWAB | MRSA Surveillance Culture - RECD |

**Imaging:**
Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT LEV 2 CHST/ABD/PELW&T/L SPI 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0435

IMPRESSION:
No acute thoracic process. No evidence of thoracic aortic injury or pneumothorax.

No acute intra-abdominal or pelvic process. No evidence of solid organ injury.
Additional nonemergent findings as described above.

= = = = = = = = = = = = = = = = = = = = = = = = =
EXAM:
CT Thoracic Spine With Contrast

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained
passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head
pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the thoracic spine with
intravenous contrast. Coronal and sagittal reformatted images were created and
reviewed.
Radiation optimization: All CT scans at this facility use at least one of
these dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There is mild straightening of the normal thoracic kyphosis. Slight
dextrocurvature of the mid thoracic spine. This is likely positional. There is
no significant curvature or scoliosis. Thoracic vertebral body heights are
maintained. Disc spaces are maintained. No AP malalignment. Posterior
elements and facets are intact. Intact neural rings are identified from
T1-T12. No evidence of acute fracture.

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

IMPRESSION:
No acute fracture or traumatic AP malalignment in the thoracic spine.

========================

EXAM:
CT Lumbar Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the lumbar spine with intravenous contrast. Coronal and sagittal reformatted images were created and reviewed.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There are 5 lumbar-type vertebral bodies. There is mild straightening

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

of the
normal lumbar lordosis which may be positional. Lumbar vertebral body heights
are maintained. Disc spaces are maintained. There is no AP malalignment.
Posterior elements and facets appear intact.

On axial sequences, intact neural rings are identified from L1-S1. No
evidence of acute fracture. Visualized sacroiliac joints and sacrum are intact.

IMPRESSION:
No acute fracture or traumatic AP malalignment within the lumbar spine.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY JAMES FALISZEK MD
Impression By: DR.FALJA - James Faliszek, MD
**COMPUTERIZED TOMOGRAPHY - CT SPINE CERV W/O CON 72125 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0430

IMPRESSION:
1. No acute fracture or subluxation of the cervical spine.
2. Straightening of the normal cervical lordosis, likely positional in nature or possibly representing underlying chronic microvascular ischemia.

Impression By: DR.LONSC - SCOTT H. LONG, M.D.
**COMPUTERIZED TOMOGRAPHY - CT MAXILLO-FACE W/O CON 70486 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0440

IMPRESSION:
Comminuted and displaced left zygomaticomaxillary complex fractures as above.
Mild deformity of the lamina papyracea bilaterally, probably chronic on the
left, unknown age on the right. Both globes appear intact, no stranding or
hematoma in the post septal fat. Fracture of the left coronoid process of the
mandible.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY ROBERT MORLEY DO

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

Impression By: DR.MORRO2 - Robert Morley, DO
**COMPUTERIZED TOMOGRAPHY - CT HEAD W/O CONTRAST 70450 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0404

IMPRESSION:
1. No acute intracranial abnormality.
2. Multiple acute maxillofacial injuries including left orbital wall and left zygomatic fractures are partially visualized. Please see dedicated CT of the maxillofacial structures performed concurrently on today's date for further evaluation.
Impression By: DR.LONSC - SCOTT H. LONG, M.D.

## Discharge Instructions

**Diet:** Regular Diet
**Activity:** - Keep ice to face, keep head elevated greater than 30 degrees, and do not turn head to the left side to assist with swelling - Mobilize as able - Take medication as directed - Do not drive, consume alcohol, or return to work while taking pain medication - Will need to continue over the counter stool softeners while taking pain medication
**Wound/dressing care:** Ice to face at all times
**F/U labs/procedures/tests:**
Please call to schedule follow up on Monday in OK
**Notify provider of these s/s:**
- Worsening of vision, loss of vision, increase in pain, fevers, nausea, vomiting, chills, or any other concerning symptoms return to the nearest ER for evaluation
**Prescriptions:** on chart
**Discharge management:** less than 30 mins
**Time spent:**
**Time spent with pt:** 25 minutes or more

## Follow-up Appointments

**PCP:**
**PCP:**
NO PRIMARY OR FAMILY PHYSICIAN
**Attending Physician:**
**Attending Physician:**
LUFTMAN,KEVIN M MD
**Phone:** 615-612-4385
**Follow up:** Call if needed
**Special instructions:**

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/18/19
Acct#:G00628329410

Shared office with Dr. Press, Facial surgeon
**Consulting provider 1:**
**Provider 1 (free text):** Paul Tiwana, MD
**Specialty:** Facial surgery
**Phone:** 405-271-4955
**Follow up timeframe:** Monday
**Special instructions:**
Please call Dr. Tiwana, facial surgeon at University of Oklahoma medical center

Electronically Signed by Wilson,Adam K NP on 05/18/19 at 0926
Electronically Signed by Tyson,George H III MD on 05/19/19 at 1206

RPT #: 0518-0161
***END OF REPORT***

SKYLINE MEDICAL CENTER (COCNV)
EMERGENCY PROVIDER REPORT
REPORT#:0517-0017 REPORT STATUS: Signed
DATE:05/17/19 TIME: 0256

PATIENT: WICHERT,BRANDON UNIT #: G000994703
ACCOUNT#: G00628329410 ROOM/BED:
DOB: 01/19/89 AGE: 30 SEX: M PCP PHYS: NO PRIMARY OR FAMILY PHYSICIAN
SERVICE DT: 05/17/19 AUTHOR: Radford,Jacob R MD
REP SRV DT: 05/17/19 REP SRV TM: 0256
* ALL edits or amendments must be made on the electronic/computer document *

## HPI-General Illness

### Free Text HPI Notes

**Free Text HPI Notes**

This note was generated with Dragon voice-recognition software. Some errors may have escaped my proofreading.

HPI: 30-year-old male occupant was involved in a motor vehicle collision just prior to arrival. There was significant front-impact damage to the car and the front axle broke off. It sounds like he was the passenger, seatbelt unknown. He self-extricated and was ambulatory on EMS arrival. With EMS he has been a poor historian due to anxiety and alcohol intoxication. He has severe constant pain in the left side of the face. He reports pain nowhere else on arrival. He denies loss of consciousness.

ROS: Ten-point review of systems performed and negative except as reviewed in the HPI. Somewhat limited by alcohol intoxication.

EXAM:
GENERAL - Traumatized adult male.
HEAD - Normocephalic, atraumatic.
HEENT - Tenderness and apprehension on the left side of the face without visible sign of trauma. Moist mucous membranes.
NECK - Supple, no meningeal signs, no tenderness, no limitation or neurologic symptoms with range of motion.
RESPIRATORY - Lungs clear throughout, no respiratory distress.
CARDIOVASCULAR - Regular rhythm, good peripheral perfusion.
ABDOMEN - Soft, non-tender, non-distended, no peritonitis.
BACK - No gross abnormality, no tenderness
EXTREMITIES - No gross abnormality, good perfusion, moving all four extremities without deficit.
LYMPHATIC - No significant lymphadenopathy
SKIN - Good perfusion, no rash, intact
NEURO - Alert and oriented, no focal deficit, full strength, sensation intact, GCS 15, NIHSS zero. No clinical intoxication.
PSYCH - Competent, no suicidal or homicidal ideation. No apparent hallucinations.

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

## General
**Initial Greet Date/Time** 05/17/19 0255

## Presentation
**Chief Complaint** MVC

## Past Medical History - Adult
**Stated Complaint** MVC
**Allergies**
**Coded Allergies:**
No Known Allergies (05/17/19)

**Home Medications**
**Reported Medications**
No Known Home Medications

**Additional Medical History**
No reported chronic medical problems, no medications, no allergies
**Additional Surgical History**
None reported

## Physical Exam

## Vital Signs
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 05/17 0254 |
| B/P | 143/84 | 05/17 0254 |
| B/P Mean | 103 | 05/17 0254 |
| O2 Delivery | Room air | 05/17 0254 |
| Temp | 98.6 | 05/17 0254 |
| Pulse | 67 | 05/17 0254 |
| Resp | 18 | 05/17 0254 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 05/17 0254 |
| B/P | 143/84 | 05/17 0254 |

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

| | | |
|---|---|---|
| B/P Mean | 103 | 05/17 0254 |
| O2 Delivery | Room air | 05/17 0254 |
| Temp | 98.6 | 05/17 0254 |
| Pulse | 67 | 05/17 0254 |
| Resp | 18 | 05/17 0254 |

**Review of Vital Signs** Reviewed

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
Laboratory Tests

**05/17/19 0302:**

145 | 104 | 14 | 109
3.8 | 27 | 1.2

**05/17/19 0301:**

**Laboratory Tests:**

| | 05/17 0302 | 05/17 0301 |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 146 mEq/L) | 145 | 143 |
| Potassium (3.5 - 5.1 mEq/L) | 3.8 | 3.7 |
| Chloride (95 - 108 mEQ/L) | 104 | 109 H |
| Carbon Dioxide (20 - 32 mEQ/L) | 27 | 27 |
| Anion Gap (4 - 14) | | 7 |
| BUN (7 - 25 mg/dL) | 14 | 15 |
| Creatinine (0.70 - 1.40 mg/dL) | 1.2 | 1.01 |
| Est GFR (African Amer) | | >90 |
| Est GFR (Non-Af Amer) | | >90 |

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

| | | |
|---|---|---|
| Glucose (70 - 110 mg/dL) | 109 | 104 |
| Calcium (8.5 - 10.3 mg/dL) | | 8.4 L |
| Ionized Calcium (1.13 - 1.32 mmol/L) | 1.10 L | |
| Total Bilirubin (0 - 1.3 mg/dL) | | 0.2 |
| AST (0 - 42) | | 26 |
| ALT (13 - 65) | | 47 |
| Alkaline Phosphatase (45 - 117) | | 59 |
| Total Protein (6.0 - 8.5 g/dL) | | 7.4 |
| Albumin (3.5 - 5.0 gm/dL) | | 4.2 |
| Hematology | | |
| WBC (4.3 - 11.0 K/mm3) | | 9.0 |
| RBC (4.0 - 5.6 M/mm3) | | 4.95 |
| Hgb (12.5 - 16.5 g/dL) | 15.6 | 15.2 |
| Hct (35.5 - 49.5 %) | 46.0 | 43.7 |
| MCV (80 - 100 fl) | | 88.3 |
| MCH (26 - 33 pg) | | 30.7 |
| MCHC (31 - 36 g/dl) | | 34.8 |
| RDW Std Deviation (37 - 54 fl) | | 38.4 |
| Plt Count (150 - 375 K/mm3) | | 296 |
| MPV (9.4 - 12.3 fl) | | 9.1 L |
| Neutrophils % (%) | | 51.2 |
| Lymphocytes % | | 40.2 |
| Monocytes % (%) | | 6.3 |
| Eosinophils % (%) | | 1.5 |
| Basophils % (%) | | 0.6 |
| Neutrophils # (2.05 - 6.8 K/mm3) | | 4.63 |
| Lymphocytes # (1.5 - 4.0 K/mm3) | | 3.63 |
| Monocytes # (0.22 - 0.950 K/mm3) | | 0.57 |
| Eosinophils # (0.03 - 0.86 K/mm3) | | 0.14 |
| Basophils # (0.0 - 0.160 K/mm3) | | 0.05 |
| Toxicology | | |
| Plasma/Serum Alcohol (0 - 10 mg/dL) | | 240 H |

Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT LEV 2 CHST/ABD/PELW&T/L SPI 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0435

IMPRESSION:
No acute thoracic process. No evidence of thoracic aortic injury or pneumothorax.

No acute intra-abdominal or pelvic process. No evidence of solid organ injury.

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

Additional nonemergent findings as described above.

---

EXAM:
CT Thoracic Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained
passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head
pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the thoracic spine with
intravenous contrast. Coronal and sagittal reformatted images were created and
reviewed.
Radiation optimization: All CT scans at this facility use at least one of
these dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There is mild straightening of the normal thoracic kyphosis. Slight
dextrocurvature of the mid thoracic spine. This is likely positional. There is
no significant curvature or scoliosis. Thoracic vertebral body heights are

maintained. Disc spaces are maintained. No AP malalignment. Posterior
elements and facets are intact. Intact neural rings are identified from
T1-T12. No evidence of acute fracture.

IMPRESSION:
No acute fracture or traumatic AP malalignment in the thoracic spine.

-------------------------

EXAM:
CT Lumbar Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained
passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head
pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the lumbar spine with
intravenous contrast. Coronal and sagittal reformatted images were created and
reviewed.
Radiation optimization: All CT scans at this facility use at least one of
these dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

COMPARISON:
No relevant prior studies available.

FINDINGS:
There are 5 lumbar-type vertebral bodies. There is mild straightening of the normal lumbar lordosis which may be positional. Lumbar vertebral body heights are maintained. Disc spaces are maintained. There is no AP malalignment.
Posterior elements and facets appear intact.

On axial sequences, intact neural rings are identified from L1-S1. No evidence of acute fracture. Visualized sacroiliac joints and sacrum are intact.

IMPRESSION:
No acute fracture or traumatic AP malalignment within the lumbar spine.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY JAMES FALISZEK MD
Impression By: DR.FALJA - James Faliszek, MD
**COMPUTERIZED TOMOGRAPHY - CT SPINE CERV W/O CON 72125 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0430

IMPRESSION:
1. No acute fracture or subluxation of the cervical spine.
2. Straightening of the normal cervical lordosis, likely positional in nature or possibly representing underlying chronic microvascular ischemia.

Impression By: DR.LONSC - SCOTT H. LONG, M.D.
**COMPUTERIZED TOMOGRAPHY - CT MAXILLO-FACE W/O CON 70486 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0440

IMPRESSION:
Comminuted and displaced left zygomaticomaxillary complex fractures as above.
Mild deformity of the lamina papyracea bilaterally, probably chronic on the left, unknown age on the right. Both globes appear intact, no stranding or

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

hematoma in the post septal fat. Fracture of the left coronoid process of the mandible.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY ROBERT MORLEY DO
Impression By: DR.MORRO2 - Robert Morley, DO
**COMPUTERIZED TOMOGRAPHY - CT HEAD W/O CONTRAST 70450 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0404

IMPRESSION:
1. No acute intracranial abnormality.
2. Multiple acute maxillofacial injuries including left orbital wall and left zygomatic fractures are partially visualized. Please see dedicated CT of the maxillofacial structures performed concurrently on today's date for further evaluation.
Impression By: DR.LONSC - SCOTT H. LONG, M.D.

## Point of Care Testing

**Pulse Oximetry**
**Pulse Ox %** 95
**On:** Room air
**Interpretation** Interpreted by me, Pulse oximetry normal

## Re-Evaluation & MDM

### ED Course

**Medication(s) Ordered**
Medication(s) Ordered:
**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Hydromorphone HCl | 1 MG | X1ED ONE IV | 05/17 0453 05/17 0454 | DC | 05/17 0458 |
| Morphine Sulfate | 4 MG | X1ED ONE IV | 05/17 0256 05/17 0257 | DC | 05/17 0300 |

**Diagnostic Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Iopamidol | 100 ML | .STK-MED ONE | 05/17 0337 | DC | 05/17 |

OneContent: Generated By HCA\NAL8424 Generated On: 01/06/2020 11:11

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

| | IV | 05/17 0338 | | 0337 |
|---|---|---|---|---|

**Gastrointestinal Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ondansetron HCl | 4 MG | XTED ONE IV | 05/17 0256 05/17 0257 | DC | 05/17 0300 |

## Patient Discharge & Departure

### Vital Signs/Condition

**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 05/17 0254 |
| B/P | 143/84 | 05/17 0254 |
| B/P Mean | 103 | 05/17 0254 |
| O2 Delivery | Room air | 05/17 0254 |
| Temp | 98.6 | 05/17 0254 |
| Pulse | 67 | 05/17 0254 |
| Resp | 18 | 05/17 0254 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 05/17 0254 |
| B/P | 143/84 | 05/17 0254 |
| B/P Mean | 103 | 05/17 0254 |
| O2 Delivery | Room air | 05/17 0254 |
| Temp | 98.6 | 05/17 0254 |
| Pulse | 67 | 05/17 0254 |
| Resp | 18 | 05/17 0254 |

All vital signs available at the time of this entry have been reviewed.

### Clinical Impression

**Clinical Impression**
**Primary Impression:** LEFT ZMC FRACTURE
**Secondary Impressions:** Acute alcohol intoxication, Fracture of left coronoid process of mandible, Motor vehicle collision

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

## Disposition Decision

**Admit**

**Admit Physician Name**
LUFTMAN,KEVIN M MD
)( **Admission Accepts** Yes
)( **Accepted Time** 0509
)( **Accepted Date** 05/17/19

## Free Text Depart Notes

**Free Text Depart Notes**

I discussed his facial fracture with Dr. Prest who recommends admission for likely surgery.

He appears to have no other emergent traumatic injury. I discussed his case with Lana under Dr. Luftman of the trauma team who will be admitting him.

Electronically Signed by Radford,Jacob R MD on 05/17/19 at 0514

RPT #: 0517-0017
***END OF REPORT***

SKYLINE MEDICAL CENTER (COCNV)
Trauma History and Physical
REPORT#:0517-0041 REPORT STATUS: Signed
DATE:05/17/19 TIME: 0609

PATIENT: WICHERT,BRANDON UNIT #: G000994703
ACCOUNT#: G00628329410 ROOM/BED: G.629-A
DOB: 01/19/89 AGE: 30 SEX: M ATTEND: LUFTMAN,KEVIN M MD
ADM DT: 05/17/19 AUTHOR: Moulding,Lana Alyse PA
REP SRV DT: 05/17/19 REP SRV TM: 0609
* ALL edits or amendments must be made on the electronic/computer document *

**Moulding,Lana Alyse. 05/17/19 0609:**

**History of Present Illness**

**Patient Seen by Provider:**
**Patient Seen Date:** 05/17/19
**Patient Seen Time:** 0540
**Patient Location:** Emergency Department
**Consulting Physician:** Emergency Department MD
**Mech of Injury:** MVC-Frt Pass. (V87.7XXA)
**HPI:**
30 y/o M, MVC as restrained front passenger. Car traveling about 15 MPH and was hit on passenger side by another vehicle traveling about 40 MPH. +LOC, airbags deployed. Patient reports he noted left sided facial pain after accident. EMS tx to Skyline for work up, no trauma activation. Upon exam, GCS 15. Denies neck pain, denies back pain, denies chest pain or shortness of breath. Imaging reveals: left sided zygomatic arch fx and coronoid process left mandible. Small abrasions to right arm with full ROM. Patient denies PMH, does report use of alcohol this evening with EtOH: 240.

*Notified of patient 0505, at bedside 0540.
**Chief Complaint:**
left sided facial pain
**Source of History:** patient
**Head - Front & Back**

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

1) small deformity, swelling
2) ecchymosis
3) ecchymosis

## History

**Additional medical history:**
No reported chronic medical problems, no medications, no allergies
**Additional surgical history:**
None reported
**Alcohol use:** Alcohol use (12 pack beer per week)
**Drug use:** Marijuana
**Smoking status for patients 13** Former Smoker (quit )

## Medication/Allergy-Vaccine Hx

**Allergies:**
**Coded Allergies:**
No Known Allergies (05/17/19)

**Occupation:**
construction
**Ambulatory status:** Independent

## Review of Systems

**Constitutional:**

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

Denies: chills, fever.
**Skin:**
Reports: abrasion, bruising.
**Eyes:**
Denies: visual loss/blurred, eye pain.
**ENT:**
Reports: mouth pain.
**Respiratory:**
Denies: DOE (dyspnea on exertion), SOB.
**Cardiovascular:**
Denies: chest pain, DOE (dyspnea on exertion).
**GI:**
Reports: nausea. Denies: abdominal pain, vomiting.
**Musculoskeletal:**
Denies: extremity pain, lumbar pain, neck pain, thoracic pain.
**Endocrine:**
Denies: weight loss, other.
**Neuro:**
Reports: change in LOC. Denies: headache, lightheaded, vision change.

## Objective

### General
**VS/I&O:**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 05/17 0254 |
| B/P | 143/84 | 05/17 0254 |
| B/P Mean | 103 | 05/17 0254 |
| O2 Delivery | Room air | 05/17 0254 |
| Temp | 98.6 | 05/17 0254 |
| Pulse | 67 | 05/17 0254 |
| Resp | 18 | 05/17 0254 |

24 hour I&O ending at 0700:

| | 05/17 0700 | 05/16 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | | |
| Balance | | |
| | | |
| Patient Weight | 220 lb | |

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

| Weight Measurement Method | Estimated | |
|---|---|---|

**Pt Seen by Provider:**
**Patient Seen Date:** 05/17/19
**Patient Seen Time:** 0540
**Post injury day:** day of injury
**Ambulation status:** ambulating, self

## Physical Exam

**General appearance:** alert, awake, conversational, mental status normal, no respiratory distress
**Nutrition Assessment:**

**NUTRITION ASSESSMENT:**
**Nutrition Diagnosis:**
**BMI:** 30.7
**Nutrition Problem(s):**
**Etiology:**
**Signs and Symptoms**:
**Date Documented**:

**Head/eyes:**
**Head/Eyes:** clear cornea, EOMI, PERRLA, ecchymosis inferior periorbital bilateral
**ENT:** normal dentition, normal ear left, normal ear right, normal nose
**Neck:** atraumatic, full range of motion
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/chest:** aerating well, symmetric expansion, no distress
**Abdomen:** soft, no distention
**Extremities:** dry, moves all, normal range of motion, normal temperature, small abrasions right arm
**Musculoskeletal:** no midline vertebral tend, no muscle spasm, no paraspinal tenderness
**Neuro/CNS:** alert, follows commands, no motor deficits, no sensory deficits
**Glasgow Coma Score:**

| Glasgow Coma Score: | Response | Value |
|---|---|---|
| Patient intubated? | no | |
| Glasgow eyes: | eyes open spontaneously | 4 |
| Glasgow speech: | oriented | 5 |
| Glasgow motor: | obeys commands | 6 |

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

| Total | 15 |
|---|---|

**Skin:** ecchymosis, dry, normal temperature
**Psychiatry:** normal affect, normal mood

**Results**
**Findings/Data:**
Laboratory Tests

| | 05/17 0302 | 05/17 0301 |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 146 mEq/L) | 145 | 143 |
| Potassium (3.5 - 5.1 mEq/L) | 3.8 | 3.7 |
| Chloride (95 - 108 mEQ/L) | 104 | 109 H |
| Carbon Dioxide (20 - 32 mEQ/L) | 27 | 27 |
| Anion Gap (4 - 14) | | 7 |
| BUN (7 - 25 mg/dL) | 14 | 15 |
| Creatinine (0.70 - 1.40 mg/dL) | 1.2 | 1.01 |
| Est GFR (African Amer) | | >90 |
| Est GFR (Non-Af Amer) | | >90 |
| Glucose (70 - 110 mg/dL) | 109 | 104 |
| Calcium (8.5 - 10.3 mg/dL) | | 8.4 L |
| Ionized Calcium (1.13 - 1.32 mmol/L) | 1.10 L | |
| Total Bilirubin (0 - 1.3 mg/dL) | | 0.2 |
| AST (0 - 42) | | 26 |
| ALT (13 - 65) | | 47 |
| Alkaline Phosphatase (45 - 117) | | 59 |
| Total Protein (6.0 - 8.5 g/dL) | | 7.4 |
| Albumin (3.5 - 5.0 gm/dL) | | 4.2 |

Laboratory Tests

| | 05/17 0302 | 05/17 0301 |
|---|---|---|
| Hematology | | |
| WBC (4.3 - 11.0 K/mm3) | | 9.0 |
| RBC (4.0 - 5.6 M/mm3) | | 4.95 |
| Hgb (12.5 - 16.5 g/dL) | 15.6 | 15.2 |
| Hct (35.5 - 49.5 %) | 46.0 | 43.7 |
| MCV (80 - 100 fl) | | 88.3 |
| MCH (26 - 33 pg) | | 30.7 |
| MCHC (31 - 36 g/dl) | | 34.8 |
| RDW Std Deviation (37 - 54 fl) | | 38.4 |

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

| | | |
|---|---|---|
| Plt Count (150 - 375 K/mm3) | | 296 |
| MPV (9.4 - 12.3 fl) | | 9.1 L |
| Neutrophils % (%) | | 51.2 |
| Lymphocytes % | | 40.2 |
| Monocytes % (%) | | 6.3 |
| Eosinophils % (%) | | 1.5 |
| Basophils % (%) | | 0.6 |
| Neutrophils # (2.05 - 6.8 K/mm3) | | 4.63 |
| Lymphocytes # (1.5 - 4.0 K/mm3) | | 3.63 |
| Monocytes # (0.22 - 0.950 K/mm3) | | 0.57 |
| Eosinophils # (0.03 - 0.86 K/mm3) | | 0.14 |
| Basophils # (0.0 - 0.160 K/mm3) | | 0.05 |

Laboratory Tests

| | 05/17 0301 |
|---|---|
| Toxicology | |
| Plasma/Serum Alcohol (0 - 10 mg/dL) | 240 H |

**Radiology data:**
Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT LEV 2 CHST/ABD/PELW&T/L SPI 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0435

IMPRESSION:
No acute thoracic process. No evidence of thoracic aortic injury or pneumothorax.

No acute intra-abdominal or pelvic process. No evidence of solid organ injury.
Additional nonemergent findings as described above.

========================
EXAM:
CT Thoracic Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head
pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the thoracic spine with
intravenous contrast. Coronal and sagittal reformatted images were created and
reviewed.
Radiation optimization: All CT scans at this facility use at least one of
these dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There is mild straightening of the normal thoracic kyphosis. Slight dextrocurvature of the mid thoracic spine. This is likely positional. There is
no significant curvature or scoliosis. Thoracic vertebral body heights are
maintained. Disc spaces are maintained. No AP malalignment. Posterior
elements and facets are intact. Intact neural rings are identified from
T1-T12. No evidence of acute fracture.

IMPRESSION:
No acute fracture or traumatic AP malalignment in the thoracic spine.

------------------------

Patient: WICHERT,BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

EXAM:
CT Lumbar Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained
passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head
pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the lumbar spine with
intravenous contrast. Coronal and sagittal reformatted images were created and
reviewed.
Radiation optimization: All CT scans at this facility use at least one of
these dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There are 5 lumbar-type vertebral bodies. There is mild straightening of the
normal lumbar lordosis which may be positional. Lumbar vertebral body heights
are maintained. Disc spaces are maintained. There is no AP malalignment.
Posterior elements and facets appear intact.

On axial sequences, intact neural rings are identified from L1-S1. No evidence of acute fracture. Visualized sacroiliac joints and sacrum are intact.

IMPRESSION:
No acute fracture or traumatic AP malalignment within the lumbar spine.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY JAMES FALISZEK MD
Impression By: DR.FALJA - James Faliszek, MD
**COMPUTERIZED TOMOGRAPHY - CT SPINE CERV W/O CON 72125 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0430

IMPRESSION:
1. No acute fracture or subluxation of the cervical spine.
2. Straightening of the normal cervical lordosis, likely positional in nature or possibly representing underlying chronic microvascular ischemia.

Impression By: DR.LONSC - SCOTT H. LONG, M.D.
**COMPUTERIZED TOMOGRAPHY - CT MAXILLO-FACE W/O CON 70486 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0440

IMPRESSION:
Comminuted and displaced left zygomaticomaxillary complex fractures as above.
Mild deformity of the lamina papyracea bilaterally, probably chronic on the left, unknown age on the right. Both globes appear intact, no stranding or hematoma in the post septal fat. Fracture of the left coronoid process of the mandible.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY ROBERT MORLEY DO
Impression By: DR.MORRO2 - Robert Morley, DO
**COMPUTERIZED TOMOGRAPHY - CT HEAD W/O CONTRAST 70450 05/17 0325**
*** Report Impression - Status: SIGNED Entered: 05/17/2019 0404

IMPRESSION:
1. No acute intracranial abnormality.
2. Multiple acute maxillofacial injuries including left orbital wall

Patient: WICHERT, BRANDON
Unit#:G000994703
Date: 05/17/19
Acct#:G00628329410

and left zygomatic fractures are partially visualized. Please see dedicated CT of the maxillofacial structures performed concurrently on today's date for further evaluation.
Impression By: DR.LONSC - SCOTT H. LONG, M.D.

**Results:** labs reviewed, vital signs stable, CT/MRI results reviewed, Plain Film results rev'd

## Treatment & Prophylaxis

**VTE Prophylaxis:**
**VTE Prophylaxis initiated:** Yes

## Diagnosis, Assessment & Plan

**Hospital course to date:**
5/17/19: 30 y/o M, MVC as restrained passenger hit by another vehicle on passenger side of car. Brief LOC. No trauma activation to Skyline for work up. Imaging reveals: Left zygomatic arch fx, left coronoid process mandible. OMFS cs (Press). Admit to med surg. EtOH: 240.
**Problem List/A&P:**

**1. Motor vehicle collision**

**2. Acute alcohol intoxication**

**3. LEFT FACE CONTUSION**

**4. Fracture of left coronoid process of mandible**

**5. LEFT ZMC FRACTURE**

**Free Text A&P:**
30 y/o M, MVC as restrained passenger

5/17/19

L ZMA fx, L coronoid process mandible fx
- OMFS cs (Press)
- Ice to face
- Elevate head of bed
- Pain control
- Keep NPO except meds with IVF for possible OR

Health Maintenance
- Reports no home meds

- Encourage IS
- Bowel regimen
- DVT proph: scds, hold chemical for possible OR facial procedure

Dispo: admit to med surg floor

**Luftman,Kevin M. 05/17/19 0655:**
**Diagnosis, Assessment & Plan**
**Additional comments:**
I was at bedside participating in the evaluation and clinical management of the patient. I interviewed and examined this patient on the day of admission.

I have ensured the accuracy of the content of this History and Physical, including the chief complaint, history of present illness, past medical history, past surgical history, family history, social history and review of systems. I have the following exceptions to the note above: none

I also personally examined this patient and I have ensured the accuracy of the NP/PA physical exam. I have the following exceptions to the note above: none

I can attest to the above History and Physical which contains my decision-making as stated in the Assessment & Plan with the following additions: none.

Isolated facial fractures following a MVC. Facial surgery notified. Patient cleared for OR

Electronically Signed by Moulding,Lana Alyse PA on 05/17/19 at 0637
Electronically Signed by LUFTMAN,KEVIN M MD on 05/18/19 at 0023

RPT #: 0517-0041
***END OF REPORT***

RUN DATE: 05/19/19 SKYLINE MEDICAL CENTER PAGE 1
RUN TIME: 0201 3441 DICKERSON PIKE, NASHVILLE, TN 37207
Taylor L. Hartley MD,MPH
SKYLINE MEDICAL CENTER DISCHARGE SUMMARY REPORT

PATIENT: WICHERT,BRANDON ACCT#: G00628329410 LOC: G.6 U#: G000994703
AGE/SX: 30/M ROOM: G.629 REG: 05/17/19
REG DR: LUFTMAN,KEVIN M MD STATUS: DIS INo BED: A DIS: 05/18/19

**COMPLETE BLOOD COUNT**

| Date | Time | WBC (4.3-11.0) K/mm3 | RBC (4.0-5.6) M/mm3 | HGB (12.5-16.5) G/DL | HCT (35.5-49.5) % |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 9.0 | 4.95 | 15.2 | 43.7 |

| Date | Time | MCV (80-100) fl | MCH (26-33) pg | MCHC (31-36) g/dl | RDW-SD (37-54) fl |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 88.3 | 30.7 | 34.8 | 38.4 |

| Date | Time | PLT (150-375) K/mm3 | MPV (9.4-12.3) fl | NEUTROPHIL % % | LYMPH % |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 296 | 9.1 L | 51.2 | 40.2 |

| Date | Time | MONO % % | EOS % % | BASO % % | NEUT# (2.05-6.8) K/mm3 |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 6.3 | 1.5 | 0.6 | 4.63 |

| Date | Time | LYMPH # (1.5-4.0) K/mm3 | MONO # (0.22-0.950) K/mm3 | EOS # (0.03-0.86) K/mm3 | BASO # (0.0-0.160) K/mm3 |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 3.63 | 0.57 | 0.14 | 0.05 |

OneContent: Generated By HCA\NAL8424 Generated On: 01/06/2020 11:12

RUN DATE: 05/19/19 SKYLINE MEDICAL CENTER PAGE 2
RUN TIME: 0201 3441 DICKERSON PIKE, NASHVILLE, TN 37207
Taylor L. Bartley MD,MPH
SKYLINE MEDICAL CENTER DISCHARGE SUMMARY REPORT

Patient: WICHERT,BRANDON #G00628329410 (Continued)

**CHEMISTRY**

| Date | Time | NA (135-146) mEq/L | K (3.5-5.1) mEq/L | CL (95-108) mEq/L | CO2 (20-32) mEq/L |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 143 | 3.7 | 109 H | 27 |

| Date | Time | ANION GAP (4-14) | GLUCOSE (70-110) mg/dL | BUN (7-25) mg/dL | CREATININE (0.70-1.40) mg/dL |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 7 | 104 (A) | 15 | 1.01 |

(A) Venipuncture should occur prior to sulfasalazine administration due to the potential for falsely depressed results. Venipuncture should occur prior to sulfapyridine administration due to the potential for falsely elevated results.

| Date | Time | GFR NON AFR AM | GFR AFRICAN AM | T PROT (6.0-8.5) g/dL | ALBUMIN (3.5-5.0) gm/dL |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | >90 | >90 (B) | 7.4 | 4.2 |

(B) Units of measure: ml/min/1.73 m2

Reference Range:

Healthy Adults >90 ml/min/1.73m2

For Chronic Kidney Disease:

| | | |
|---|---|---|
| Stage II | Mild Decrease in GFR | 60-90 |
| Stage III | Moderate Decrease in GFR | 30-59 |
| Stage IV | Severe Decrease in GFR | 15-29 |
| Stage V | Kidney Failure | <15 |

Patient: WICHERT,BRANDON Age/Sex: 30/M Acct#G00628329410 Unit#G000994703

Patient: WICHERT, BRANDON MRN: G000994703 Encounter: G00628329410 Page 2 of 5

OneContent: Generated By HCA\NAL8424 Generated On: 01/06/2020 11:12

RUN DATE: 05/19/19 SKYLINE MEDICAL CENTER PAGE 3
RUN TIME: 0201 3441 DICKERSON PIKE, NASHVILLE, TN 37207
Taylor L. Bartley MD,MPH
SKYLINE MEDICAL CENTER DISCHARGE SUMMARY REPORT

Patient: WICHERT,BRANDON #G00628329410 (Continued)

***********************************CHEMISTRY (continued)***********************************

| Date | Time | CALCIUM (8.5-10.3) mg/dL | BILIRUBIN TOTAL (0-1.3) mg/dL | AST (SGOT) (0-42) | ALT (SGPT) (13-65) |
|---|---|---|---|---|---|
| >>05/17/19 | 0301 | 8.4 L | 0.2 | 26(C) | 47(F) |

(C) See (D), (E)
(D) Venipuncture should occur prior to sulfasalazine and/or sulfapyridine administration due to the potential for falsely depressed results.
(E) International Units/L
(F) See (G), (E)
(G) Venipuncture should occur prior to sulfasalazine and/or sulfapyridine administration due to the potential for falsely depressed results.

| Date | Time | ALK PHOS (45-117) |
|---|---|---|
| >>05/17/19 | 0301 | 59(H) |

(H) See (I), (J)
(I) ALP Activity increases in females in the last trimester of pregnancy and after menopause.

Children under the age of 18 have considerably higher normal ranges-----age dependant.
(J) International Units/L

Patient: WICHERT,BRANDON Age/Sex: 30/M Acct#G00628329410 Unit#G000994703

Patient: WICHERT, BRANDON MRN: G000994703 Encounter: G00628329410 Page 3 of 5

OneContent: Generated By HCA\NAL8424 Generated On: 01/06/2020 11:12

RUN DATE: 05/19/19 SKYLINE MEDICAL CENTER PAGE 4
RUN TIME: 0201 3441 DICKERSON PIKE, NASHVILLE, TN 37207
Taylor L. Hartley MD,MPH
SKYLINE MEDICAL CENTER DISCHARGE SUMMARY REPORT

Patient: WICHERT,BRANDON #G00628329410 (Continued)

************************************CHEMISTRY (continued)************************************

******************************************TOXICOLOGY******************************************

| Date | Time | ALCOHOL (0-10) mg/dL | |
|---|---|---|---|
| >>05/17/19 | 0301 | 240(K) | H |

(K) 0-10 mg/dL indicates no clinical or legal adverse effects

80 mg/dL corresponds to 0.08 which is the legal definition of intoxication in the state of Tennessee.

| Test | Date | Time | Result | | Reference | Units | Ver Date/Time |
|---|---|---|---|---|---|---|---|
| >>POC NA | 05/17/19 | 0302 | 145(a) | | (135-146) | mEq/L | 05/17/19 0306 |
| >>POC K+ | 05/17/19 | 0302 | 3.8(a) | | (3.5-5.1) | mEq/L | 05/17/19 0306 |
| >>POC CL | 05/17/19 | 0302 | 104(a) | | (95-108) | mEQ/L | 05/17/19 0306 |
| >>POC CO2 | 05/17/19 | 0302 | 27(a) | | (20-32) | mEQ/L | 05/17/19 0306 |
| >>POC CA IONIZED | 05/17/19 | 0302 | 1.10(a) | L | (1.13-1.32) | mmol/L | 05/17/19 0306 |
| >>POC GLU ISTAT | 05/17/19 | 0302 | 109(a) | | (70-110) | mg/dL | 05/17/19 0306 |
| >>POC BUN | 05/17/19 | 0302 | 14(a) | | (7-25) | mg/dL | 05/17/19 0306 |
| >>POC CREAT | 05/17/19 | 0302 | 1.2(a) | | (0.70-1.40) | mg/dL | 05/17/19 0306 |
| >>POC HGB | 05/17/19 | 0302 | 15.6(a) | | (12.5-16.5) | g/dL | 05/17/19 0306 |
| >>POC HCT | 05/17/19 | 0302 | 46.0(a) | | (35.5-49.5) | % | 05/17/19 0306 |

Microbiology Specimen Summary

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms ... |
|---|---|---|---|---|---|---|
| > 05/17/19 | 0953 | 19:NV:D0418251U | NASAL SWAB | | F | <none> |

NOTES: (a) SKYLINE MEDICAL CENTER
SKYLINE MEDICAL CENTER
3441 DICKERSON ROAD, NASHVILLE, TN 37207
TAYLOR L HARTLEY MD,MPH

Patient: WICHERT,BRANDON Age/Sex: 30/M Acct#G00628329410 Unit#G000994703

Patient: WICHERT, BRANDON MRN: G000994703 Encounter: G00628329410 Page 4 of 5

OneContent: Generated By HCA\NAL8424 Generated On: 01/06/2020 11:12

RUN DATE: 05/19/19 SKYLINE MEDICAL CENTER PAGE 5
RUN TIME: 0201 3441 DICKERSON PIKE, NASHVILLE, TN 37207
Taylor L. Hartley MD,MPH
SKYLINE MEDICAL CENTER DISCHARGE SUMMARY REPORT

Patient: WICHERT,BRANDON #G00628329410 (Continued)

****************************************BACTERIOLOGY****************************************

MRSA SURVEILLANCE SCREEN Final 05/18/19
19:NV:B0418251U COMP, Coll: 05/17/19-0953 Recd: 05/17/19-1017 (R#06769901) LUFTMAN,KEVIN M
Source: NASAL SWAB Spec Desc:
Ordered: MRSA SUR SCREEN
MRSA Screen Negative

CANCELLED SPECIMENS

0517:NV:C003048 CAN. Coll: 05/17/19-0256 Recd: - (R#06769648) Radford,Jacob R
Ordered: ALCOHOL
Comment: DUP. SEE C303

Patient: WICHERT,BRANDON Age/Sex: 30/M Acct#G00628329410 Unit#G000994703

Patient: WICHERT, BRANDON MRN: G000994703 Encounter: G00628329410 Page 5 of 5

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976630 CT HEAD W/O CONTRAST 70450

NONCONTRAST CT HEAD

DATE: 5/17/2019 2:56 AM.

HISTORY: TRA - Head Trauma MVC

COMPARISON: None

TECHNIQUE: Noncontrast CT was performed of the head.

Per CMS specifications, dose optimization techniques including at least one of the following were performed, as appropriate: Automated exposure control, adjustment of the mA and/or kV according to the patient's size, use of iterative reconstruction techniques.

FINDINGS:

There is no acute intracranial hemorrhage.

The ventricles, cisterns and sulci are normal in size, shape and symmetry with no midline shift, hydrocephalus or mass effect. There is normal differentiation of the gray and white matter.

There is no acute depressed skull fracture.

Multiple acute maxillofacial injuries including left orbital wall and left zygomatic fractures are partially visualized.

IMPRESSION:
1. No acute intracranial abnormality.
2. Multiple acute maxillofacial injuries including left orbital wall and left zygomatic fractures are partially visualized. Please see dedicated CT of the maxillofacial structures performed concurrently on today's date for further evaluation.

** Electronically Signed by M.D. SCOTT H. LONG **
** on 05/17/2019 at 0402 **
Reported and signed by: SCOTT H. LONG, M.D.

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976630 CT HEAD W/O CONTRAST 70450

<Continued>

CC: Jacob R Radford MD

Technologist: LINDSAY TAYLOR RT(R)(CT)
Transcribed Date/Time: 05/17/2019 (0359)
Electronic Signature Date/Time: 05/17/2019 (0402)
Orig Print D/T: S: 05/17/2019 (0404)
BATCH NO: N/A

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976633 CT LEV 2 CHST/ABD/PELW T/L SPI

EXAM:
CT Chest With Contrast
CT Abdomen and Pelvis With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the chest, abdomen and pelvis with intravenous contrast. Coronal and sagittal reformatted images were created and reviewed.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
Dependent atelectatic changes in the posterior lungs. Lungs are otherwise clear. No pleural or pericardial effusion. No evidence of pneumothorax.
Mediastinal structures are grossly normal. No evidence of thoracic aortic injury. No evidence of displaced rib fracture. Thoracic spine and sternum appear intact.

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976633 CT LEV 2 CHST/ABD/PELW T/L SPI

<Continued>

The liver, spleen, pancreas and adrenals are grossly normal. Gallbladder is normally distended with no evidence of calcified gallstones.

Kidneys demonstrate symmetric function. No focal parenchymal abnormalities or obstructive uropathy.

Abdominal aorta is normal in caliber with no evidence of aneurysmal dilatation or injury.

Small and large bowel loops are grossly normal. There is no evidence of enteric obstruction or injury. There is a normal appendix.

Pelvic organs are grossly normal. No free fluid in the abdomen or pelvis.

Visualized osseous structures are grossly normal for age.

IMPRESSION:
No acute thoracic process. No evidence of thoracic aortic injury or pneumothorax.

No acute intra-abdominal or pelvic process. No evidence of solid organ injury.
Additional nonemergent findings as described above.

---

EXAM:
CT Thoracic Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976633 CT LEV 2 CHST/ABD/PELW T/L SPI

<Continued>

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the thoracic spine with intravenous contrast. Coronal and sagittal reformatted images were created and reviewed.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There is mild straightening of the normal thoracic kyphosis. Slight dextrocurvature of the mid thoracic spine. This is likely positional. There is no significant curvature or scoliosis. Thoracic vertebral body

heights are maintained. Disc spaces are maintained. No AP malalignment. Posterior elements and facets are intact. Intact neural rings are identified from T1-T12. No evidence of acute fracture.

IMPRESSION:
No acute fracture or traumatic AP malalignment in the thoracic spine.

==========================

EXAM:
CT Lumbar Spine With Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976633 CT LEV 2 CHST/ABD/PELW T/L SPI

<Continued>

unrestrained
passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head
pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions.
Swelling noted to left side of face. 100ml iso 300.

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the lumbar spine with
intravenous contrast. Coronal and sagittal reformatted images were created and
reviewed.
Radiation optimization: All CT scans at this facility use at least one of
these dose optimization techniques: automated exposure control; mA

and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.
Contrast material: 300 ISO; Contrast volume: 100 ml; Contrast route: IV;

COMPARISON:
No relevant prior studies available.

FINDINGS:
There are 5 lumbar-type vertebral bodies. There is mild straightening of the
normal lumbar lordosis which may be positional. Lumbar vertebral body heights
are maintained. Disc spaces are maintained. There is no AP malalignment.
Posterior elements and facets appear intact.

On axial sequences, intact neural rings are identified from L1-S1. No
evidence of acute fracture. Visualized sacroiliac joints and sacrum are intact.

IMPRESSION:
No acute fracture or traumatic AP malalignment within the lumbar spine.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY JAMES FALISZEK MD

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976633 CT LEV 2 CHST/ABD/PELW T/L SPI

<Continued>

** Electronically Signed by James Faliszek MD on 05/17/2019 at 0433 **
Reported and signed by: James Faliszek, MD

CC: Jacob R Radford MD

Technologist: LINDSAY TAYLOR RT(R)(CT)
Transcribed Date/Time: 05/17/2019 (0433)
Electronic Signature Date/Time: 05/17/2019 (0433)
Orig Print D/T: S: 05/17/2019 (0435)
BATCH NO: N/A

PAGE 5 Signed Report

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976631 CT MAXILLO-FACE W/O CON 70486

EXAM:
CT Maxillofacial Without Contrast

EXAM DATE/TIME:
5/17/2019 2:56 AM

CLINICAL HISTORY:
30 years old, male; Injury or trauma; Patient HX: Per EMS: PT unrestrained passenger in MVC. EMS reports. Significant damage. PT C/O left jaw and head pain. ETOH on board. PT alert and oriented. Crying. PT not answering questions. Swelling noted to left side of face. ; Additional info: MVC, left face pain

TECHNIQUE:
Imaging protocol: Axial computed tomography images of the face without intravenous contrast. Coronal and sagittal reformatted images were created and reviewed.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.

COMPARISON:
None currently available.

FINDINGS: Comminuted, buckled in depressed left zygomatic arch fractures.
Comminuted and significantly displaced fractures of the anterior and lateral walls of the left maxillary sinus. Fracture of the floor of the left orbit, the depressed fracture fragment is displaced about 3 mm. No herniated fat

although the inferior rectus muscle courses over a fracture fragment.

Displaced fractures of the lateral wall of the left orbit. Mild deformity of the medial walls of both orbits/lamina papyracea, uncertain if this is

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT, BRANDON
Phys: Radford, Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976631 CT MAXILLO-FACE W/O CON 70486

<Continued>

an acute or chronic finding. Both globes appear intact. No stranding or hematoma in the post septal fat. No proptosis. Fracture of the left coronoid process of the mandible. Fluid/blood partially fills the left maxillary sinus. Mild mucosal thickening in a few left ethmoid air cells. The remainder of the facial sinuses appear well-aerated. The mastoid air cells and middle ears are well aerated.

IMPRESSION:
Comminuted and displaced left zygomaticomaxillary complex fractures as above.
Mild deformity of the lamina papyracea bilaterally, probably chronic on the left, unknown age on the right. Both globes appear intact, no stranding or hematoma in the post septal fat. Fracture of the left coronoid process of the mandible.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY ROBERT MORLEY DO

** Electronically Signed by Robert Morley DO on 05/17/2019 at 0438 **
Reported and signed by: Robert Morley, DO

CC: Jacob R Radford MD

Technologist: LINDSAY TAYLOR RT(R)(CT)
Transcribed Date/Time: 05/17/2019 (0438)
Electronic Signature Date/Time: 05/17/2019 (0438)
Orig Print D/T: S: 05/17/2019 (0440)
BATCH NO: N/A

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976641 CT RECON 3D IND WORK 76377

Additional 3-D reformatted images of the maxillofacial structures were generated using a bone algorithm. These views were requested by the clinical team caring for this patient and were obtained for medical necessity. These views confirm the findings of the axial, coronal, and sagittal CT images. Refer to accession number COCNV002976631.

** Electronically Signed by M.D. SCOTT H. LONG **
** on 05/17/2019 at 0459 **
Reported and signed by: SCOTT H. LONG, M.D.

CC: Jacob R Radford MD

Technologist: LINDSAY TAYLOR RT(R)(CT)

Transcribed Date/Time: 05/17/2019 (0458)
Electronic Signature Date/Time: 05/17/2019 (0459)
Orig Print D/T: S: 05/17/2019 (0501)
BATCH NO: N/A

PAGE 1 Signed Report

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT, BRANDON
Phys: Radford, Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976632 CT SPINE CERV W/O CON 72125

CT CERVICAL SPINE

DATE: 5/17/2019 2:56 AM

HISTORY: MVC MVC

COMPARISON: None

TECHNIQUE: CT was performed of the cervical spine, with axial, coronal, and sagittal reformatted images.

Per CMS specifications, dose optimization techniques including at least one of the following were performed, as appropriate: Automated exposure control, adjustment of the mA and/or kV according to the patient's size, use of iterative reconstruction techniques.

FINDINGS:

There is no acute fracture or subluxation. The cervical vertebral body heights and disc spaces are well-maintained. There is straightening of the normal cervical lordosis. Alignment is otherwise within normal limits. There is no evidence of central canal or neuroforaminal stenosis.

There is an acute, moderately displaced fracture involving the coronary process of the left mandible. Multiple acute fractures involving the left orbit, left maxillary sinus, left zygoma are also partially visualized. Please see dedicated CT of the maxillofacial structures performed concurrently on today's date for further evaluation.

The prevertebral soft tissues are within normal limits. The thyroid gland is normal.

IMPRESSION:
1. No acute fracture or subluxation of the cervical spine.
2. Straightening of the normal cervical lordosis, likely positional in nature or possibly representing underlying chronic microvascular ischemia.

SKYLINE MEDICAL CENTER
3441 DICKERSON PIKE
NASHVILLE TENNESSEE 37207
MEDICAL IMAGING
PHONE #: 615-769-2400
FAX #: 615-769-2447

Name: WICHERT,BRANDON
Phys: Radford,Jacob R MD
DOB: 01/19/1989 Age: 30 Sex: M
Acct: G00628329410 Loc: G.ER
Exam Date: 05/17/2019 Status: REG ER
Radiology No:
Unit No: G000994703

EXAMS:
002976632 CT SPINE CERV W/O CON 72125

<Continued>

** Electronically Signed by M.D. SCOTT H. LONG **
** on 05/17/2019 at 0428 **
Reported and signed by: SCOTT H. LONG, M.D.

CC: Jacob R Radford MD

Technologist: LINDSAY TAYLOR RT(R)(CT)
Transcribed Date/Time: 05/17/2019 (0422)
Electronic Signature Date/Time: 05/17/2019 (0428)
Orig Print D/T: S: 05/17/2019 (0430)
BATCH NO: N/A

PAGE 2 Signed Report

From Kalea Dutton 405-216-3760 Tue Jan 7 09:46:00 2020 CST Page 2 of 7

PATIENT
BRANDON WICHERT
DOB 01/19/1989
AGE 30 yrs
SEX Male
PRN WB850881

H N/A
M 4059386125
W N/A
E N/A
6400 NW EXPRESSWAY
APT 734
OKLAHOMA CITY, OK 73132

MIND AND BODY MEDICAL CLINIC
T 405-285-4755
F N/A
2216 NW 164TH ST
SUITE A
EDMOND, OK 73013

## Referrals/Response Letter

To: Ryan Bisher Ryan Simons Att
From: Kalea Dutton
Sent: 01/07/2020 09:45:07
Subject: Patient Referral
Regarding: Brandon Wichert

As always, if there are specific questions you would like to discuss, please feel free to contact me.

Sincerely,

Dustin Rosenhamer M.D.

## Diagnoses

| TYPE | CODE | DESCRIPTION | START/STOP |
|---|---|---|---|
| ICD-10 | G43.919 | Migraine, unspecified, intractable, without status migrainosus | N/A - |
| ICD-10 | F07.81 | Postconcussional syndrome | N/A - |
| ICD-10 | G44.309 | Post-traumatic headache, unspecified, not intractable | N/A - |
| ICD-10 | M54.2 | Cervicalgia | N/A - |

## Active Medications for Brandon Wichert

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Tylenol 325 MG Oral Tablet - Acetaminophen Oral Tablet 325 MG | Two tabs once daily | N/A - | |
| Ibuprofen 800 MG Oral Tablet - Ibuprofen Oral Tablet 800 MG | PRN | N/A - | |
| Gabapentin 600 MG Oral Tablet - Gabapentin Oral Tablet 600 MG | Take 1 tablet (600 mg) by mouth daily at bedtime | N/A - | |
| Ondansetron HCl 4 MG Oral Tablet - Ondansetron HCl Oral Tablet 4 MG | Take 1 tablet (4 mg) by mouth every 8 hours as needed for nausea | N/A - | |

| DRUG ALLERGY | ONSET |
|---|---|
| Anesthesia S/I-40<br>Moderate allergy - active | Unknown |

## Encounter - 07/25/2019

| SEEN BY | | SEEN ON | |
|---|---|---|---|
| Dustin Rosenhamer | | 07/25/2019 | |
| HEIGHT | WEIGHT | BMI | BLOOD PRESSURE |
| 70.0 in | 190.0 lbs | 27.3 | 135/89 |
| TEMP | PULSE | RESP RATE | HEAD CIRC |
| 99.0 F | 66.0 bpm | N/A | N/A |
| CC | | | |

headache after head injury (Appt time: 1:00 PM) (Arrival time: 12:53 PM)

S

Brandon Wichert is a 30 yrs male who presents after an injury while at work. He was able to provide his medical history and events around their injury. He reports that on 5/16/19 he was the passenger in a MVA while another employee was the driver. The accident occurred in Tennessee while reporting to a job site. The driver ran a red light which resulted in them getting t-boned by a moving vehicle. He reports loss of consciousness but denies knowing for how long. He was then transported via ambulance to ER where he was found to have a left maxillary/zygomatic arch fracture. He then traveled back to Oklahoma where he had surgical repair, ORIF of left zygomatic arch, on 5/30/19 in OKC with Oral & Maxiofacial Associates. He continues to follow up with his surgeon at the this time. Associated symptoms the time of event include: headache and disorientation. He reports he has been having daily headaches since his injury. He states they start on the left side and radiate to the back of his head. He states they are throbbing, sharp, and aching in nature. He states his pain ranges from a 2 to 7 out of 10 on the pain scale. When his pain is the worst he states he has to sit in a quiet, dark room to help with his symptoms. He denies any vision or hearing loss, coordination difficulties, seizures, or PMH of concussions, seizures, or migraines. He reports taking OTC NSADs for pain.

Currently, Brandon Wichert reports

Associated symptoms include: headaches, vertigo, nausea, sensitivity to light and noise, sleep disturbances, and slurred speech.

Brandon Wichert reports he has worked as a construction/glass repair worker for 1 years. He reports he has been back to work since the accident. He states that going back to work was difficult with the headaches due to the loud construction work. He denies any prior history of on the job injuries.

Brandon Wichert past medical, family and social history was reviewed and verified with Brandon Wichert /family and the medical record was updated as indicated.

REVIEW OF SYSTEMS:

CONSTITUTIONAL: No weight loss, fever, chills, weakness or fatigue.

HEENT: Eyes: No visual loss, blurred vision, double vision or yellow sclerae. Ears, Nose, Throat: No hearing loss, sneezing, congestion, runny nose or sore throat.

SKIN: No rash or itching.

CARDIOVASCULAR: No chest pain, chest pressure or chest discomfort. No palpitations or edema.

RESPIRATORY: No shortness of breath, cough or sputum.

GASTROINTESTINAL: No anorexia, + nausea, vomiting or diarrhea. No abdominal pain or blood.

GENITOURINARY: No burning on urination. No frequency. No hesitancy.

NEUROLOGICAL: No + headache, + dizziness, syncope, paralysis, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.

MUSCULOSKELETAL: No muscle, + back pain, joint pain or stiffness.

HEMATOLOGIC: No anemia, bleeding or bruising.

LYMPHATICS: No enlarged nodes. No history of splenectomy.

PSYCHIATRIC: No history of depression or anxiety.

ENDOCRINOLOGIC: No reports of sweating, cold or heat intolerance. No polyuria or polydipsia.

ALLERGIES: No history of asthma, hives, eczema or rhinitis.

O

Physical Exam:

GEN: NAD, pleasant, cooperative, well nourished

CVS: Regular Rate and Rhythm, No murmurs

CHEST: No signs of resp distress, on room air

MENTAL STATUS: AAOx3, memory intact, fund of knowledge appropriate

LANG/SPEECH: Naming and repetition intact, fluent, follows 3-step commands

CRANIAL NERVES:

II: Pupils equal and reactive, no RAPD, no VF deficits.

III, IV, VI: EOM intact, no gaze preference or deviation, no nystagmus.

V: normal sensation in V1, V2, and V3 segments bilaterally

VII: no asymmetry, no nasolabial fold flattening

VIII: normal hearing to speech

IX, X: normal palatal elevation, no uvular deviation

XI: 5/5 head turn and 5/5 shoulder shrug bilaterally

XII: midline tongue protrusion

MOTOR:

5/5 muscle power in Rt shoulder abductors/adductors, elbow flexors/extensors, wrist flexors/extensors, finger abductors/adductors. 5/5 in Rt hip flexors/extensors, knee flexors/extensors, ankle dorsiflexors and planter flexors.

5/5 muscle power in Lt shoulder abductors/adductors, elbow flexors/extensors, wrist flexors/extensors, finger abductors/adductors. 5/5 in Lt hip flexors/extensors, knee flexors/extensors, ankle dorsiflexors and planter flexors.

REFLEXES: 2/4 throughout, bilateral flexor planter response, no Hoffman's, no clonus

SENSORY:

Normal to touch, pinprick, vibration, temp all limbs
No hemineglect, no extinction to double sided stimulation (visual & tactile)
Romberg absent
COORD: Normal finger to nose and heel to shin, no tremor, no dysmetria
STATION: normal stance, no truncal ataxia
GAIT: Normal; patient able to tip-toe, heel-walk.

Operative Report and CT reports reviewed

A

30y M presents with headaches following a head injury. His headaches appear to be of the migraine type and occurring daily.

DIAGNOSIS:
Intractable migraine [ICD-10: G43.919], [ICD-9: 346.90], [SNOMED: 423894005]
Post-concussion syndrome [ICD-10: F07.81], [ICD-9: 310.2], [SNOMED: 40425004]
Post traumatic headache [ICD-10: G44.309], [ICD-9: 339.20], [SNOMED: 54012000]

P

starting gabapentin 600mg hs for migraine prophylaxis
Pain Management with NSADS OK for now
stretching extercises to neck and shoulders
MMI likely in 3-6 months
CCF5 provided
follow up in 4 weeks

I have spent 60 minutes in the care, evaluation and treatment of Brandon Wichert. The patient and family were counseled about diagnosis, prognosis and treatment plan related to this injury. Medications were reviewed, evaluated for risk/benefit and managment was discussed. All questions and concerns were addressed to the patient and family satisfaction.

The medical evaluation, assessments and plan noted above are all stated within a reasonable degree of medical certainty. I declare under penalty of perjury that I have examined this report and all statements contained herein and to the best of my knowledge and belief are true, correct and complete.

| SIGNED BY | SIGNED ON |
|---|---|
| Dustin Rosenhamer | 07/25/2019 |

Encounter - 08/21/2019

| SEEN BY | | SEEN ON | |
|---|---|---|---|
| Dustin Rosenhamer | | 08/21/2019 | |
| HEIGHT | WEIGHT | BMI | BLOOD PRESSURE |
| N/A | N/A | N/A | 129/74 |
| TEMP | PULSE | RESP RATE | HEAD CIRC |
| 97.1 F | 71.0 bpm | N/A | N/A |

CC

F/u headaches and neck pain (Appt time: 10:00 AM) (Arrival time: 9:51 AM)

S

Brandon Wichert reports symptoms have improved. He states that his headaches are averaging every other day rather than daily and average 2-3 and are more dull. He did have one severe headache when he forgot to take the medication. He states the photo and noise sensitivity have decreased. He noticed that he has had some GI issues recently (nausea with bowel movements) and some mood swings (that he can attribute to poor sleep when details were obtained). He continues to have the neck pain that he describes as a "pinch" but that the facial pains have improved but have not completely resolved. He has continued medications as listed. He reports he did some stretching of his neck and the symptoms improved but he quit and the symptoms returned. No new medications were started.

Past, Family and Social History reviewed and no change from prior encounter.

Pertinent ROS:
GASTROINTESTINAL: No anorexia, + nausea, vomiting or diarrhea. No abdominal pain or blood. +gastric slowing
NEUROLOGICAL: No + headache, + dizziness (resolved), syncope, paralysis, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
MUSCULOSKELETAL: No muscle, + neck pain, joint pain or stiffness.
PSYCHIATRIC: No history of depression or anxiety. +mood swings

O

Physical Exam:

GEN: NAD, pleasant, cooperative, well nourished

CVS: Regular Rate and Rhythm, No murmurs
CHEST: No signs of resp distress, on room air
MENTAL STATUS: AAOx3, memory intact, fund of knowledge appropriate
LANG/SPEECH: Naming and repetition intact, fluent, follows 3-step commands
CRANIAL NERVES:
II: Pupils equal and reactive, no RAPD, no VF deficits.
III, IV, VI: EOM intact, no gaze preference or deviation, no nystagmus.
V: normal sensation in V1, V2, and V3 segments bilaterally
VII: no asymmetry, no nasolabial fold flattening
VIII: normal hearing to speech
IX, X: normal palatal elevation, no uvular deviation
XI: 5/5 head turn and 5/5 shoulder shrug bilaterally
XII: midline tongue protrusion
MOTOR:
5/5 muscle power in Rt shoulder abductors/adductors, elbow flexors/extensors, wrist flexors/extensors, finger abductors/adductors. 5/5 in Rt hip flexors/extensors, knee flexors/extensors, ankle dorsiflexors and planter flexors.

5/5 muscle power in Lt shoulder abductors/adductors, elbow flexors/extensors, wrist flexors/extensors, finger abductors/adductors. 5/5 in Lt hip flexors/extensors, knee flexors/extensors, ankle dorsiflexors and planter flexors.

REFLEXES: 2+ throughout, bilateral flexor planter response, no Hoffman's, no clonus
SENSORY:
Normal to touch, pinprick, vibration, temp all limbs
No hemineglect, no extinction to double sided stimulation (visual & tactile)
Romberg absent
COORD: Normal finger to nose and heel to shin, no tremor, no dysmetria
STATION: normal stance, no truncal ataxia
GAIT: Normal; patient able to tip-toe, heel-walk.

A

30y M presents with headaches following a head injury. His headaches appear to be of the migraine type and are improving in severity and frequency

DIAGNOSIS:
Cervicalgia [ICD-10: M54.2], [ICD-9: 723.1], [SNOMED: 81680005]

P

continue gabapentin 600mg hs for migraine prophylaxis
Pain Management with NSADS OK
zofran prn nausea
stretching extercises to neck and shoulders
MMI likely in 1 month
CCF5 provided
follow up in 4 weeks

I have spent 40 minutes in the care, evaluation and treatment of Brandon Wichert. The patient and family were counseled about diagnosis, prognosis and treatment plan related to this injury. Medications were reviewed, evaluated for risk/benefit and managment was discussed. All questions and concerns were addressed to the patient and family satisfaction.

The medical evaluation, assessments and plan noted above are all stated within a reasonable degree of medical certainty. I declare under penalty of perjury that I have examined this report and all statements contained herein and to the best of my knowledge and belief are true, correct and complete.

| SIGNED BY | SIGNED ON |
|---|---|
| Dustin Rosenhamer | 08/21/2019 |

Encounter - 09/17/2019

| SEEN BY | | SEEN ON | |
|---|---|---|---|
| Dustin Rosenhamer | | 09/17/2019 | |
| HEIGHT | WEIGHT | BMI | BLOOD PRESSURE |
| N/A | N/A | N/A | N/A |
| TEMP | PULSE | RESP RATE | HEAD CIRC |
| N/A | N/A | N/A | N/A |

CC

Follow up migraine (Appt time: 9:30 AM) (Arrival time: 9:01 AM)

S

Brandon Wichert reports symptoms have improved. He states that his headaches are averaging much improved. He will occasionally have a sharp, shooting pain where his laceration and staples were. He will occasionally have some neck and upper back pain. He denies any cognitive problems, weakness, numbness. He had several questions regarding head injuries, concussion and CTE and were answered to his satisfaction. I told him other than occasional localized pain to his head injury site and possible migraines, I do not suspect he will have any other lasting issues.

Past, Family and Social History reviewed and no change from prior encounter.

Pertinent ROS:
GASTROINTESTINAL: No anorexia, no nausea, vomiting or diarrhea. No abdominal pain or blood. +gastric slowing
NEUROLOGICAL: No + headache, no dizziness , syncope, paralysis, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
MUSCULOSKELETAL: No muscle, + neck pain, joint pain or stiffness.
PSYCHIATRIC: No history of depression or anxiety. no mood swings

O

Physical Exam:

GEN: NAD, pleasant, cooperative, well nourished
CVS: Regular Rate and Rhythm, No murmurs
CHEST: No signs of resp distress, on room air
MENTAL STATUS: AAOx3, memory intact, fund of knowledge appropriate
LANG/SPEECH: Naming and repetition intact, fluent, follows 3-step commands
CRANIAL NERVES:
II: Pupils equal and reactive, no RAPD, no VF deficits.
III, IV, VI: EOM intact, no gaze preference or deviation, no nystagmus.
V: normal sensation in V1, V2, and V3 segments bilaterally
VII: no asymmetry, no nasolabial fold flattening
VIII: normal hearing to speech
IX, X: normal palatal elevation, no uvular deviation
XI: 5/5 head turn and 5/5 shoulder shrug bilaterally
XII: midline tongue protrusion
MOTOR:
5/5 muscle power in Rt shoulder abductors/adductors, elbow flexors/extensors, wrist flexors/extensors, finger abductors/adductors. 5/5 in Rt hip flexors/extensors, knee flexors/extensors, ankle dorsiflexors and planter flexors.

5/5 muscle power in Lt shoulder abductors/adductors, elbow flexors/extensors, wrist flexors/extensors, finger abductors/adductors. 5/5 in Lt hip flexors/extensors, knee flexors/extensors, ankle dorsiflexors and planter flexors.

REFLEXES: 2+ throughout, bilateral flexor planter response, no Hoffman's, no clonus
SENSORY:
Normal to touch, pinprick, vibration, temp all limbs
No hemineglect, no extinction to double sided stimulation (visual & tactile)
Romberg absent
COORD: Normal finger to nose and heel to shin, no tremor, no dysmetria
STATION: normal stance, no truncal ataxia
GAIT: Normal; patient able to tip-toe, heel-walk.

A

30y M presents with headaches following a head injury. His headaches appear to be of the migraine type and are improving in severity and frequency. I believe he has reached maximal medical improvement and may return to work at his regular duties. I do not believe he will have any lasting symptoms that would prohibit him from anything in the future.

P

continue gabapentin 600mg hs for migraine prophylaxis. He can follow up with his PCP for this or cal us to continue this medication for 6-12 months. If headaches are completely resolved can attempt a taper off the medication
stretching extercises to neck and shoulders
MMI reached
CCF5 provided

I have spent 30 minutes in the care, evaluation and treatment of Brandon Wichert. The patient and family were counseled about diagnosis, prognosis and treatment plan related to this injury. Medications were reviewed, evaluated for risk/benefit and managment was discussed. All questions and concerns were addressed to the patient and family satisfaction.

The medical evaluation, assessments and plan noted above are all stated within a reasonable degree of medical certainty. I declare under penalty of perjury that I have examined this report and all statements contained herein and to the best of my knowledge and belief are true, correct and complete.

| SIGNED BY | SIGNED ON |
|---|---|
| Dustin Rosenhamer | 09/17/2019 |

ADDENDUM

| REFERRALS: Maribell Duran via Fax | |
|---|---|
| PROVIDER NAME | SIGNED ON |
| Kelli Leek | 09/17/2019 |
| ADDENDUM | |
| REFERRALS: Argonaut WC INS via Fax | |
| PROVIDER NAME | SIGNED ON |
| Kelli Leek | 09/17/2019 |
| ADDENDUM | |
| REFERRALS: Maribell Duran via Fax | |
| PROVIDER NAME | SIGNED ON |
| Kalea Dutton | 09/24/2019 |

Electronically signed by Kalea Dutton 01/07/2020 09:45AM

