Philip D. Ryan
Rick W. Bisher *
Charles T. Simons
Tim Kent

Of Counsel:
Patrick C. Ryan

*RWB Legal Inc.



**RYAN BISHER RYAN & SIMONS**
Attorneys at Law

www.rbrlawfirm.com
RBRS Legal Group, PLLC
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116-1513
Phone: 405.528.4567 ~ Facsimile: 405.525.2123
Toll Free: 1.800.725.2222



**LIFE MEMBER**
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers In America ™

Rick W. Bisher, Esq.
Admitted to the United States Supreme Court and all Federal and State District Courts in Oklahoma
rbisher@rbrlawfirm.com

Legal Assistants Assigned to R. Bisher:
Dimples Carson – dcarson@rbrlawfirm.com
Karen Odom – kodom@rbrlawfirm.com
Teresa Johnson -tjohnson@rbrlawfirm.com

Friday, November 20, 2020

*Mail and Email*

Kellie Correia
Liberty Mutual Insurance - San Diego, CA
PO Box 515097
Los Angeles, CA 90051

Re:   Client:           Brandon Wichert
      Your Insured:     Brandon Wichert
      Claim No.         23840824
      Date of Loss:     May 15, 2019

Dear Kellie:

I hope this finds you well. I have not received a response to my November 2, 2020 correspondence or the demand I sent to you on October 20, 2020. Please advise where you are in regard to resolving Brandon's claim. I am receiving inquires from the worker's compensation carrier regarding its subrogation interest, not to mention that Brandon is entitled to a timely evaluation and payment of his claim.

I look forward to your immediate response. Thank you.

Respectfully,

Rick W. Bisher

RWB/rb
CC: Client

Personal Injury · Workers' Compensation · Social Security · Auto Accidents· Nursing Home/Medical Negligence · Insurance Bad Faith ·
Product Liability · Wrongful Death · Catastrophic Injury Cases · Employment Law · Wrongful Termination

**EXHIBIT "16"**