Philip D. Ryan
Rick W. Bisher *
Charles T. Simons
Tim Kent

Of Counsel:
Patrick C. Ryan

*RWB Legal Inc.



**RYAN BISHER RYAN & SIMONS**
*Attorneys at Law*

www.rbrlawfirm.com
RBRS Legal Group, PLLC
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116-1513
Phone: 405.528.4567 ~ Facsimile: 405.525.2123
Toll Free: 1.800.725.2222



LIFE MEMBER
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers In America ™

Rick W. Bisher, Esq.
Admitted to the United States Supreme Court and
all Federal and State District Courts in Oklahoma
rbisher@rbrlawfirm.com

Legal Assistants Assigned to R. Bisher:
Dimples Carson – dcarson@rbrlawfirm.com
Teresa Johnson – tjohnson@rbrlawfirm.com
Blanca Hernandez – blanca@rbrlawfirm.com

Wednesday, August 4, 2021

Mail and Email

Karen.Lyons@LibertyMutual.com
Kellie.Correia@LibertyMutual.com
Karen Lyons
Kellie Correia
Liberty Mutual Insurance - San Diego, CA
PO Box 515097
Los Angeles, CA 90051

Re:  Client          :  Brandon Wichert
     Your Insured    :  Brandon Wichert
     Claim No.       :  23840824
     Date of Loss    :  May 15, 2019

Dear Karen &/or Kellie:

I hope this finds you well. Please advise whether your position has changed regarding discounting the uninsured motorist claim by the workers' compensation payments he received. Your immediate response is needed and appreciated.

Thank you.

Respectfully,

Rick W. Bisher

RB:rb

Practice Areas: Personal Injury · Workers' Compensation · Social Security · Auto Accidents· Nursing Home/Medical Negligence · Insurance Bad Faith · Product Liability · Wrongful Death · Catastrophic Injury Cases

EXHIBIT "18"