Philip D. Ryan
Rick W. Bisher *
Charles T. Simons
Tim Kent

Of Counsel:
Patrick C. Ryan

*RWB Legal Inc.



**RYAN BISHER RYAN & SIMONS**
**Attorneys at Law**
www.rbrlawfirm.com
RBRS Legal Group, PLLC
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116-1513
Phone: 405.528.4567 ~ Facsimile: 405.525.2123
Toll Free: 1.800.725.2222

LIFE MEMBER
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers in America ™

Rick W. Bisher, Esq.
Admitted to the United States Supreme Court and
all Federal and State District Courts in Oklahoma
rbisher@rbrlawfirm.com

Legal Assistants Assigned to R. Bisher:
  Dimples Carson – dcarson@rbrlawfirm.com
  Teresa Johnson – tjohnson@rbrlawfirm.com
  Blanca Hernandez – blanca@rbrlawfirm.com

Wednesday, September 22, 2021

J Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon
Leadership Square
211 North Robinson, Suite 800N
Oklahoma City, OK 73102

      Re:  Wichert vs. Liberty Mutual

Dear Mr. McAlster

      I hope this finds you well. I am not sure if you are engaged in the evaluation of Brandon's uninsured motorist claim, however on August 8, 2021 you sent me a letter that served as a response to my July 10, 2021 correspondence to the carrier and as "an update on the status of this matter". You stated that you were in the process of obtaining the "medical information from the known medical providers" and that you had also "contacted counsel for the worker's compensation insurance carrier in order to obtain all medical records, pleadings, and other relevant documents the insurance carrier may have in their possession." Based on your correspondence I am therefore sending this letter to you and Karen Lyons, the adjustor I understand is assigned to the claim.

      Despite the fact that the activity outlined above could have, and should have, been conducted much earlier, Liberty Mutual continues in its failure to provide its insured, Brandon, with an evaluation of his uninsured motorist claim, or tender an undisputed amount. Liberty Mutual should be most aware that the nondelegable duty of good faith, despite the filing of the petition, requires it to promptly evaluate and pay Brandon's claim. The duty of good faith and fair dealing exists *during the time the claim is being reviewed*. *Garnett v. Government Employees Insurance Co.*, 186 P.3d 935 (Okla. 2008); *Hale v. A.G. Ins. Co.*, 138 P.2d 567 (Okla. App. 2006); *Newport v. USAA*, 11 P.3d 190 (Okla. 2000); *Skinner v. John Deere Ins. Co.*, 998 P.2d 1219 (Okla. 2000); *Buzzard v. Farmers Ins. Co.*, 824 P.2d 1105 (Okla. 1992).

      In any event I am enclosing a copy of the proof of service for your file and again, Brandon requests an evaluation of his claim by his carrier.

Practice Areas: Personal Injury · Workers' Compensation · Social Security · Auto Accidents· Nursing Home/Medical
Negligence · Insurance Bad Faith · Product Liability · Wrongful Death · Catastrophic Injury Cases

EXHIBIT "21"

Respectfully,

Rick W. Bisher

RB:rb
Enclosure
Cc:
Karen Lyons
Liberty Mutual Insurance - San Diego, CA
PO Box 515097
Los Angeles, CA 90051

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| BRANDON WICHERT | ) | |
| | ) | FILED IN DISTRICT COURT |
| Plaintiff, | ) | OKLAHOMA COUNTY |
| | ) | |
| v. | ) | SEP 2 2 2021 |
| | ) | Case No.: CJ-2021-3325 |
| OHIO SECURITY INSURANCE | ) | Judge Cindy H. Truong |
| COMPANY, an affiliate or subsidiary | ) | RICK WARREN |
| of LIBERTY MUTUAL INSURANCE | ) | COURT CLERK |
| COMPANY | ) | 109 _____ |
| | ) | |
| Defendant. | ) | |

### PROOF / RETURN OF SERVICE

I certify that I mailed copies of the Petition and Summons via certified mail, return receipt requested, postage prepaid, on the 1st day of September 2021 to:

Ohio Security Insurance Company
c/o Oklahoma Insurance Department
400 N.E. 50th Street
Oklahoma City, OK 73105

Service was completed by delivery on the 3rd day of September 2021 as evidenced by the attached Return Receipt.

*Dimples Carson*
Dimples Carson

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above and forgoing document was sent by U.S. Mail to the following on the 22nd day of September 2021.

J. Mark McAlester
Fenton Fenton Smith Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102-7106

*Dimples Carson*
Dimples Carson

Case 5:21-cv-00976ED   Document 13-21   Filed 06/22/22   Page 4 of 8







Philip D. Ryan
Rick W. Bisher *
Charles T. Simons
Tim Kent

Of Counsel:
Patrick C. Ryan

*RWB Legal Inc.

**RYAN BISHER RYAN & SIMONS**

*Attorneys at Law*

www.rbrlawfirm.com
RBRS Legal Group, PLLC
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116-1513
Phone: 405.528.4567 ~ Facsimile: 405.525.2123
Toll Free: 1.800.725.2222

Rick W. Bisher, Esq.
Admitted to the United States Supreme Court and
all Federal and State District Courts in Oklahoma
rbisher@rbrlawfirm.com

Legal Assistants Assigned to R. Bisher:
Dimples Carson – dcarson@rbrlawfirm.com
Teresa Johnson – tjohnson@rbrlawfirm.com
Blanca Hernandez – blanca@rbrlawfirm.com

Wednesday, September 22, 2021

J Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon
Leadership Square
211 North Robinson, Suite 800N
Oklahoma City, OK 73102

   Re: Wichert vs. Liberty Mutual

Dear Mr. McAlster

   I hope this finds you well. I am not sure if you are engaged in the evaluation of Brandon's uninsured motorist claim, however on August 8, 2021 you sent me a letter that served as a response to my July 10, 2021 correspondence to the carrier and as "an update on the status of this matter". You stated that you were in the process of obtaining the "medical information from the known medical providers" and that you had also "contacted counsel for the worker's compensation insurance carrier in order to obtain all medical records, pleadings, and other relevant documents the insurance carrier may have in their possession." Based on your correspondence I am therefore sending this letter to you and Karen Lyons, the adjustor I understand is assigned to the claim.

   Despite the fact that the activity outlined above could have, and should have, been conducted much earlier, Liberty Mutual continues in its failure to provide its insured, Brandon, with an evaluation of his uninsured motorist claim, or tender an undisputed amount. Liberty Mutual should be most aware that the nondelegable duty of good faith, despite the filing of the petition, requires it to promptly evaluate and pay Brandon's claim. The duty of good faith and fair dealing exists *during the time the claim is being reviewed.* _Garnett v. Government Employees Insurance Co._, *186 P.3d 935 (Okla. 2008);* _Hale v. A.G. Ins. Co.,_ *138 P.2d 567 (Okla. App. 2006);* _Newport v. USAA,_ *11 P.3d 190 (Okla. 2000);* _Skinner v. John Deere Ins. Co.,_ *998 P.2d 1219 (Okla. 2000);* _Buzzard v. Farmers Ins. Co.,_ *824 P.2d 1105 (Okla. 1992).*

   In any event I am enclosing a copy of the proof of service for your file and again, Brandon requests an evaluation of his claim by his carrier.

**Practice Areas: Personal Injury · Workers' Compensation · Social Security · Auto Accidents· Nursing Home/Medical Negligence · Insurance Bad Faith · Product Liability · Wrongful Death · Catastrophic Injury Cases ·**

RB:rb
Enclosure
Cc:
Karen Lyons
Liberty Mutual Insurance – San Diego, CA
PO Box 515097
Los Angeles, CA 90051

BRANDON WICHERT

Plaintiff,

v.

OHIO SECURITY INSURANCE
COMPANY, an affiliate or subsidiary
of LIBERTY MUTUAL INSURANCE
COMPANY

Defendant.

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP 2 2 2021

RICK WARREN
COURT CLERK

109 _____

Case No.: CJ-2021-3325
Judge Cindy H. Truong

### PROOF / RETURN OF SERVICE

I certify that I mailed copies of the Petition and Summons via certified mail, return receipt requested, postage prepaid, on the 1st day of September 2021 to:

Ohio Security Insurance Company
c/o Oklahoma Insurance Department
400 N.E. 50th Street
Oklahoma City, OK 73105

Service was completed by delivery on the 3rd day of September 2021 as evidenced by the attached Return Receipt.

Dimples Carson

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above and forgoing document was sent by U.S. Mail to the following on the 22nd day of September 2021.

J. Mark McAlester
Fenton Fenton Smith Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102-7106

Dimples Carson



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oklahoma Insurance Dept
400 NE 50th Street
Okla City, OK 73105

9590 9402 5814 0034 7721 86

2. Article Number *(Transfer from service label)*

7019 1120 0001 7799 4321

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Perry Kelly

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 03 2021

OKLAHOMA INSURANCE DEPT.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 5814 0034 7721 86

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

RYAN BISHER RYAN & SIMONS
Attorneys at Law
4323 N.W. 63rd Street, Suite 110
Oklahoma City, OK 73116

RECEIVED SEP 07 2021

BY: / Wichert

SCANNED