# EXHIBIT 1

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:     RE-VIEW WINDOWS INC

POLICY NUMBER:     BAS 55529514

POLICY DATES:     05-31-2018 TO 05-31-2019

David Hager, archivist of

Ohio Security Insurance Company   has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

David Alan Hager

David Hager
Policy Copy Archivist

September 16, 2021

 **Liberty Mutual**
**INSURANCE**

**Policyholder    Information**



**Named Insured & Mailing Address**

RE-VIEW WINDOWS INC
1235 SALINE ST
NORTH KANSAS CITY, MO 64116

**Agent Mailing Address & Phone No.**

(816) 842-4800
THOMAS MCGEE L C
PO BOX 419013
KANSAS CITY, MO 64141-6013

 **Your Commercial Documents**

### *Dear Policyholder:*

Your Business Auto policy has been endorsed. We have enclosed documents that reflect the change in your commercial auto policy.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (816) 842-4800

 **THIS IS NOT A BILL**

 **Reminders**

- Detach the ID Card located at the back of the policy
- Verify that all information is correct
- If you have any changes, please contact your Agent at (816) 842-4800
- In case of a claim, call your Agent or 1-800-362-0000

### You Need To Know

- **AUTO I.D. CARDS ARE INCLUDED AT THE BACK OF THE POLICY** and can be used as evidence of insurance and provide you with information on what to do in case of an accident.

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

These forms were included in your original policy. An asterisk (*) indicates that a new or updated version is included in this package.

| FORM NUMBER | TITLE |
| --- | --- |
| CNA90 16 11 16 | 2016 Commercial Auto Miscellaneous Form Revisions Advisory Notice to Policyholders |
| NP 70 19 11 10 | Missouri Notice Important Contact information |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08

**OSIC_000002**

**You Need To Know - continued**

| | |
|---|---|
| NP 88 01 09 08 | Important Information About Driving Outside of the United States and Proof of Auto Insurance |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| UA MO 01 09 16 | Uninsured/Underinsured Motorists Coverage and Limit Options Missouri |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

OSIC_000003



*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RE-VIEW WINDOWS INC<br>1235 SALINE ST<br>NORTH KANSAS CITY, MO 64116 | (816) 842-4800<br>THOMAS MCGEE L C<br>PO BOX 419013<br>KANSAS CITY, MO 64141-6013 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** HISTORICAL WINDOW RESTORATION/REPLICATION

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Business Auto** | $12,370.00 |

*Total Charges for all of the above coverage parts:*     **$12,370.00**
*Coverage for Terrorism resulting from Nuclear,*
*Biological or Chemical Acts is Excluded*

*Note: This is not a bill*

## IMPORTANT MESSAGES

## OTHER NAMED INSUREDS

ARCHITECTURAL SPECIALTIES INC

| Issue Date | 05/29/19 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 11 16



Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**

Endorsement Period:
**From 05/23/2019 to 05/31/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RE-VIEW WINDOWS INC<br>1235 SALINE ST<br>NORTH KANSAS CITY, MO 64116 | (816) 842-4800<br>THOMAS MCGEE L C<br>PO BOX 419013<br>KANSAS CITY, MO 64141-6013 |

## CHANGES TO POLICY - TRANSACTION # 5

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | |
|---|---:|
| Additional Premium | $33.00 |
| *Total Additional Charges* | *$33.00* |
| | *Note: This is not a bill* |

### Description of Change(s)

The following vehicle 2006 CHEVROLET SILVERADO

2500HD VIN# 1GCHC29U96E166931 is added.

See The Revised Declarations and Declarations Schedule

---

| Issue Date | 05/29/19 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**

Endorsement Period:
**From 05/23/2019 to 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Policy Change Endorsement**



| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## OTHER NAMED INSUREDS

ARCHITECTURAL SPECIALTIES INC

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | MO |
| AC 01 09 07 16 | Missouri Changes | MO |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | MO |
| CA 00 01 03 06 | Business Auto Coverage Form | MO |
| CA 02 19 01 16 | Missouri Changes - Cancellation and Nonrenewal | MO |
| CA 04 36 10 08 | Missouri Changes - Amendment of Definition of Pollution | MO |
| CA 21 04 03 06 | Missouri Uninsured Mototists Coverage | MO |
| CA 23 49 11 16 | Missouri Public or Livery Passenger Conveyance and On-Demand Delivery Services Exclusion | MO |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | MO |

| Issue Date | 05/29/19 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS  (19)  55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
Endorsement Period:
**From 05/23/2019 to 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Policy  Change  Endorsement**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## POLICY FORMS AND ENDORSEMENTS - continued

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | MO |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | MO |
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | MO |
| CA 31 04 09 10 | Missouri Underinsured Motorists Coverage | MO |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | MO |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | MO |
| CA 88 10 01 10 | Business Auto Coverage Enhancement Endorsement | MO |
| CA 88 63 09 12 | Amendment Of Cancellation Provisions | MO |
| CA 99 03 03 06 | Auto Medical Payments Coverage | MO |
| IL 00 17 11 98 | Common Policy Conditions | MO |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | MO |

| Issue Date | 05/29/19 | Authorized  Representative |
|---|---|---|

*To report a claim,  call  your Agent or 1-800-362-0000*

**DS 70 27 01 08**



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS  (19)  55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business  Automobile**
**Revised  Policy  Declarations**



## ITEM  ONE:

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
|  | THOMAS MCGEE L C |

## ITEM  TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

**\*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000  each accident | $7,087.00 |
|  | Covered Auto Symbol(s)  01* |  |
| **Medical Payments** | $5,000 per person | $330.00 |
|  | Covered Auto Symbol(s)  02* |  |

| Uninsured Motorist Bodily Injury | Coverage | Limit | $120.00 |
|---|---|---|---|
| Missouri | Uninsured Motorists - Bodily Injury | $1,000,000  each accident | - |
|  | Covered Auto Symbol(s)  06* |  |  |

| Underinsured Motorist | Coverage | Limit | $396.00 |
|---|---|---|---|
| Missouri | Underinsured Motorists | $1,000,000  each accident | - |
|  | Covered Auto Symbol(s)  02* |  |  |

*To report a claim,  call  your Agent or  1-800-362-0000*
**DS 70 43 01 08**

**Liberty Mutual**
INSURANCE

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
12:01 am Standard Time
at Insured Mailing Location

## Business Automobile
## Revised Policy Declarations

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Physical Damage** | Refer to Item Three | |
| Comprehensive | | $1,618.00 |
| | Covered Auto Symbol(s) 02, 08* | |
| Collision | | $2,708.00 |
| | Covered Auto Symbol(s) 02, 08* | |
| **Miscellaneous Coverages** | | |
| Business Auto Enhancement Endorsement | | $111.00 |

*Total Provisional Charges:* **$12,370.00**
*Note: This is not a bill*

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 001 | 2000 | Kenworth T300 | 1NKMHD6X1YS846349 | 136 | 24 | 31189 | 64116 | $71,500 |
| 003 | 2012 | DODGE RAM 2500 | 3C6TD4HT5CG178999 | 136 | 24 | 01189 | 64116 | $32,115 |
| 004 | 2012 | DODGE RAM 2500 | 3C6TD4HT6CG179000 | 136 | 24 | 01189 | 64116 | $32,115 |
| 005 | 2017 | CHEVROLET CITY EXP | 3N63M0YN1HK705716 | 136 | 24 | 03199 | 64116 | $22,405 |
| 006 | 2017 | CHEVROLET SILVERAD | 1GC2CUEG1HZ193022 | 136 | 24 | 01189 | 64116 | $35,010 |
| 007 | 2006 | CHEVROLET SILVERAD | 1GCHC29U96E166931 | 136 | 24 | 01189 | 64116 | $26,215 |

8 of 16



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |



## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

### UNIT 001    2000    Kenworth T300      VIN: 1NKMHD6X1YS846349

| Rating<br>Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 31189 | $71,500 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,311.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $169.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $348.00 |
| | *Total Premium* | *$1,969.00* |

### UNIT 003    2012    DODGE RAM 2500      VIN: 3C6TD4HT5CG178999

| Rating<br>Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | *Total Premium* | *$1,907.00* |

# Liberty Mutual
**INSURANCE**

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM  DETAIL - continued

**UNIT 004**   **2012**   **DODGE RAM 2500**   **VIN: 3C6TD4HT6CG179000**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive  -  Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision  -  Actual Cash Value Less $500 Deductible | $460.00 |
| | **Total Premium** | **$1,907.00** |

**UNIT 005**   **2017**   **CHEVROLET CITY EXPRESS**   **VIN: 3N63M0YN1HK705716**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 03199 | $22,405 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,403.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive  -  Actual Cash Value Less $500 Deductible | $335.00 |
| | Collision  -  Actual Cash Value Less $500 Deductible | $557.00 |
| | **Total Premium** | **$2,436.00** |

*To report a claim,  call your Agent or 1-800-362-0000*
**DS 70 43 01 08**



Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**



| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT 006     2017     CHEVROLET SILVERADO 2500HD     VIN:  1GC2CUEG1HZ193022**

| Rating Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 01189 | $35,010 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $351.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $613.00 |
| | *Total Premium* | *$2,130.00* |

**UNIT 007     2006     CHEVROLET SILVERADO 2500HD     VIN:  1GCHC29U96E166931**

| Rating Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 01189 | $26,215 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $176.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $245.00 |
| | *Total Premium* | *$1,587.00* |

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**

| Named Insured | Agent |
| --- | --- |
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM FOUR: HIRED AUTO COVERAGE

| | Estimated Annual Cost of Hire | Rate Per Each $100 Annual Cost of Hire | |
| --- | --- | --- | --- |
| **Liability** | $1,000.00 | 1.078 | $89.00 |
| **Comprehensive**<br>Actual Cash Value or Cost of Repairs, whichever is less, minus $0 Ded. for each covered auto, but no deductible applies to loss caused by fire or lightning. | $1,000.00 | .742 | $25.00 |
| **Collision**<br>Actual Cash Value or Cost of Repairs, whichever is less, minus $500 Ded. for each covered auto. | $1,000.00 | .913 | $25.00 |

**Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.**

of 16

12

---

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**



**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM FIVE: NON-OWNERSHIP LIABILITY COVERAGE

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other than Garage Service Operations and Other Than Social Service Agencies | Number of Employees | 18 | $184.00 |

This page intentionally left blank.

OSIC_000015

POLICY NUMBER
**BAS   (19)  55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

# Named Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

RE-VIEW WINDOWS INC

ARCHITECTURAL SPECIALTIES INC

This page intentionally left blank.



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS  (20)  55 52 95 14**

Policy Period:
**From 05/31/2019 To 05/31/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

### RESULT OF CANCELLATION



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RE-VIEW WINDOWS INC<br>1235 SALINE ST<br>NORTH KANSAS CITY, MO 64116 | (816) 842-4800<br>THOMAS MCGEE L C<br>PO BOX 419013<br>KANSAS CITY, MO 64141-6013 |

Return Premium      $12,331.00

**Total Return Charges**      $12,331.00

**Any paid but unearned premium will be returned separate from this notice.**

**The policy is cancelled effective 05/31/2019.**

**This policy cancelled due to:**      **Unknown Reason-Agency Retained the Business**

**Additional details:**      **POLICY CANCELLED EFFECTIVE 05/31/2019**

Issue Date      Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 25 01 08

This page intentionally left blank.



**Policyholder    Information**

**Named Insured & Mailing Address**

RE-VIEW WINDOWS INC
1235 SALINE ST
NORTH KANSAS CITY, MO 64116

**Agent Mailing Address & Phone No.**

(816) 842-4800
THOMAS MCGEE L C
PO BOX 419013
KANSAS CITY, MO 64141-6013




Your Commercial Documents

### *Dear Policyholder:*

Your Business Auto policy has been endorsed. We have enclosed documents that reflect the change in your commercial auto policy.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (816) 842-4800


THIS IS NOT A BILL



**Reminders**

- Detach the ID Card located at the back of the policy
- Verify that all information is correct
- If you have any changes, please contact your Agent at (816) 842-4800
- In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

- **AUTO I.D. CARDS ARE INCLUDED AT THE BACK OF THE POLICY** and can be used as evidence of insurance and provide you with information on what to do in case of an accident.

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

These forms were included in your original policy. An asterisk (*) indicates that a new or updated version is included in this package.

| FORM NUMBER | TITLE |
| --- | --- |
| CNA90 16 11 16 | 2016 Commercial Auto Miscellaneous Form Revisions Advisory Notice to Policyholders |
| NP 70 19 11 10 | Missouri Notice Important Contact information |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |

*To report a claim,  call  your Agent or  1-800-362-0000*

DS 70 20 01 08

OSIC_000020

**You Need To Know - continued**

| | |
|---|---|
| NP 88 01 09 08 | Important Information About Driving Outside of the United States and Proof of Auto Insurance |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| UA MO 01 09 16 | Uninsured/Underinsured Motorists Coverage and Limit Options Missouri |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

OSIC_000021



**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RE-VIEW WINDOWS INC<br>1235 SALINE ST<br>NORTH KANSAS CITY, MO 64116 | (816) 842-4800<br>THOMAS MCGEE L C<br>PO BOX 419013<br>KANSAS CITY, MO 64141-6013 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** HISTORICAL WINDOW RESTORATION/REPLICATION

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Business Auto | $10,768.00 |

*Total Charges for all of the above coverage parts:*      **$10,768.00**
*Coverage for Terrorism resulting from Nuclear,*
*Biological or Chemical Acts is Excluded*

*Note: This is not a bill*

## IMPORTANT MESSAGES

## OTHER NAMED INSUREDS

ARCHITECTURAL SPECIALTIES INC

| Issue Date | 04/26/19 | | Authorized Representative |
|---|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 11 16



**OSIC_000022**


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**

Endorsement Period:
**From 04/22/2019 to 05/31/2019**
*12:01 am Standard Time
at Insured Mailing Location*

### Policy Change Endorsement

| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| RE-VIEW WINDOWS INC<br>1235 SALINE ST<br>NORTH KANSAS CITY, MO 64116 | (816) 842-4800<br>THOMAS MCGEE L C<br>PO BOX 419013<br>KANSAS CITY, MO 64141-6013 |

## CHANGES TO POLICY - TRANSACTION # 4

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

|  |  |
|---|---|
| Additional Premium | $57.00 |
| *Total Additional Charges* | $57.00 |
|  | *Note: This is not a bill* |

### Description of Change(s)

The following Drivers have been deleted: Brian

Cook, CLAUS CHRISTENSEN, DANIEL MORTON, JAMES

HICKMAN, Brian Cook and The following Drivers have

been added: Robert Martin, John Bailey and

Deleting Vehicle 2006 CHEVROLET 2500 VIN

#1GCHC29U96E166931 and The following Vehicle 2017

CHEVROLET SILVERADO 2500HD VIN #1GC2CUEG1HZ193022

is added

See The Revised Declarations and Declarations Schedule

---

Issue Date    04/26/19                    Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08

04/26/19      55529514      N0279991      330      ACAFPPNO      INSURED COPY      000264      PAGE 4 OF 14

**OSIC_000023**



**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*

Ohio Security Insurance Company



**Policy Change Endorsement**

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**

Endorsement Period:
**From 04/22/2019 to 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*



| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## OTHER NAMED INSUREDS

ARCHITECTURAL SPECIALTIES INC

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | MO |
| AC 01 09 07 16 | Missouri Changes | MO |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | MO |
| CA 00 01 03 06 | Business Auto Coverage Form | MO |
| CA 02 19 01 16 | Missouri Changes - Cancellation and Nonrenewal | MO |
| CA 04 36 10 08 | Missouri Changes - Amendment of Definition of Pollution | MO |
| CA 21 04 03 06 | Missouri Uninsured Mototists Coverage | MO |
| CA 23 49 11 16 | Missouri Public or Livery Passenger Conveyance and On-Demand Delivery Services Exclusion | MO |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | MO |

| | |
|---|---|
| Issue Date     04/26/19 | Authorized Representative |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 27 01 08**



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**

Endorsement Period:
**From 04/22/2019 to 05/31/2019**

*12:01 am Standard Time*
*at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## POLICY FORMS AND ENDORSEMENTS - continued

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | MO |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | MO |
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | MO |
| CA 31 04 09 10 | Missouri Underinsured Motorists Coverage | MO |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | MO |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | MO |
| CA 88 10 01 10 | Business Auto Coverage Enhancement Endorsement | MO |
| CA 88 63 09 12 | Amendment Of Cancellation Provisions | MO |
| CA 99 03 03 06 | Auto Medical Payments Coverage | MO |
| IL 00 17 11 98 | Common Policy Conditions | MO |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | MO |

| Issue Date | 04/26/19 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**



## ITEM ONE:

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

***See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | **$6,062.00** |
| | Covered Auto Symbol(s) 01* | |
| **Medical Payments** | $5,000 per person | **$275.00** |
| | Covered Auto Symbol(s) 02* | |

| **Uninsured Motorist Bodily Injury** | Coverage | Limit | **$100.00** |
|---|---|---|---|
| Missouri | Uninsured Motorists - Bodily Injury | $1,000,000 each accident | - |
| | Covered Auto Symbol(s) 06* | | |

| **Underinsured Motorist** | Coverage | Limit | **$330.00** |
|---|---|---|---|
| Missouri | Underinsured Motorists | $1,000,000 each accident | - |
| | Covered Auto Symbol(s) 02* | | |

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS   (19)  55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

# Liberty Mutual
### INSURANCE

**Business   Automobile**
**Revised   Policy   Declarations**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM  TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Physical Damage** | Refer to Item Three | |
| Comprehensive | | $1,442.00 |
| | Covered Auto Symbol(s)  02, 08* | |
| Collision | | $2,463.00 |
| | Covered Auto Symbol(s)  02, 08* | |
| **Miscellaneous Coverages** | | |
| | Business Auto Enhancement Endorsement | $96.00 |

*Total Provisional Charges:*     *$10,768.00*
*Note: This is not a bill*

## SUMMARY  OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 001 | 2000 | Kenworth T300 | 1NKMHD6X1YS846349 | 136 | 24 | 31189 | 64116 | $71,500 |
| 003 | 2012 | DODGE RAM 2500 | 3C6TD4HT5CG178999 | 136 | 24 | 01189 | 64116 | $32,115 |
| 004 | 2012 | DODGE RAM 2500 | 3C6TD4HT6CG179000 | 136 | 24 | 01189 | 64116 | $32,115 |
| 005 | 2017 | CHEVROLET CITY EXP | 3N63M0YN1HK705716 | 136 | 24 | 03199 | 64116 | $22,405 |
| 006 | 2017 | CHEVROLET SILVERAD | 1GC2CUEG1HZ193022 | 136 | 24 | 01189 | 64116 | $35,010 |



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
|  | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

**UNIT 001    2000    Kenworth T300      VIN: 1NKMHD6X1YS846349**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 31189 | $71,500 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,311.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $169.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $348.00 |
| | *Total Premium* | *$1,969.00* |

**UNIT 003    2012    DODGE RAM 2500      VIN: 3C6TD4HT5CG178999**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | *Total Premium* | *$1,907.00* |

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**

**Liberty Mutual** INSURANCE

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 <br> THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT 004 2012 DODGE RAM 2500 VIN: 3C6TD4HT6CG179000**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | **Total Premium** | **$1,907.00** |

**UNIT 005 2017 CHEVROLET CITY EXPRESS VIN: 3N63M0YN1HK705716**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 03199 | $22,405 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,403.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $335.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $557.00 |
| | **Total Premium** | **$2,436.00** |

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08


**Liberty Mutual**
INSURANCE

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT 006 2017 CHEVROLET SILVERADO 2500HD VIN: 1GC2CUEG1HZ193022**

| Rating Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 01189 | $35,010 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $351.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $613.00 |
| | *Total Premium* | *$2,130.00* |

## ITEM FOUR: HIRED AUTO COVERAGE

| | Estimated Annual Cost of Hire | Rate Per Each $100 Annual Cost of Hire | |
|---|---|---|---|
| **Liability** | $1,000.00 | 1.078 | $89.00 |
| **Comprehensive** Actual Cash Value or Cost of Repairs, whichever is less, minus $0 Ded. for each covered auto, but no deductible applies to loss caused by fire or lightning. | $1,000.00 | .742 | $25.00 |
| **Collision** Actual Cash Value or Cost of Repairs, whichever is less, minus $500 Ded. for each covered auto. | $1,000.00 | .913 | $25.00 |

**Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.**

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08



**Coverage Is Provided In:**

Ohio Security Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM FIVE: NON-OWNERSHIP LIABILITY COVERAGE

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other than Garage Service Operations and Other Than Social Service Agencies | Number of Employees | 18 | $184.00 |

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08

POLICY NUMBER
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Named Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

RE-VIEW WINDOWS INC

ARCHITECTURAL SPECIALTIES INC

This page intentionally left blank.



**Policyholder    Information**

---



**Named Insured & Mailing Address**

RE-VIEW WINDOWS INC
1235 SALINE ST
NORTH KANSAS CITY, MO 64116

**Agent Mailing Address & Phone No.**

(816) 842-4800
THOMAS MCGEE L C
PO BOX 419013
KANSAS CITY, MO 64141-6013

---



**Your Commercial Documents**

### Dear Policyholder:

Your Business Auto policy has been endorsed. We have enclosed documents that reflect the change in your commercial auto policy.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (816) 842-4800



**THIS IS NOT A BILL**



**Reminders**

- Detach the ID Card located at the back of the policy
- Verify that all information is correct
- If you have any changes, please contact your Agent at (816) 842-4800
- In case of a claim, call your Agent or 1-800-362-0000

---

## You Need To Know

- **AUTO I.D. CARDS ARE INCLUDED AT THE BACK OF THE POLICY** and can be used as evidence of insurance and provide you with information on what to do in case of an accident.

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

These forms were included in your original policy. An asterisk (*) indicates that a new or updated version is included in this package.

| FORM NUMBER | TITLE |
|---|---|
| CNA90 16 11 16 | 2016 Commercial Auto Miscellaneous Form Revisions Advisory Notice to Policyholders |
| NP 70 19 11 10 | Missouri Notice Important Contact information |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |

---

*To report a claim,  call  your Agent or  1-800-362-0000*

DS 70 20 01 08

**OSIC_000034**

**You Need To Know - continued**

NP 88 01 09 08          Important Information About Driving Outside of the United States and Proof of
Auto Insurance

NP 89 69 11 10          Important Policyholder Information Concerning Billing Practices

UA MO 01 09 16        Uninsured/Underinsured Motorists Coverage and Limit Options Missouri

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

OSIC_000035


**Liberty Mutual**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| 1235 SALINE ST | THOMAS MCGEE L C |
| NORTH KANSAS CITY, MO 64116 | PO BOX 419013 |
| | KANSAS CITY, MO 64141-6013 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** HISTORICAL WINDOW RESTORATION/REPLICATION

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Business Auto | $10,220.00 |

*Total Charges for all of the above coverage parts:*     **$10,220.00**
*Coverage for Terrorism resulting from Nuclear,*
*Biological or Chemical Acts is Excluded*

*Note: This is not a bill*

## IMPORTANT MESSAGES

## OTHER NAMED INSUREDS

ARCHITECTURAL SPECIALTIES INC

| Issue Date | 11/21/18 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 11 16

 **Liberty Mutual.**
INSURANCE

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
Endorsement Period:
**From 11/09/2018 to 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

### Policy Change Endorsement

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RE-VIEW WINDOWS INC<br>1235 SALINE ST<br>NORTH KANSAS CITY, MO 64116 | (816) 842-4800<br>THOMAS MCGEE L C<br>PO BOX 419013<br>KANSAS CITY, MO 64141-6013 |

## CHANGES TO POLICY - TRANSACTION # 3

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | |
|---|---|
| Additional Premium | $1,368.00 |
| *Total Additional Charges* | *$1,368.00* |
| | *Note: This is not a bill* |

### Description of Change(s)

Adding Vehicle: 2017 Chevrolet City Express

VIN #3N63M0YN1HK705716 and the following

driver have been added Jeffrey Hatfield

See The Revised Declarations and Declarations Schedule

| Issue Date | 11/21/18 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**

Endorsement Period:
**From 11/09/2018 to 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Policy Change Endorsement**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## OTHER NAMED INSUREDS

ARCHITECTURAL SPECIALTIES INC

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | MO |
| AC 01 09 07 16 | Missouri Changes | MO |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | MO |
| CA 00 01 03 06 | Business Auto Coverage Form | MO |
| CA 02 19 01 16 | Missouri Changes - Cancellation and Nonrenewal | MO |
| CA 04 36 10 08 | Missouri Changes - Amendment of Definition of Pollution | MO |
| CA 21 04 03 06 | Missouri Uninsured Mototists Coverage | MO |
| CA 23 49 11 16 | Missouri Public or Livery Passenger Conveyance and On-Demand Delivery Services Exclusion | MO |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | MO |

| | |
|---|---|
| Issue Date 11/21/18 | Authorized Representative |

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
Endorsement Period:
**From 11/09/2018 to 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## POLICY FORMS AND ENDORSEMENTS - continued

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | MO |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | MO |
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | MO |
| CA 31 04 09 10 | Missouri Underinsured Motorists Coverage | MO |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | MO |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | MO |
| CA 88 10 01 10 | Business Auto Coverage Enhancement Endorsement | MO |
| CA 88 63 09 12 | Amendment Of Cancellation Provisions | MO |
| CA 99 03 03 06 | Auto Medical Payments Coverage | MO |
| IL 00 17 11 98 | Common Policy Conditions | MO |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | MO |

| Issue Date | 11/21/18 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08



**Coverage Is Provided In:**
Ohio Security Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*



## ITEM ONE:

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

***See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | **$6,062.00** |
| | Covered Auto Symbol(s) 01* | |
| **Medical Payments** | $5,000 per person | **$275.00** |
| | Covered Auto Symbol(s) 02* | |

| **Uninsured Motorist Bodily Injury** | **Coverage** | | **Limit** | **$100.00** |
|---|---|---|---|---|
| Missouri | Uninsured Motorists - Bodily Injury | **$1,000,000 each accident** | | - |
| | | Covered Auto Symbol(s) 06* | | |

| **Underinsured Motorist** | **Coverage** | | **Limit** | **$330.00** |
|---|---|---|---|---|
| Missouri | Underinsured Motorists | **$1,000,000 each accident** | | - |
| | | Covered Auto Symbol(s) 02* | | |

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**

# Liberty Mutual
**INSURANCE**

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
12:01 am Standard Time
at Insured Mailing Location

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Physical Damage** | Refer to Item Three | |
| Comprehensive | | $1,267.00 |
| | Covered Auto Symbol(s) 02, 08* | |
| Collision | | $2,095.00 |
| | Covered Auto Symbol(s) 02, 08* | |
| **Miscellaneous Coverages** | | |
| Business Auto Enhancement Endorsement | | $91.00 |

*Total Provisional Charges:* **$10,220.00**
*Note: This is not a bill*

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 001 | 2000 | Kenworth T300 | 1NKMHD6X1YS846349 | 136 | 24 | 31189 | 64116 | $71,500 |
| 002 | 2006 | CHEVROLET 2500 | 1GCHC29U96E166931 | 136 | 24 | 01189 | 64116 | $26,215 |
| 003 | 2012 | DODGE RAM 2500 | 3C6TD4HT5CG178999 | 136 | 24 | 01189 | 64116 | $32,115 |
| 004 | 2012 | DODGE RAM 2500 | 3C6TD4HT6CG179000 | 136 | 24 | 01189 | 64116 | $32,115 |
| 005 | 2017 | CHEVROLET CITY EXP | 3N63M0YN1HK705716 | 136 | 24 | 03199 | 64116 | $22,405 |

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**



| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

**UNIT 001        2000    Kenworth T300                     VIN:  1NKMHD6X1YS846349**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 31189 | $71,500 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,311.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $169.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $348.00 |
| | *Total Premium* | *$1,969.00* |

**UNIT 002        2006    CHEVROLET 2500                     VIN:  1GCHC29U96E166931**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $26,215 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $176.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $245.00 |
| | *Total Premium* | *$1,587.00* |

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**

**Coverage Is Provided In:**
Ohio Security Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

### UNIT 003 2012 DODGE RAM 2500 VIN: 3C6TD4HT5CG178999

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | Total Premium | $1,907.00 |

### UNIT 004 2012 DODGE RAM 2500 VIN: 3C6TD4HT6CG179000

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | Total Premium | $1,907.00 |

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08



**Liberty Mutual**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

---

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT 005      2017     CHEVROLET CITY EXPRESS          VIN:  3N63M0YN1HK705716**

| Rating Factors | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| | 03199 | $22,405 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,403.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $335.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $557.00 |
| | *Total Premium* | *$2,436.00* |

---

## ITEM FOUR: HIRED AUTO COVERAGE

| | Estimated Annual Cost of Hire | Rate Per Each $100 Annual Cost of Hire | |
|---|---|---|---|
| **Liability** | $1,000.00 | 1.078 | $89.00 |
| **Comprehensive** | $1,000.00 | .742 | $25.00 |
| Actual Cash Value or Cost of Repairs, whichever is less, minus $0 Ded. for each covered auto, but no deductible applies to loss caused by fire or lightning. | | | |
| **Collision** | $1,000.00 | .913 | $25.00 |
| Actual Cash Value or Cost of Repairs, whichever is less, minus $500 Ded. for each covered auto. | | | |

**Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.**

---

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 43 01 08

OSIC_000044



Liberty
**Mutual.**
INSURANCE

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

**Named Insured**                                    **Agent**

RE-VIEW WINDOWS INC                          (816) 842-4800
                                             THOMAS MCGEE L C

---

## ITEM FIVE: NON-OWNERSHIP LIABILITY COVERAGE

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other than Garage Service Operations and Other Than Social Service Agencies | Number of Employees | 18 | $184.00 |

---

POLICY NUMBER
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

# Named Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

RE-VIEW WINDOWS INC

ARCHITECTURAL SPECIALTIES INC

This page intentionally left blank.

OSIC_000047

 Liberty Mutual. INSURANCE

## Policyholder    Information

**Named Insured & Mailing Address**

RE-VIEW WINDOWS INC
1235 SALINE ST
NORTH KANSAS CITY, MO 64116

**Agent Mailing Address & Phone No.**

(816) 842-4800
THOMAS MCGEE L C
PO BOX 419013
KANSAS CITY, MO 64141-6013



 **Your Commercial Documents**

 **THIS IS NOT A BILL**

### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent,
**THOMAS MCGEE L C**            **(816) 842-4800**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

• Business Auto

To find your specific coverages, limits of liability, and premium, please refer to your
Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please
contact your Agent at (816) 842-4800

 **Reminders**

• Detach the ID Card located at the back of the policy
• Verify that all information is correct
• If you have any changes, please contact your Agent at (816) 842-4800
• In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

• **AUTO I.D. CARDS ARE INCLUDED AT THE BACK OF THE POLICY** and can be used as evidence of insurance and provide you with information on what to do in case of an accident.

• **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08

OSIC_000048

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| CNA90 16 11 16 | 2016 Commercial Auto Miscellaneous Form Revisions Advisory Notice to Policyholders |
| NP 70 19 11 10 | Missouri Notice Important Contact information |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 88 01 09 08 | Important Information About Driving Outside of the United States and Proof of Auto Insurance |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| UA MO 01 09 16 | Uninsured/Underinsured Motorists Coverage and Limit Options Missouri |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

# 2016 COMMERCIAL AUTO MISCELLANEOUS FORM REVISIONS ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following forms and endorsements which apply to your renewal policy being issued by us. The forms and endorsements may reduce or broaden coverage.



## Reductions Of Coverage

### CA 23 44 - Public Or Livery Passenger Conveyance Exclusion

When this endorsement is attached to your policy, insurance provided under any applicable Covered Auto Liability, Physical Damage, Auto Medical Payments, Uninsured and/or Underinsured Motorists and Personal Injury Protection (or similar no-fault) Coverage is excluded while any covered auto is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the covered auto.

### CA 23 45 - Public Or Livery Passenger Conveyance And On-demand Delivery Services Exclusion

When this endorsement is attached to your policy, insurance provided under any applicable Covered Auto Liability, Physical Damage, Auto Medical Payments, Uninsured and/or Underinsured Motorists and Personal Injury Protection (or similar no-fault) Coverage is excluded while any covered auto is being used:

- As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the covered auto; or

- By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide delivery services, which includes courier services, whether or not the goods, items or products to be delivered are in the covered auto.

# MISSOURI NOTICE
# IMPORTANT CONTACT INFORMATION

The following  statement  is added  to the policy:

Any questions  or problems  concerning  your policy,  please contact:

**A.**    Your Liberty  Mutual  Insurance  agent,

**B.**    Your Liberty  Mutual  Insurance  Servicing  Office

   MAILING  ADDRESS:
   3400 Waterview  Pkwy Ste 200
   Richardson,  Texas 75080
   1-800-443-2534

OSIC_000051

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_000052

# IMPORTANT INFORMATION ABOUT DRIVING OUTSIDE OF THE UNITED STATES AND PROOF OF AUTO INSURANCE

THIS NOTICE DOES NOT PROVIDE ANY COVERAGE, NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR POLICY DECLARATIONS FOR COMPLETE INFORMATION ABOUT THE COVERAGE THAT APPLIES. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY PREVAIL.

This notice provides you with information about territory provisions included in your policy. Your policy provides coverage for accidents or losses that occur within the policy period shown on the Declarations and within the policy territory. The policy territory is defined as the United States of America, its possessions (such as American Samoa, Guam and the U.S. Virgin Islands), Puerto Rico or Canada. While that is the case, in locations outside of the United States, authorities may not accept the Auto Identification Card we provided to you with your policy as proof that you have insurance. For example, Canada requires non-resident operators to carry a special identification Card. For this reason, before you drive outside of the United States, be sure that you:

- Familiarize yourself with the motor vehicle laws in the countries or territories you plan to drive in; and
- Obtain a "Canada Non-Resident Inter-Province Motor Vehicle Liability Insurance Card" from your independent insurance agent when driving in Canada.

In addition, because your policy's territory definition does not include Mexico, if you plan to drive in Mexico, contact your independent insurance agent to purchase Mexican Auto Insurance. Under Mexican laws, auto accidents are not just civil offenses. They are considered criminal offenses and, therefore, the consequences of driving uninsured can be severe.

If you have any questions about this notice or the territory provisions of your policy, please contact your independent insurance agent. Your agent can answer your questions and, to the extent possible, ensure your coverage meets your insurance needs.

# IMPORTANT POLICYHOLDER INFORMATION
## CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

● **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

● **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

OSIC_000054

# UNINSURED/UNDERINSURED  MOTORISTS COVERAGE
# AND LIMIT OPTIONS
# MISSOURI

**Uninsured Motorists Coverage** protects insured persons legally entitled to recover damages for bodily injury from the owner or operator of an uninsured auto. An uninsured auto is an auto with no liability policy in effect at the time of the accident providing coverage equal to Missouri's limit of financial responsibility; a hit-and-run auto; or an auto insured by an insolvent company. You may also see this coverage referred to as UM.

**Underinsured Motorists Coverage** protects insured persons legally entitled to recover damages for bodily injury from the owner or operator of an auto with a bodily injury liability bond or policy, but the amount paid for bodily injury under that bond or policy is not enough to pay the full amount the insured is legally entitled to recover as damages. You may also see this coverage referred to as UIM.

Coverage is generally described here. Only the policy provides a complete description of the coverage and their limitations.

Missouri law requires that Uninsured Motorists Coverage - Bodily Injury be provided at the state's basic financial responsibility limit of $50,000, unless you select an alternate higher limit. You may only reject Uninsured Motorists coverage for:

1. Commercial Motor Vehicles, which are defined by Missouri law as "motor vehicle [s] designed or regularly used for carrying freight and merchandise or more than eight passengers but not including vanpools or shuttles buses".

2. A fleet of five or more passenger vehicles owned by an employer.

You may also elect to carry Underinsured Motorists Coverage - Bodily Injury at a minimum limit of $50,000 or in an amount up to your policy's bodily injury liability limit. You have the option of rejecting Underinsured Motorists Coverage.

### UNINSURED MOTORISTS COVERAGE - Bodily Injury

If you meet one of the conditions described above and you would like to reject Uninsured Motorists Coverage, please indicate your choice below, sign and return this document to your agent or broker. Contact your agent or broker if you have any questions regarding the course of action that is best for you.

_____  I reject UNINSURED MOTORISTS COVERAGE (UM) on all my vehicles which are in a category
(Initials)     for rejection.

**Insured's Acknowledgment**

By my signature, I acknowledge that I have read the above explanation and offers for additional Uninsured and Underinsured Motorists Coverage.

I understand that the rejection will apply to all future policy renewals, continuations, and changes unless I notify you otherwise in writing.

By   _____
Authorized Signature

Title   _____

**Be sure to sign and complete** → Name of Policyholder _____

Policy Number _____

Date _____

This page intentionally left blank.

**OSIC_000057**



**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations



| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| 1235 SALINE ST | THOMAS MCGEE L C |
| NORTH KANSAS CITY, MO 64116 | PO BOX 419013 |
| | KANSAS CITY, MO 64141-6013 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** HISTORICAL WINDOW RESTORATION/REPLICATION

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

### SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Business Auto** | $7,761.00 |

| | |
|---|---|
| *Total Charges for all of the above coverage parts:* | *$7,761.00* |
| *Coverage for Terrorism resulting from Nuclear, Biological or Chemical Acts is Excluded* | |

*Note: This is not a bill*

### IMPORTANT MESSAGES

| | |
|---|---|
| Issue Date 03/26/18 | Authorized Representative |

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 11 16



**Coverage Is Provided In:**

Ohio Security Insurance Company

**Common Policy Declarations**

Policy Number:
**BAS  (19)  55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## OTHER NAMED INSUREDS

See Named Insured Endorsement DS8804

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | |
| AC 01 09 07 16 | Missouri Changes | |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | |
| CA 00 01 03 06 | Business Auto Coverage Form | |
| CA 02 19 01 16 | Missouri Changes - Cancellation and Nonrenewal | |
| CA 04 36 10 08 | Missouri Changes - Amendment of Definition of Pollution | |
| CA 21 04 03 06 | Missouri Uninsured Mototists Coverage | |
| CA 23 49 11 16 | Missouri Public or Livery Passenger Conveyance and On-Demand Delivery Services Exclusion | |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | |
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | |
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | |
| CA 31 04 09 10 | Missouri Underinsured Motorists Coverage | |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 21 11 16**



**Coverage Is Provided In:**

Ohio Security Insurance Company

**9450 Seward Road, Fairfield, Ohio 45014**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |



## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | |
| CA 88 10 01 10 | Business Auto Coverage Enhancement Endorsement | |
| CA 88 63 09 12 | Amendment Of Cancellation Provisions | |
| CA 99 03 03 06 | Auto Medical Payments Coverage | |
| IL 00 17 11 98 | Common Policy Conditions | |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 21 11 16**

This page intentionally left blank.

OSIC_000061



**Business Automobile**
**Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*



**ITEM ONE:**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

**ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

**\*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | **$4,659.00** |
| | Covered Auto Symbol(s) 01* | |
| **Medical Payments** | $5,000 per person | **$220.00** |
| | Covered Auto Symbol(s) 02* | |

| **Uninsured Motorist** | **Coverage** | **Limit** | **$80.00** |
|---|---|---|---|
| **Bodily Injury** | | | |
| Missouri | Uninsured Motorists - Bodily Injury | **$1,000,000 each accident** | – |
| | Covered Auto Symbol(s) 06* | | |

| **Underinsured Motorist** | **Coverage** | **Limit** | **$264.00** |
|---|---|---|---|
| Missouri | Underinsured Motorists | **$1,000,000 each accident** | – |
| | Covered Auto Symbol(s) 02* | | |

| **Physical Damage** | Refer to Item Three | |
|---|---|---|
| Comprehensive | | **$932.00** |
| | Covered Auto Symbol(s) 02, 08* | |
| Collision | | **$1,538.00** |
| | Covered Auto Symbol(s) 02, 08* | |



**Business Automobile**

**Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Miscellaneous Coverages** | | |
| | Business Auto Enhancement Endorsement | **$68.00** |

*Total Provisional Charges:* **$7,761.00**

*Note: This is not a bill*

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 001 | 2000 | Kenworth T300 | 1NKMHD6X1YS846349 | 136 | 24 | 31189 | 64116 | $71,500 |
| 002 | 2006 | CHEVROLET 2500 | 1GCHC29U96E166931 | 136 | 24 | 01189 | 64116 | $26,215 |
| 003 | 2012 | DODGE RAM 2500 | 3C6TD4HT5CG178999 | 136 | 24 | 01189 | 64116 | $32,115 |
| 004 | 2012 | DODGE RAM 2500 | 3C6TD4HT6CG179000 | 136 | 24 | 01189 | 64116 | $32,115 |

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**

**OSIC_000063**



Policy Number:
**BAS    (19)  55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Business  Automobile
## Policy  Declarations



| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## ITEM  THREE: COVERED VEHICLES AND PREMIUM  DETAIL

**UNIT  001        2000    Kenworth  T300                    VIN:  1NKMHD6X1YS846349**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 31189 | $71,500 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,311.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive  -  Actual Cash Value Less $500 Deductible | $169.00 |
| | Collision  -  Actual Cash Value Less $500 Deductible | $348.00 |
| | *Total Premium* | *$1,969.00* |

**UNIT  002        2006    CHEVROLET 2500                    VIN:  1GCHC29U96E166931**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $26,215 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive  -  Actual Cash Value Less $500 Deductible | $176.00 |
| | Collision  -  Actual Cash Value Less $500 Deductible | $245.00 |
| | *Total Premium* | *$1,587.00* |

*To report a claim,  call your Agent or  1-800-362-0000*
**DS 70 43 01 08**

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Liberty Mutual INSURANCE

**Business Automobile**
**Policy Declarations**

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

**UNIT 003      2012   DODGE RAM 2500              VIN:  3C6TD4HT5CG178999**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | *Total Premium* | *$1,907.00* |

**UNIT 004      2012   DODGE RAM 2500              VIN:  3C6TD4HT6CG179000**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 01189 | $32,115 | 136 | MO | 64116 | 0217 |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,025.00 |
| Medical Payments | | $55.00 |
| Uninsured Motorist | | $20.00 |
| Underinsured Motorist | | $66.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $500 Deductible | $281.00 |
| | Collision - Actual Cash Value Less $500 Deductible | $460.00 |
| | *Total Premium* | *$1,907.00* |


**Liberty Mutual.**
INSURANCE

**Business Automobile**
**Policy Declarations**

Policy Number:
**BAS (19) 55 52 95 14**
Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800 |
| | THOMAS MCGEE L C |

## ITEM FOUR: HIRED AUTO COVERAGE

| | Estimated Annual Cost of Hire | Rate Per Each $100 Annual Cost of Hire | |
|---|---|---|---|
| **Liability** | $1,000.00 | 1.078 | $89.00 |
| **Comprehensive** Actual Cash Value or Cost of Repairs, whichever is less, minus $0 Ded. for each covered auto, but no deductible applies to loss caused by fire or lightning. | $1,000.00 | .742 | $25.00 |
| **Collision** Actual Cash Value or Cost of Repairs, whichever is less, minus $500 Ded. for each covered auto. | $1,000.00 | .913 | $25.00 |

**Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.**

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 43 01 08**



**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time
at Insured Mailing Location*

## Business Automobile
## Policy Declarations

| Named Insured | Agent |
|---|---|
| RE-VIEW WINDOWS INC | (816) 842-4800<br>THOMAS MCGEE L C |

## ITEM FIVE: NON-OWNERSHIP LIABILITY COVERAGE

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other than Garage Service Operations and Other Than Social Service Agencies | Number of Employees | 18 | **$184.00** |

POLICY NUMBER
**BAS (19) 55 52 95 14**

Policy Period:
**From 05/31/2018 To 05/31/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

# Named Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

RE-VIEW WINDOWS INC

ARCHITECTURAL SPECIALTIES INC

This page intentionally left blank.

OSIC_000069

Policy Number
Issued by

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**CHANGES IN YOUR POLICY**

This endorsement applies to:



CA 00 01 12 93 - Business Auto Coverage Form
CA 00 01 07 97 - Business Auto Coverage Form
CA 00 01 10 01 - Business Auto Coverage Form
CA 00 01 03 06 - Business Auto Coverage Form
CA 00 05 12 93 - Garage Coverage Form
CA 00 05 07 97 - Garage Coverage Form
CA 00 05 10 01 - Garage Coverage Form
CA 00 05 03 06 - Garage Coverage Form
CA 00 12 12 93 - Truckers Coverage Form
CA 00 12 07 97 - Truckers Coverage Form
CA 00 12 10 01 - Truckers Coverage Form
CA 00 12 03 06 - Truckers Coverage Form
CA 00 20 12 93 - Motor Carrier Coverage Form
CA 00 20 07 97 - Motor Carrier Coverage Form
CA 00 20 10 01 - Motor Carrier Coverage Form
CA 00 20 03 06 - Motor Carrier Coverage Form

This endorsement modifies the endorsements attached to the above coverage forms.

1. Any reference to Covered Autos Liability Coverage is changed to Liability Coverage.
2. Any reference in Physical Damage Coverage to "loss" to any one covered "auto" is changed to "loss" in any one "accident."
3. Any reference to Auto Dealers Coverage Form is changed to Garage Coverage Form.
4. Any reference to Motor Carriers Coverage Form also applies to Truckers Coverage Form.

**OSIC_000070**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage Extensions** is amended as follows:

The following is added to **Supplementary Payments:**

**(7)** Prejudgment interest awarded against the "insured" on the part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on the period of time after the offer.

**B. Changes in Section II - Liability Coverage**

**1.** Paragraph **3.a.(2)(d)** of the **Who Is An Insured** Provision in the Garage Coverage Form is replaced by the following:

**(d)** Your customers. However, those customers are "insureds" up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**2.** Paragraph **A.1.b.** of **Who Is An Insured** in the Business Auto Coverage Form, Motor Carrier Coverage Form and Truckers Coverage Form is changed by adding the following:

**(6)** If you are an individual, any member of your household, other than your spouse, who is related to you by blood or adoption, including a ward or foster child, who owns an "auto".

Paragraph **a.(2)** of **Who Is An Insured** in **Section II - Liability Coverage** in the Garage Coverage Form is changed by adding the following:

**(f)** If you are an individual, any member of your household, other than your spouse, who is related to you by blood or adoption, including a ward or foster child, who owns an "auto".

**C. Liability Coverage** for a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Missouri is changed as follows:

**1.** If your business is other than selling, repairing or servicing "autos":

**a.** The Care, Custody or Control Exclusion does not apply to "property damage" to or "covered pollution cost or expense" involving an "auto" loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing "autos" as a temporary substitute for an "auto" you own.

**b.** The following is added to the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms and the **Other Insurance - Primary And Excess Insurance** Provisions in the Truckers and Motor Carrier Coverage Forms:

Liability Coverage is primary for any temporary substitute for an "auto" you own if the substitute "auto" is operated by an "insured" and is loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing "autos".

2. If your business is selling, repairing or servicing "autos", the following is added to the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and the **Other Insurance - Primary And Excess Insurance** Provisions in the Truckers and Motor Carrier Coverage Forms:

Liability Coverage is excess for any "auto" you own if operated by a customer to whom you have loaned the "auto", with or without consideration, as a temporary substitute for an "auto" owned by the customer.

D. The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

If you and we disagree on the amount of "loss", both parties may agree to an appraisal of the "loss" and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will retain our right to deny the claim.

E. The following is added to the **Concealment, Misrepresentation And Fraud** Condition :

With respect to Liability Coverage, this Condition only applies in excess of the minimum limits of liability required by the Missouri Financial Responsibility Laws.

F. **Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all the other provisions of the Act:

   a. Claims covered by the Association do not include a claim by or against an "insured" of an insolvent insurer, if the "insured" has a net worth of more than $25 million on the later of the end of the "insured's" most recent fiscal year of the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an "insured's" net worth on such date shall be deemed to include the aggregate net worth of the "insured" and all of its affiliates as calculated on a consolidated basis.

   b. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

   However, the Association will not:

   (1) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

   (2) Return to an "insured" any unearned premium in excess of $25,000.

   These limitations have no effect on the coverage we will provide under this policy.

© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_000072

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

### State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    GARAGE COVERAGE FORM
    TRUCKERS COVERAGE FORM

If part of your policy, the below described Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Endorsements shall apply as follows:

**Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism - CA 23 85 01 06**

    This endorsement applies in all states except Alaska, Connecticut, Florida, Georgia, Hawaii, Kansas, Kentucky, Massachusetts, New Jersey, New York, Oklahoma, Oregon, Virginia and Washington.

**Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits - CA 23 87 01 06**

    This endorsement applies only in Connecticut, Hawaii, Kansas, Kentucky, Massachusetts, New Jersey, Oklahoma and Oregon.

**Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits - CA 23 89 01 06**

    This endorsement applies only in Alaska.

**Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism - CA 23 93 01 06**

    This endorsement applies only in the state of Washington.

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

ITEM TWO of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**



| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own.) This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |

OSIC_000074

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 9 | Non-Owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in ITEM TWO of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if symbol **7** is entered next to a coverage in ITEM TWO of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto."

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense." However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   **a.** You for any covered "auto."

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments.**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out of State Coverage Extensions.**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

  **(1)** Employement by the "insured"; or

  **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

  **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

### 11. Pollution

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

### 12. War

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury," "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage.** From any cause except:

      **(1)** The covered "auto's" collision with another object; or

      **(2)** The covered "auto's" overturn.

   **b. Specified Causes of Loss Coverage.** Caused by:

      **(1)** Fire, lightning or explosion;

      **(2)** Theft;

      **(3)** Windstorm, hail or earthquake;

      **(4)** Flood;

      **(5)** Mischief or vandalism; or

      **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage.** Caused by:

      **(1)** The covered "auto's" collision with another object; or

      **(2)** The covered "auto's" overturn.

**2. Towing.**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles.**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

   **a. Transporation Expenses**

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard.**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War or Military Action.**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

    **a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

        **(1)** Excess while it is connected to a motor vehicle you do not own.

        **(2)** Primary while it is connected to a covered "auto" you own.

    **b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

    **c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

    **d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

    **a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

    **b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

The coverage territory is:

    **a.** The United States of America;

    **b.** The territories and possessions of the United States of America;

    **c.** Puerto Rico;

    **d.** Canada; and

    **e.** Anywhere in the world if:

        **(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

        **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

OSIC_000083

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means;

  **1.** A land motor vehicle, "trailer" or semi-trailer designed for travel on public roads; or

  **2.** Any other land vehicle that is subject to a compulsory or financial responsbility law or other motor vehicle insurance law where it is licensed or principally garaged.

  However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

  **1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

  **2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

  "Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  **a.** That are, or that are contained in any property that is:

  **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

  **(2)** Otherwise in the course of transit by or on behalf of the "insured";

  **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.



E. "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

F. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

G. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

H. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental of lease, by you or any of your "employees", of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraphs **1.**, **2.**, **3.**, or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraphs **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

   **(1)** Snow removal;

   **(2)** Road maintenance, but not construction or resurfacing; or

   **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and gener£tors, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense",

   to which this insurance applies, are alleged.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual, partnership or limited liability company and a covered "auto" you own is of the "private passenger type", and this Policy covers fewer than five "autos" and does not insure the motor vehicle hazard of garages, motor vehicle sales agencies, repair shops, service stations or public parking places, the Cancellation Common Policy Condition does not apply to that "auto". The following condition applies instead:

**Ending This Policy**

**1. Cancellation**

    **a.** You may cancel the Policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

    **b.** If this Policy has been in effect for 60 days or less and is not a renewal or continuation policy, we may cancel for any reason. If we cancel, we will mail you at least 10 days' notice.

    **c.** When this Policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

        **(1)** Nonpayment of premium. If we cancel for this reason, we will mail you at least 10 days' notice.

        **(2)** If you are an individual, partnership or limited liability company and your driver's license has been suspended or revoked during the policy period. If we cancel for this reason, we will mail you at least 60 days' notice. However, we may not cancel if you are more than one person, but only one person's license has been suspended or revoked. Instead we may exclude coverage for that person while operating a covered "auto" during a period of suspension or revocation.

        **(3)** If you are an individual, we replace this Policy with another one providing similar coverages and the same limits for the covered "auto". The replacement policy will take effect when this Policy is cancelled, and will end a year after this Policy begins or on this Policy's expiration date, whichever is earlier.

    **d.** If this Policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. However, making or offering to make the refund is not a condition of cancellation. The following provisions govern calculation of return premium:

        **(1)** We will compute return premium pro rata and round to the next higher whole dollar when this Policy is:

40 of 80

**(a)** Cancelled by us or at our request;

**(b)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

**(c)** Cancelled but rewritten with us or in our company group; or

**(d)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**(2)** When this Policy is cancelled at your request (except when Paragraph **(1)(b), (1)(c)** or **(1)(d)** applies), we will return 90% of the pro rata unearned premium rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

**(3)** When this Policy is cancelled at your request and is an auto dealer's policy written on a reporting form basis, we will calculate the return or additional premium as follows:

**(a)** Final annual premium will be determined on the basis of the average value reported during the period in which the Policy was in effect.

**(b)** Pro rata earned premium will be determined based on the final annual premium for the number of days the policy was in force as determined by Paragraph **(3)(a)** rounded to the next higher whole dollar.

**(c)** Pro rata unearned premium will be determined by subtracting Paragraph **(3)(b)** from Paragraph **(3)(a).**

**(d)** The short rate surcharge will be determined by multiplying the unearned premium by 10% and rounding to the next higher whole dollar.

**(e)** Calculate the short rate earned premium by adding Paragraphs **(3)(b)** and **(3)(d).**

**(f)** If the short rate earned premium is less than the sum of all payments (including any deposit premium), the difference is the return premium.

**(g)** If the short rate earned premium is greater than the sum of all payments (including any deposit premium), the difference is the additional premium due.

**e.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**f.** Our notice of cancellation will state the actual reason for cancellation unless the cancellation is due to nonpayment of premium.

**2. Nonrenewal**

**a.** If we decide not to renew or continue this Policy, we will mail you notice at least 60 days before the end of the policy period. If the policy period is other than one year, we will have the right not to renew or continue it only at the anniversary of its original effective date. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**b.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, the coverages provided by this Policy will end on the effective date of any similar coverages provided by the other insurance.

**c.** Our notice of nonrenewal will state the actual reason for nonrenewal unless the nonrenewal is due to nonpayment of premium.

3. **Mailing Of Notices**

   Any notice of cancellation or nonrenewal will be mailed by United States Postal Service certificate of mailing, first-class mail using Intelligent Mail barcode (IMb), or another mail tracking method used, approved, or accepted by the United States Postal Service to your last known mailing address. Proof of mailing of any notice will be sufficient proof of notice.

**B.** For "autos" not described in Paragraph **A.** above:

1. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

2. We may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

   **a.** 10 days before the effective date of cancellation if we cancel for non-payment of premium;

   **b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

      **(1)** Fraud or material misrepresentation affecting this Policy or a claim filed under this Policy or a violation of any of the terms or conditions of this Policy;

      **(2)** Changes in conditions after the effective date of this Policy which have materially increased the risk assumed;

      **(3)** We become insolvent; or,

      **(4)** We involuntarily lose reinsurance for this Policy.

   **c.** 60 days before the effective date of cancellation if we cancel for any other reason.

2. Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

5. If this Policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

   **a.** We will compute return premium pro rata and round to the next higher whole dollar when this Policy is:

      **(1)** Cancelled by us or at our request;

      **(2)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

      **(3)** Cancelled but rewritten with us or in our company group; or

      **(4)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

   **b.** When this Policy is cancelled at the request of the first Named Insured (except when Paragraph **a.(2)**, **a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

   **c.** When this Policy is cancelled at the request of the first Named Insured and is an auto dealer's policy written on a reporting form basis, we will calculate the return or additional premium as follows:

      **(1)** Final annual premium will be determined on the basis of the average value reported during the period in which the Policy was in effect.

      **(2)** Pro rata earned premium will be determined based on the final annual premium for the number of days the Policy was in force as determined by Paragraph **c.(1)** rounded to the next higher whole dollar.

**(3)** Pro rata unearned premium will be determined by subtracting Paragraph **c.(2)** from Paragraph **c.(1).**

**(4)** The short rate surcharge will be determined by multiplying the unearned premium by 10% and rounding to the next higher whole dollar.

**(5)** Calculate the short rate earned premium by adding Paragraphs **c.(1)** and **c.(4).**

**(6)** If the short rate earned premium is less than the sum of all payments (including any deposit premium), the difference is the return premium.

**(7)** If the short rate earned premium is greater than the sum of all payments (including any deposit premium), the difference is the additional premium due.

**3.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

**a.** We may elect not to renew this Policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**b.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES -
# AMENDMENT OF DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

### SCHEDULE

| Specifically identified substances or materials | |
|---|---|
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The definition of "pollutants" is replaced by the following:

"Pollutants" means any substance or material that is a solid, liquid, gaseous or thermal irritant or contaminant including but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any substances or materials identified in the Schedule. Waste includes materials to be recycled, reconditioned or reclaimed.

The definition of "pollutants" applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

© Insurance Services Office, Inc., 2008

OSIC_000091

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI UNINSURED MOTORISTS COVERAGE

For a covered "auto" registered or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

## SCHEDULE

| |
|---|
| **Limit Of Insurance: $**                          **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

© ISO Properties, Inc., 2005
OSIC_000092

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members". However, this does not include any "family member", other than the Named Insured's spouse, who owns an "auto".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by any person while "occupying" or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any "family member", that is not a covered "auto". However, this exclusion does not apply to an individual Named Insured.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

   However, if "bodily injury" to which this coverage applies is sustained by any person other than an individual Named Insured or any "family member", the Limit of Insurance shown in the Schedule or Declarations for this coverage is also the most we will pay regardless of the number of covered "autos".

2. If there are two or more covered "autos" that are not trailers, and "bodily injury" is sustained by an individual Named Insured or any "family member", our Limit of Insurance for any one "accident" is the sum of the limits applicable to each covered "auto" which is not a "trailer". Subject to this maximum limit of liability for all damages:



**a.** The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations for this coverage, at the time of the "accident".

**b.** An individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The conditions are changed for Missouri Uninsured Motorists Coverage as follows:

**1.** The reference in **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**4.** The following condition is added:

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**5. Two Or More Coverage Forms Or Policies Issued By Us** does not apply.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   **b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   **c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

      **(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

      **(2)** Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying". The facts of the "accident" must be proved. We may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**b.** Designed for use mainly off public roads while not on public roads.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM



With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

This exclusion applies only to the extent that the limit for Covered Autos Liability Coverage exceeds the minimum limits of liability required by the Missouri Financial Responsibility Law.

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation

network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**D. Changes In Uninsured Motorists Coverage**

If Uninsured Motorists Coverage is attached, then the following exclusion is added:

© Insurance Services Office, Inc., 2016

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

This exclusion applies only to the extent that the limit for Uninsured Motorists Coverage exceeds the minimum limits of liability required by the Missouri Financial Responsibility Law.

**E. Changes In Underinsured Motorists Coverage**

If Underinsured Motorists Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

1. "Delivery network platform" means an online- enabled application or digital network, used to connect customers:

   a. With drivers; or

   b. With local vendors using drivers;

   for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

2. "Delivery services" includes courier services.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Transportation network platform" means an online- enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2016

OSIC_000097

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM



With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

        **(1)** Use or threat of force or violence; or

        **(2)** Commission or threat of a dangerous act; or

        **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

        **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        **(2)** It appears that the intent is to intimidate or coerce a government, or to further po- litical, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism"** :

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM ABOVE MINIMUM STATUTORY LIMITS



This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

© ISO Properties, Inc., 2004

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

However, with respect to Liability and Personal Injury Protection Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Liability Coverage.

C. In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM ABOVE MINIMUM STATUTORY LIMITS



This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

    **(1)** Use or threat of force or violence; or

    **(2)** Commission or threat of a dangerous act; or

    **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

    **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism".
**But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

However, with respect to Liability Coverage, this Exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits.

With respect to Uninsured and Underinsured Motorists Coverage, this Exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Liability Coverage.

**C.** In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WASHINGTON EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM



With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI UNDERINSURED
# MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.



| Named Insured |
| --- |
| Endorsement Effective Date: |

## SCHEDULE

| Limit Of Insurance: $ | Each "Accident" |
| --- | --- |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members". However, this does not include any "family member", other than the Named Insured's spouse, who owns an "auto".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

### C. Exclusions

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**2.** "Bodily injury" sustained by any person while "occupying" or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any "family member", that is not a covered "auto". However, this exclusion does not apply to an individual Named Insured.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** We will not pay for any element of "loss" if a person is entitled to receive duplicate payment under any of the following or similar law:

**a.** Workers' compensation law; or

**b.** Disability benefits law.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and this policy's Liability Coverage.

**4.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

### E. Changes In Conditions

The Conditions are changed for Missouri Underinsured Motorists Coverage as follows:

**1.** **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

**b.** Subject to all other provisions of this policy, including but not limited to:

**(1)** Exclusion **C.2.** of this endorsement;

**(2)** Paragraph **D. Limit Of Insurance** of this endorsement;

**(3)** Paragraph **E.1.a.** of the **Other Insurance** condition of this endorsement; and

**(4)** The **Two Or More Coverage Forms Or Policies Issued By Us** condition of this policy:

any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved;

**b.** Promptly send us copies of the legal papers if a "suit" is brought; and

**c.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us to advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.



55528614

000437

330

of 80

61

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self insurer under any applicable motor vehicle law; or

**b.** Designed for use mainly off public roads while not on public roads.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TEMPORARY SUBSTITUTE AUTO - PHYSICAL DAMAGE INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

If Physical Damage Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Physical Damage Coverage:

Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** "Loss"; or

**e.** Destruction.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RECREATIONAL TRAILERS AND BOAT TRAILERS

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS of SECTION I - COVERED AUTOS** is amended by the addition of the following:

4. Recreational trailers and boat trailers designed for use with an auto of the private passenger type provided the trailers are not used for business purposes.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS AUTO COVERAGE ENHANCEMENT ENDORSEMENT

**This endorsement modifies insurance provided under the following:**

BUSINESS AUTO COVERAGE FORM

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**COVERAGE INDEX**

| SUBJECT | PROVISION NUMBER |
|---|---|
| ADDITIONAL INSURED BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| ACCIDENTAL AIRBAG DEPLOYMENT | 12 |
| AMENDED DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS | 18 |
| AMENDED FELLOW EMPLOYEE EXCLUSION | 5 |
| AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE | 13 |
| BROAD FORM INSURED | 1 |
| BODILY INJURY REDEFINED | 21 |
| EMPLOYEES AS INSUREDS (including employee hired auto) | 2 |
| EXTENDED CANCELLATION CONDITION | 22 |
| EXTRA EXPENSE - BROADENED COVERAGE | 10 |
| GLASS REPAIR - WAIVER OF DEDUCTIBLE | 15 |
| HIRED AUTO PHYSICAL DAMAGE(including employee hired auto) | 6 |
| HIRED AUTO COVERAGE TERRITORY | 20 |
| LOAN / LEASE GAP | 14 |
| PARKED AUTO COLLISION COVERAGE (WAIVER OF DEDUCTIBLE) | 16 |
| PERSONAL EFFECTS COVERAGE | 11 |
| PHYSICAL DAMAGE - ADDITIONAL TRANSPORTATION EXPENSE COVERAGE | 8 |
| RENTAL REIMBURSEMENT | 9 |
| SUPPLEMENTARY PAYMENTS | 4 |
| TOWING AND LABOR | 7 |
| UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS | 17 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US | 19 |

**SECTION II - LIABILITY COVERAGE** is amended as follows:

1. **BROAD FORM INSURED**

   SECTION II - LIABILITY COVERAGE, paragraph **A.1. -** WHO IS AN INSURED is amended to include the following as an insured:

   **d.** Any legally incorporated entity of which you own more than 50 percent of the voting stock during the policy period. However, "insured" does not include any organization that:

   **(1)** Is a partnership or joint venture; or

   **(2)** Is an insured under any other automobile policy; or

   **(3)** Has exhausted its Limit of Insurance under any other automobile policy.

   Paragraph **d. (2)** of this provision does not apply to a policy written to apply specifically in excess of this policy.

   **e.** Any organization you newly acquire or form, other than a partnership or joint venture, of which you own more than 50 percent of the voting stock. This automatic coverage is afforded only for 180 days from the date of acquisition or formation. However, coverage under this provision does not apply:

   **(1)** If there is similar insurance or a self-insured retention plan available to that organization;

(2) If the Limits of Insurance of any other insurance policy have been exhausted; or

(3) To "bodily injury" or "property damage" that occurred before you acquired or formed the organization.

## 2. EMPLOYEES AS INSUREDS

SECTION II - LIABILITY COVERAGE, paragraph **A.1. -** WHO IS AN INSURED is amended to include the following as an insured:

**f.** Any "employee" of yours while using a covered "auto" you do not own, hire or borrow but only for acts within the scope of their employment by you. Insurance provided by this endorsement is excess over any other insurance available to any "employee".

**g.** An "employee" of yours while operating an "auto" hired or borrowed under a written contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business and within the scope of their employment. Insurance provided by this endorsement is excess over any other insurance available to the "employee".

## 3. ADDITIONAL INSURED BY CONTRACT, AGREEMENT OR PERMIT

SECTION II - LIABILITY COVERAGE, paragraph **A.1. -** WHO IS AN INSURED is amended to include the following as an insured:

**h.** Any person or organization with respect to the operation, maintenance or use of a covered "auto", provided that you and such person or organization have agreed in a written contract, agreement, or permit issued to you by governmental or public authority, to add such person, or organization, or governmental or public authority to this policy as an "insured".

However, such person or organization is an "insured":

**(1)** Only with respect to the operation, maintenance or use of a covered "auto";

**(2)** Only for "bodily injury" or "property damage" caused by an "accident" which takes place after you executed the written contract or agreement, or the permit has been issued to you; and

**(3)** Only for the duration of that contract, agreement or permit

## 4. SUPPLEMENTARY PAYMENTS

SECTION II - LIABILITY COVERAGE, Coverage Extensions, **2.a.** Supplementary Payments, paragraphs **(2)** and **(4)** are replaced by the following:

**(2)** Up to $3,000 for cost of bail bonds (including bonds for related traffic violations ) required because of an "accident" we cover. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the insured at our request, including actual loss of earnings up to $500 a day because of time off from work.

## 5. AMENDED FELLOW EMPLOYEE EXCLUSION

In those jurisdictions where, by law, fellow employees are not entitled to the protection afforded to the employer by the workers compensation exclusivity rule, or similar protection, the following provision is added:

SECTION II - LIABILITY, exclusion **B.5.** FELLOW EMPLOYEE does not apply if the "bodily injury" results from the use of a covered "auto" you own or hire.

## SECTION III - PHYSICAL DAMAGE COVERAGE is amended as follows:

## 6. HIRED AUTO PHYSICAL DAMAGE

Paragraph **A.4.** Coverage Extensions of SECTION III - PHYSICAL DAMAGE COVERAGE, is amended by adding the following:

If hired "autos" are covered "autos" for Liability Coverage, and if Comprehensive, Specified Causes of Loss or Collision coverage are provided under the Business Auto Coverage Form for any "auto" you own, then the Physical Damage coverages provided are extended to "autos":

**a.** You hire, rent or borrow; or

©2010 Liberty Mutual Insurance Company. All rights reserved.

Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**b.** Your "employee" hires or rents under a written contract or agreement in that "employee's" name, but only if the damage occurs while the vehicle is being used in the conduct of your business,

subject to the following limit and deductible:

**A.** The most we will pay for "loss" in any one "accident" or "loss" is the smallest of:

**(1)** $50,000; or

**(2)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(3)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality, minus a deductible.

**B.** The deductible will be equal to the largest deductible applicable to any owned "auto" for that coverage.

**C.** Subject to the limit, deductible and excess provisions described in this provision, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own.

**D.** Subject to a maximum of $750 per "accident", we will also cover the actual loss of use of the hired "auto" if it results from an "accident", you are legally liable and the lessor incurs an actual financial loss.

**E.** This coverage extension does not apply to:

**(1)** Any "auto" that is hired, rented or borrowed with a driver; or

**(2)** Any "auto" that is hired, rented or borrowed from your "employee".

For the purposes of this provision, SECTION V - DEFINITIONS is amended by adding the following:

"Total loss" means a "loss" in which the cost of repairs plus the salvage value exceeds the actual cash value.

**7. TOWING AND LABOR**

SECTION III - PHYSICAL DAMAGE COVERAGE, paragraph **A.2.** Towing, is amended by the addition of the following:

We will pay towing and labor costs incurred, up to the limits shown below, each time a covered "auto" classified and rated as a private passenger type, "light truck" or "medium truck" is disabled:

**a.** For private passenger type vehicles, we will pay up to $50 per disablement.

**b.** For "light trucks", we will pay up to $50 per disablement. "Light trucks" are trucks that have a gross vehicle weight (GVW) of 10,000 pounds or less.

**c.** For "medium trucks" , we will pay up to $150 per disablement. "Medium trucks" are trucks that have a gross vehicle weight (GVW) of 10,001 - 20,000 pounds.

However, the labor must be performed at the place of disablement.

**8. PHYSICAL DAMAGE- ADDITIONAL TRANSPORTATION EXPENSE COVERAGE**

Paragraph **A.4.a.,** Coverage Extension of SECTION III - PHYSICAL DAMAGE COVERAGE, is amended to provide a limit of $50 per day and a maximum limit of $1,500

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

9. **RENTAL REIMBURSEMENT**

SECTION III - PHYSICAL DAMAGE COVERAGE, **A.** COVERAGE, is amended by adding the following:

**a.** We will pay up to $75 per day for rental reimbursement expenses incurred by you for the rental of an "auto" because of "accident" or "loss", to an "auto" for which we also pay a "loss" under Comprehensive, Specified Causes of Loss or Collision Coverages. We will pay only for those expenses incurred after the first 24 hours following the "accident" or "loss" to the covered "auto."

**b.** Rental Reimbursement will be based on the rental of a comparable vehicle, which in many cases may be substantially less than $75 per day, and will only be allowed for the period of time it should take to repair or replace the vehicle with reasonable speed and similar quality, up to a maximum of 30 days.

**c.** We will also pay up to $500 for reasonable and necessary expenses incurred by you to remove and replace your tools and equipment from the covered "auto".

**d.** This coverage does not apply unless you have a business necessity that other "autos" available for your use and operation cannot fill.

**e.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided under Paragraph **4.** Coverage Extension.

**f.** No deductible applies to this coverage.

For the purposes of this endorsement provision, materials and equipment do not include "personal effects" as defined in provision **11.**

10. **EXTRA EXPENSE - BROADENED COVERAGE**

Under SECTION III - PHYSICAL DAMAGE COVERAGE, **A.** COVERAGE, we will pay for the expense of returning a stolen covered "auto" to you. The maximum amount we will pay is $1,000.

11. **PERSONAL EFFECTS COVERAGE**

**A.** SECTION III - PHYSICAL DAMAGE COVERAGE, **A.** COVERAGE, is amended by adding the following:

If you have purchased Comprehensive Coverage on this policy for an "auto" you own and that "auto" is stolen, we will pay, without application of a deductible, up to $600 for "personal effects" stolen with the "auto."

The insurance provided under this provision is excess over any other collectible insurance.

**B.** SECTION V - DEFINITIONS is amended by adding the following:

For the purposes of this provision, "personal effects" mean tangible property that is worn or carried by an insured." "Personal effects" does not include tools, equipment, jewelry, money or securities.

12. **ACCIDENTAL AIRBAG DEPLOYMENT**

SECTION III - PHYSICAL DAMAGE COVERAGE, **B.** EXCLUSIONS is amended by adding the following:

If you have purchased Comprehensive or Collision Coverage under this policy, the exclusion for "loss" relating to mechanical breakdown does not apply to the accidental discharge of an airbag.

Any insurance we provide shall be excess over any other collectible insurance or reimbursement by manufacturer's warranty. However, we agree to pay any deductible applicable to the other coverage or warranty.

13. **AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE**

SECTION III - PHYSICAL DAMAGE COVERAGE, **B.** EXCLUSIONS, exception paragraph **a.** to exclusions **4.c.** and **4.d.** is deleted and replaced with the following:

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

Exclusion **4.c.** and **4.d.** do not apply to:

**a.** Electronic equipment that receives or transmits audio, visual or data signals, whether or not designed solely for the reproduction of sound, if the equipment is permanently installed in the covered "auto" at the time of the "loss" and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto" and physical damage coverages are provided for the covered "auto"; or

If the "loss" occurs solely to audio, visual or data electronic equipment or accessories used with this equipment, then our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by a $100 deductible.

**14. LOAN / LEASE GAP COVERAGE**



**A.** Paragraph **C.,** LIMIT OF INSURANCE of SECTION III - PHYSICAL DAMAGE COVERAGE is amended by adding the following:

The most we will pay for a "total loss" to a covered "auto" owned by or leased to you in any one "accident" is the greater of:

**1.** Balance due under the terms of the loan or lease to which the damaged covered "auto" is subject at the time of the "loss" less the amount of:

   **a.** Overdue payments and financial penalties associated with those payments as of the date of the "loss",

   **b.** Financial penalties imposed under a lease due to high mileage, excessive use or abnormal wear and tear,

   **c.** Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease,

   **d.** Transfer or rollover balances from previous loans or leases,

   **e.** Final payment due under a "Balloon Loan",

   **f.** The dollar amount of any unrepaired damage which occurred prior to the "total loss" of a covered "auto",

   **g.** Security deposits not refunded by a lessor,

   **h.** All refunds payable or paid to you as a result of the early termination of a lease agreement or as a result of the early termination of any warranty or extended service agreement on a covered "auto",

   **i.** Any amount representing taxes,

   **j.** Loan or lease termination fees; or

**2.** The actual cash value of the damage or stolen property as of the time of the "loss".

An adjustment for depreciation and physical condition will be made in determining the actual cash value at the time of the "loss". This adjustment is not applicable in Texas.

**B.** ADDITIONAL CONDITIONS

This coverage applies only to the original loan for which the covered "auto" that incurred the loss serves as collateral, or lease written on the covered "auto" that incurred the loss.

**C.** SECTION V - DEFINTIONS is changed by adding the following:

As used in this endorsement provision, the following definitions apply:

"Total loss" means a "loss" in which the cost of repairs plus the salvage value exceeds the actual cash value.

A "balloon loan" is one with periodic payments that are insufficient to repay the balance over the term of the loan, thereby requiring a large final payment.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

OSIC_000116

15. **GLASS REPAIR - WAIVER OF DEDUCTIBLE**

   Paragraph **D. Deductible** of SECTION III - PHYSICAL DAMAGE COVERAGE is amended by the addition of the following:

   No deductible applies to glass damage if the glass is repaired rather than replaced.

16. **PARKED AUTO COLLISION COVERAGE (WAIVER OF DEDUCTIBLE)**

   Paragraph **D. Deductible** of SECTION III - PHYSICAL DAMAGE COVERAGE is amended by the addition of the following:

   The deductible does not apply to "loss" caused by collision to such covered "auto" of the private passenger type or light weight truck with a gross vehicle weight of 10,000 lbs. or less as defined by the manufacturer as maximum loaded weight the "auto" is designed to carry while it is:

   **a.** In the charge of an "insured";

   **b.** Legally parked; and

   **c.** Unoccupied.

   The "loss" must be reported to the police authorities within 24 hours of known damage.

   The total amount of the damage to the covered "auto" must exceed the deductible shown in the Declarations.

   This provision does not apply to any "loss" if the covered "auto" is in the charge of any person or organization engaged in the automobile business.

**SECTION IV - BUSINESS AUTO CONDITIONS is amended as follows:**

17. **UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

   SECTION IV- BUSINESS AUTO CONDITIONS, Paragraph **B.2.** is amended by adding the following:

   If you unintentionally fail to disclose any hazards, exposures or material facts existing as of the inception date or renewal date of the Business Auto Coverage Form, the coverage afforded by this policy will not be prejudiced.

   However, you must report the undisclosed hazard of exposure as soon as practicable after its discovery, and we have the right to collect additional premium for any such hazard or exposure.

18. **AMENDED DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT, OR LOSS**

   SECTION IV - BUSINESS AUTO CONDITIONS, paragraph **A.2.a.** is replaced in its entirety by the following:

   **a.** In the event of "accident", claim, "suit" or "loss", you must promptly notify us when it is known to:

   **1.** You, if you are an individual;

   **2.** A partner, if you are a partnership;

   **3.** Member, if you are a limited liability company;

   **4.** An executive officer or the "employee" designated by the Named Insured to give such notice, if you are a corporation.

   To the extent possible, notice to us should include:

   **(1)** How, when and where the "accident" or "loss" took place;

   **(2)** The "insureds" name and address; and

   **(3)** The names and addresses of any injured persons and witnesses.

19. **WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

   SECTION IV - BUSINESS AUTO CONDITIONS, paragraph **A.5.,** Transfer of Rights of Recovery Against Others to Us, is amended by the addition of the following:

   If the person or organization has waived those rights before an "accident" or "loss", our rights are waived also.

©2010 Liberty Mutual Insurance Company. All rights reserved.

**CA 88 10 01 10**   Includes copyrighted material of Insurance Services Office Inc., with its Permission.   **Page 6 of 7**

OSIC_000117

20. **HIRED AUTO COVERAGE TERRITORY**

SECTION IV - BUSINESS AUTO CONDITIONS, paragraph **B.7.,** Policy Period, Coverage Territory, is amended by the addition of the following:

**f.** For "autos" hired 30 days or less, the coverage territory is anywhere in the world, provided that the insured's responsibility to pay for damages is determined in a "suit", on the merits, in the United States, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

This extension of coverage does not apply to an "auto" hired, leased, rented or borrowed with a driver.

**SECTION V - DEFINITIONS is amended as follows:**

21. **BODILY INJURY REDEFINED**

Under SECTION V - DEFINTIONS, definition **C.** is replaced by the following:

"Bodily injury" means physical injury, sickness or disease sustained by a person, including mental anguish, mental injury, shock, fright or death resulting from any of these at any time.

**COMMMON POLICY CONDITIONS**

22. **EXTENDED CANCELLATION CONDITION**

COMMON POLICY CONDITIONS, paragraph **A.** - CANCELLATION condition applies except as follows:

If we cancel for any reason other than nonpayment of premium, we will mail to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation. This provision does not apply in those states which require more than 60 days prior notice of cancellation.



©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF CANCELLATION  PROVISIONS

Any  term  or provision  of the Cancellation  Conditions  of the policy  or any endorsement  amending  or replac-
ing such Conditions  is amended  by the following:

**A.** If we cancel this policy  for any reason other  than nonpayment  of premium,  we will notify  the person or
organization  shown  in the Schedule  below.  In no event  will  the notice  to the person  or organization
scheduled  below  exceed the notice  to the first  named  insured.

**B.** Our obligation  to send notice  to the person  or organization  listed in the Schedule  below  will terminate
at the earlier  of the current  policy  period  expiration  or when you no longer  have a legal  or contractual
obligation  to such person or organization  to maintain  insurance coverage  under a policy  which  requires
that such person or organization  be notified  in the event of cancellation.

### SCHEDULE

**1.   Name or Person or Organization:**

MCCOWN GORDON CONSTRUCTION LLC

**2.   Mailing  Address:**

422 ADMIRAL BOULEVARD
KANSAS CITY, MO  64106

**3.   Number  Days Advance Notice:**

30

All other  terms  and conditions  of this policy  remain  unchanged

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CANCELLATION PROVISIONS

Any term or provision of the Cancellation Conditions of the policy or any endorsement amending or replacing such Conditions is amended by the following:

**A.** If we cancel this policy for any reason other than nonpayment of premium, we will notify the person or organization shown in the Schedule below. In no event will the notice to the person or organization scheduled below exceed the notice to the first named insured.

**B.** Our obligation to send notice to the person or organization listed in the Schedule below will terminate at the earlier of the current policy period expiration or when you no longer have a legal or contractual obligation to such person or organization to maintain insurance coverage under a policy which requires that such person or organization be notified in the event of cancellation.

## SCHEDULE

**1. Name or Person or Organization:**

JE DUNN CONSTRUCTION COMPANY

**2. Mailing Address:**

4 EAST SHERIDAN AVE
SUITE 200
OKLAHOMA CITY, OK  73104

**3. Number Days Advance Notice:**

30

All other terms and conditions of this policy remain unchanged

 © 2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
>
> GARAGE COVERAGE FORM
>
> MOTOR CARRIER COVERAGE FORM
>
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

©ISO Properties, Inc., 2005

OSIC_000121

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

## D. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## E. Changes In Conditions

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provision in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

## F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

©ISO Properties, Inc., 2005

OSIC_000122

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

 Copyright, Insurance Services Office, Inc., 1998

**OSIC_000123**

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

**OSIC_000124**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

© ISO Properties, Inc., 2007

OSIC_000125

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

This page intentionally left blank.

OSIC_000127