# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**BRANDON WICHERT,**

      **Plaintiff,**

**v.**                                            **Case No. 21-cv-976-D**

**OHIO SECURITY INSURANCE COMPANY, an affiliate or subsidiary of, LIBERTY MUITUAL INSURANCE COMPANY,**

      **Defendant.**

## AFFIDAVIT OF PAUL FOLLETTE

| | | |
|---|---|---|
| STATE OF MISSOURI | ) | |
| | ) | ss: |
| COUNTY OF CLAY | ) | |

      I, Paul Follette, being of sound mind and lawful age and upon my oath first duly sworn, depose and state as follows:

      1.      I am employed as the Controller for Re-View Windows, Inc. ("Re-View"). I have been employed with Re-View since June 1, 2010.

      2.      I have personal knowledge of the matters set forth herein.

      3.      In 2017, Re-View purchased the 2017 Chevrolet Silverado, VIN No. 1GC2CUEG1HZ1, Missouri License Plate No. FR3F4X (the "Vehicle"), which was involved in the May 16, 2019 automobile accident ("Accident") that is the subject of this case. *See* Exhibit 1, Certificate of Title.

      4.      Re-View purchased the Vehicle in Missouri. *See id.*

5. The Vehicle was registered in the State of Missouri. *See* Exhibit 1; *see also* Exhibit 2, Photograph Depicting a Missouri License Plate.

6. Re-View paid Missouri property taxes on the Vehicle in 2018 and 2019. *See* Exhibit 3, Official Tax Payment Receipts.

7. From the time of Re-View's purchase of the Vehicle in 2017 until the date of the Accident, the Vehicle was primarily garaged in the State of Missouri.

8. At certain times, the Vehicle was temporarily located in the State of Oklahoma due to a project Re-View's employees were conducting at the Oklahoma State Capitol.

9. At certain times, the Vehicle was temporarily located in the State of Tennessee due to a project Re-View's employees were conducting at the John Sevier State Office Building in Nashville, Tennessee.

FURTHER AFFIANT SAYETH NAUGHT

_____
Paul Follette

SUBSCRIBED AND SWORN to before me this 1st day of December, 2021.

_____
Notary Public

My Commission expires: 03/13/2025

JEANNIE M. GARIES
NOTARY PUBLIC, NOTARY SEAL
STATE OF MISSOURI
CLAY COUNTY
COMMISSION #  17175370
MY COMMISSION EXPIRES:   MARCH 13, 2025

5090759.1:003439.00160

# EXHIBIT 1

# STATE OF MISSOURI
## CERTIFICATE OF TITLE

00180GA341  ORIGINAL  TITLE NUMBER **TFP80705**

 

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY STYLE |
|---|---|---|---|
| *1GC2CUEG1HZ193022* | 2017 | CHEV | FODOR |

| HP | PREVIOUS STATE | MILEAGE AT TIME OF TRANSFER | TAX | PURCHASE DATE | DATE ISSUED |
|---|---|---|---|---|---|
| 51 | | *547* | PAID | 04/10/2017 | 05/23/2017 |

OWNER **RE-VIEW WINDOWS INC**
**1235 SALINE ST**
**KANSAS CITY        MO 64116**

MAIL TO **0008-000**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

RE-VIEW WINDOWS INC
1235 SALINE ST
KANSAS CITY MO  64116-4408

VEHICLE SUBJECT TO FOLLOWING LIEN(S)

**Lien release** - To release any lien shown on the face of this title, the lienholder must complete a notarized Lien Release (DOR-4809) to be attached to this title before the purchaser applies for a Certificate of Title.

FIRST LIEN                LIEN DATE

SECOND LIEN               LIEN DATE

Any person who knowingly and intentionally submits a separate document releasing a lien of another without authority to do so shall be guilty of a class C felony. (301.640 RSMo)

**BUYER ON REVERSE SIDE MUST TITLE IN 30 DAYS TO AVOID PENALTY**

MILEAGE STATEMENT
**\*ACTUAL MILEAGE.**
**ANNUAL ODOMETER UPDATES MAY BE AVAILABLE FROM THE**
**DEPARTMENT OF REVENUE.**
**EFFECTIVE 1/1/06 YOU MUST SUBMIT A NOTICE OF SALE**
**TO THE DEPARTMENT OF REVENUE WITHIN 30 DAYS OF**
**SELLING THIS VEHICLE.**

22316112

*Joel Walters*
**DIRECTOR OF REVENUE** DOR-387 (07/2016)

**ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

---

MUST BE COMPLETED AT TIME OF SALE  **NOTICE OF SALE OR TRANSFER**  SEE INSTRUCTIONS ON REVERSE

| PURCHASER NAME - LAST, FIRST (REQUIRED) (PRINTED) | PURCHASER SIGNATURE (REQUIRED) | |
|---|---|---|
| ADDRESS (REQUIRED) | DRIVER LICENSE NUMBER OF PURCHASER | DATE OF BIRTH OF PURCHASER __ __ / __ __ / __ __ __ __ |
| CITY (REQUIRED) | SALE DATE (REQUIRED) __ __ / __ __ / __ __ __ __ | |
| STATE (REQ.)   ZIP CODE (REQUIRED) __ __ __ __ __   COUNTY | NET PRICE (REQUIRED) $ | |

| KOV | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER |
|---|---|---|---|---|
| | 2017 | CHEV | *1GC2CUEG1HZ193022* | TFP80705 |

| SELLER NAME AND SIGNATURE (REQUIRED) | DEALER NUMBER |
|---|---|

**SELLER MUST SUBMIT TO DEPARTMENT OF REVENUE.** SEE REVERSE SIDE.  DOR-5049A (08/2015)

**22316112**

**INSTRUCTIONS:** Federal law (and state law, if applicable) requires that all sellers state the mileage in connection with the transfer of ownership. Failing to complete or providing a false statement may result in fines and/or imprisonment.

**ALL** owners (sellers) on the face of the title and purchasers must sign and hand print their names after the purchaser(s) name, lienholder, sale price, trade-in if applicable, net price, date of sale, and mileage spaces are completed. If purchaser/seller is an agent/officer of a firm, record official position after printed name. If assigning a junking certificate, the odometer disclosure, seller's printed name(s), and purchaser(s) printed name and signature are not required.

**WARNING:** Alterations, erasures or mistreatment will void this title/certificate.

**ASSIGNMENT OF TITLE:** I/We hereby assign and warrant certificate of title of the vehicle described on the front of this certificate of title subject to the following lien(s) or encumbrance(s) if any, and none while, I/We further certify the accuracy of the sale price and mileage as specified below, when applicable.

**LIENHOLDERS:** Recording your lien below does not perfect your lien. See http://dor.mo.gov/motorv/liendeal/ for lien perfection requirements.

### ASSIGNMENT

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
|---|---|---|---|
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS ☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) | |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) *Paul F Maxwell* | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) ROBERT T MAXWELL | |

### REASSIGNMENT BY REGISTERED DEALER

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
|---|---|---|---|
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS ☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) | |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

## THE REASSIGNMENTS BELOW CAN NOT BE USED FOR A SALVAGE CERTIFICATE OF TITLE.

### REASSIGNMENT BY REGISTERED DEALER

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
|---|---|---|---|
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS ☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) | |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

### REASSIGNMENT BY REGISTERED DEALER

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
|---|---|---|---|
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS ☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) | |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

### LIENHOLDER INFORMATION

| FIRST LIENHOLDER NAME (PRINTED OR TYPED). DOES NOT APPLY TO JUNKING CERTIFICATES | DATE OF LIEN |
|---|---|
| FIRST LIENHOLDER ADDRESS | |
| SECOND LIENHOLDER NAME (PRINTED OR TYPED) | DATE OF LIEN |
| SECOND LIENHOLDER ADDRESS | |

DOR-387 (07/2016)

---

## NOTICE OF SALE OR TRANSFER
## DO NOT COMPLETE FOR SALVAGE CERTIFICATES OF TITLE OR JUNKING CERTIFICATES

This Notice of Sale or Transfer must be completed and submitted by the seller **within 30 days of sale** to a contract office or to the **Department of Revenue, Motor Vehicle Bureau, P.O. Box 3050, Jefferson City, Missouri 65105-3050. DO NOT report sales to: licensed vehicle dealers, out-of-state purchasers, beneficiaries named in a trust, transfer on death beneficiaries or insurance companies as a result of an insurance claim.** Completion of this form does not constitute an assignment or release of any interest in the vehicle. Make prompt notification to help protect yourself from possible liability. Any seller who fails to submit this notice is guilty of an infraction. If the failure to submit this notice was done to assist the purchaser avoid applying for a title, paying applicable registration fees or other fraudulent purposes, the seller shall be guilty of a class C misdemeanor. Knowingly submitting false information about the sale of a vehicle is a class C misdemeanor.

DOR-5049A (08/2015)

# EXHIBIT 2



# EXHIBIT 3



# Official Tax Payment Receipt

| Receipt No.: | 3466889 | Date and Time: | 12/19/2018 | Print Date: | 1/13/2020 11:55:29 AM |
|---|---|---|---|---|---|

**Receipt Details**

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 00099000500663 | 2018 | 141 | 16,510.33 | 0.00 | Property Tax Principal |
| | 2018 | CNTY_100 | 25.00 | 0.00 | County License Fee |

**Name and Address Information**

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| RE-VIEW WINDOWS INC | 1235 SALINE ST ,KANSAS CITY ,MO64116-4408 | E-Check | 16,535.33 |

**Distribution to Districts**

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 00099000500663 | 2018 | COUNTY SERVICES | 382.474200000000 |
| | 2018 | HANDICAP TAX | 232.160200000000 |
| | 2018 | HEALTH TAX | 193.598000000000 |
| | 2018 | KCJC TAX | 453.499400000000 |
| | 2018 | MENTAL HEALTH TAX | 193.598000000000 |
| | 2018 | NORTH KANSAS CITY | 2358.000200000000 |
| | 2018 | NORTH KANSAS CITY SCHOOL DISTRICT | 12637.976200000000 |
| | 2018 | STATE TAX | 59.023800000000 |

**Motor Vehicles**

| Parcel No. | Tax Year | Type | Make | Model | Series | Model Year | Item ID | Plate No. | Name on Title 1 | Name on Title 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00099000500663 | 2018 | TRUCK | CHEV | SLVRDO C2500 3/4T XC W/T | SLVRDO C2500 3/4T XC W/T | 2017 | 1GC2CUEG1HZ193022 | | UNKNOWN PARTY | |
| | 2018 | TRUCK | DODG | PU 3/4T CREW CAB | PU 3/4T CREW CAB | 2012 | 3C6TD4HT5CG17899 | | UNKNOWN PARTY | |
| | 2018 | TRUCK | DODG | PU 3/4T CREW CAB | PU 3/4T CREW CAB | 2012 | 3C6TD4HT6CG17900 | | UNKNOWN PARTY | |
| | 2018 | TRUCK | KW | 4X2 30000 T300 MH | 4X2 30000 T300 MH | 2000 | 1NKMHD6X245846349 | | UNKNOWN PARTY | |

**Business Assets**

| Parcel No. | Tax Year | Category | Purchase Year |
|---|---|---|---|
| 00099000500663 | 2018 | INTERFACE 100% APPRAISED | 2008 |
| | 2018 | INTERFACE 100% APPRAISED | 2011 |
| | 2018 | INTERFACE 100% APPRAISED | 2013 |
| | 2018 | INTERFACE 100% APPRAISED | 2014 |
| | 2018 | INTERFACE 100% APPRAISED | 2015 |
| | 2018 | INTERFACE 100% APPRAISED | 2016 |
| | 2018 | INTERFACE 100% APPRAISED | 2017 |

**Real Estate Legal Descriptions**

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 00099000500663 | NO CONVERTED LEGAL DESCRIPTION FOR BUSINESS PERSONAL PROPERTY | 1 |

**\*Interest and penalty will be assessed on any unpaid balance amount.**  The unpaid balance amount shown on this receipt is valid as of time of payment.  Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt.  A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691



# Official Tax Payment Receipt

| Receipt No.: | 3689542 | Date and Time: | 12/19/2019 | Print Date: | 1/13/2020 11:54:45 AM |
|---|---|---|---|---|---|

### Receipt Details

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 00099000500663 | 2019 | 261 | 13,501.72 | 0.00 | Property Tax Principal |
| | 2019 | CNTY_100 | 25.00 | 0.00 | County License Fee |

### Name and Address Information

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| RE-VIEW WINDOWS INC | 1235 SALINE ST ,KANSAS CITY ,MO64116-4408 | Lock Box | 13,526.72 |

### Distribution to Districts

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 00099000500663 | 2019 | COUNTY SERVICES | 267.644000000000 |
| | 2019 | HANDICAP TAX | 191.841300000000 |
| | 2019 | HEALTH TAX | 159.924300000000 |
| | 2019 | KCJC TAX | 347.521300000000 |
| | 2019 | MENTAL HEALTH TAX | 159.924300000000 |
| | 2019 | NORTH KANSAS CITY | 1794.225100000000 |
| | 2019 | NORTH KANSAS CITY SCHOOL DISTRICT | 10529.708400000000 |
| | 2019 | STATE TAX | 50.931300000000 |

### Motor Vehicles

| Parcel No. | Tax Year | Type | Make | Model | Series | Model Year | Item ID | Plate No. | Name on Title 1 | Name on Title 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00099000500663 | 2019 | TRUCK | CHEV | 4X2 8600 2500 CARGO WGA | 4X2 8600 2500 CARGO WGA | 2017 | 3N63M0YN1HK705716 | | UNKNOWN PARTY | |
| | 2019 | TRUCK | CHEV | SLVRDO C2500 3/4T XC W/T | SLVRDO C2500 3/4T XC W/T | 2017 | 1GC2CUEG1HZ193022 | | UNKNOWN PARTY | |
| | 2019 | TRUCK | DODG | PU 3/4T CREW CAB | PU 3/4T CREW CAB | 2012 | 3C6TD4HT5CG17899 | | UNKNOWN PARTY | |
| | 2019 | TRUCK | DODG | PU 3/4T CREW CAB | PU 3/4T CREW CAB | 2012 | 3C6TD4HT6CG17900 | | UNKNOWN PARTY | |
| | 2019 | TRUCK | KW | 4X2 30000 T300 MH | 4X2 30000 T300 MH | 2000 | 1NKMHD6X245846349 | | UNKNOWN PARTY | |

### Business Assets

| Parcel No. | Tax Year | Category | Purchase Year |
|---|---|---|---|
| 00099000500663 | 2019 | INTERFACE 100% APPRAISED | 2008 |
| | 2019 | INTERFACE 100% APPRAISED | 2012 |
| | 2019 | INTERFACE 100% APPRAISED | 2014 |
| | 2019 | INTERFACE 100% APPRAISED | 2015 |
| | 2019 | INTERFACE 100% APPRAISED | 2016 |
| | 2019 | INTERFACE 100% APPRAISED | 2017 |
| | 2019 | INTERFACE 100% APPRAISED | 2018 |

### Real Estate Legal Descriptions

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 00099000500663 | NO CONVERTED LEGAL DESCRIPTION FOR BUSINESS PERSONAL PROPERTY | 1 |

**\*Interest and penalty will be assessed on any unpaid balance amount.**  The unpaid balance amount shown on this receipt is valid as of time of payment.  Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt.  A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691