# AFFIDAVIT

I, Brandon Wichert, of legal age and of sound mind hereby freely affirm to the following based on my personal knowledge:

1. I am an Oklahoma resident and was hired in Oklahoma by Re-View Windows Inc. in Oklahoma, to perform work at the State Capital. I worked at the State Capital from around April 2018 to May of 2019.

2. When I started working at the State Capital the vehicle that Brandon Thompson, also an Oklahoma resident, was driving that was involved in the accident in Tennessee was on the job site. It is my understanding the vehicle was in Oklahoma at the job site when Jimmy started working in 2017 and was then used by Jim Hickman before I came on the Job.

3. Mr. Hickman, a supervisor on the job, became ill and Brandon Thompson started using the truck. He drove the truck to his house every night, also used it for personal purposes, and garaged the truck at his home in Oklahoma.

4. Brandon Thompson was still garaging the vehicle at his house when the accident happened in Tennessee on May 15, 2019. We both traveled back and forth to Tennessee from Oklahoma in the vehicle, while working at the job site in Tennessee.

5. The job at the State Capital in Oklahoma City lasted for at least two years.

6. Other than the initial emergency treatment I had in Tennessee all medial care was provided by Oklahoma physicians and medical providers.

7. I filed my workers' compensation claim in Oklahoma and received workers' compensation benefits in Oklahoma.

FURTHER AFFIANT SAYETH NOT.

_____
Brandon Wichert

STATE OF OKLAHOMA )
                  ) ss
COUNTY OF OKLAHOMA )

Subscribed and sworn to before me this 21st day of March in the year 2022.

_____
Notary Public

My Commission Expires: 12-15-2022
Commission no. 14004146

EXHIBIT "2"