

**ARGO GROUP**

**PAYMENT INQUIRY BY CLAIM NUMBER**

*Brandon Wichert v. ReView Windows*

Welcome amanda.king

Run By - D40AMK ON 08-SEP-20
Claim Num : 40-213624
Payment Code :1  (INDEMNITY)
Payment Description : ALL

[Download Excel]

| # | Chk/CR Num | Tran Dt | Payee/Payor Name | Amount Paid | Period Covered | TC | CHK\|TYP | TP | PD | WKS | DAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4034471 | 06/03/2019 | BRANDON J WICHERT | $1,214.80 | 05/20/2019 06/02/2019 | 11 | I | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 2 | 0 |
| 2 | 4034777 | 06/06/2019 | BRANDON J WICHERT | $607.40 | 06/03/2019 06/09/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 3 | 4035395 | 06/13/2019 | BRANDON J WICHERT | $607.40 | 06/10/2019 06/16/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 4 | 4035915 | 06/20/2019 | BRANDON J WICHERT | $607.40 | 06/17/2019 06/23/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 5 | 4037940 | 07/16/2019 | BRANDON J WICHERT | $1,214.80 | 07/04/2019 07/17/2019 | 11 | I | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 2 | 0 |
| 6 | 4038406 | 07/22/2019 | BRANDON J WICHERT | $607.40 | 07/18/2019 07/24/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 7 | 4039000 | 07/29/2019 | BRANDON J WICHERT | $607.40 | 07/25/2019 07/31/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 8 | 4039562 | 08/05/2019 | BRANDON J WICHERT | $607.40 | 08/01/2019 08/07/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 9 | 4040177 | 08/12/2019 | BRANDON J WICHERT | $607.40 | 08/08/2019 08/14/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 10 | 4040771 | 08/19/2019 | BRANDON J WICHERT | $607.40 | 08/15/2019 08/21/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 11 | 4041365 | 08/26/2019 | BRANDON J WICHERT | $607.40 | 08/22/2019 08/28/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 12 | 4041894 | 08/30/2019 | BRANDON J WICHERT | $607.40 | 08/29/2019 09/04/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 13 | 4042520 | 09/09/2019 | BRANDON J WICHERT | $607.40 | 09/05/2019 09/11/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 14 | 4043163 | 09/16/2019 | BRANDON J WICHERT | $607.40 | 09/12/2019 09/18/2019 | 11 | A | 1 - INDEMNITY | TT - TEMPORARY TOTAL DISABILITY BENEFITS | 1 | 0 |
| 15 | 4069789 | 08/26/2020 | BRANDON WICHERT AND RBRS LEGAL GROUP, PLLC | $40,000.00 | 08/17/2020 08/17/2020 | 11 | I | 1 - INDEMNITY | LS - LUMP SUM SETTLEMENT | 0 | 0 |

Total Amount Paid $49,718.40
Total Weeks 16
Total Days 0

**$22,063.72 (medical) + 49,718.40 (Indemnity) = $71,782.12**

http://sat-piap-prd:8010/transactionreport/PaymentInqClaim.aspx?QDate=08-SEP-20&Quse...  9/8/2020



**PAYMENT INQUIRY BY CLAIM NUMBER**

Welcome amanda.king

Brandon Wichert v. Review

Run By - D40AMK ON 08-SEP-20
Claim Num : 40-213624
Payment Code 2 - MEDICAL
Payment Description : ALL

Download Excel

| # | Chk/CR Num | Tran Dt | Payee/Payor Name | Amount Paid | Period Covered | TC | CHK\|TYP | TP | PD | WKS | DAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4034703 | 06/05/2019 | GENEX SERVICES INC | $372.00 | 05/24/2019 05/31/2019 | 11 | I | 2 - MEDICAL | FM - FIELD CASE MANAGEMENT (NO CA CLMS W/ POL EFF >= 7/1/2010) | 0 | 0 |
| 2 | 9033227 | 06/18/2019 | ORAL AND MAXILLOFACIAL ASSO LL | $170.10 | 05/21/2019 05/21/2019 | 11 | B | 2 - MEDICAL | XR - X-RAYS | 0 | 0 |
| 3 | 4036080 | 06/21/2019 | GENEX SERVICES INC | $895.72 | 06/11/2019 06/18/2019 | 11 | I | 2 - MEDICAL | FM - FIELD CASE MANAGEMENT (NO CA CLMS W/ POL EFF >= 7/1/2010) | 0 | 0 |
| 4 | 9034148 | 06/25/2019 | MEDCOMP USA INC DBA MTI | $97.65 | 05/29/2019 05/29/2019 | 11 | B | 2 - MEDICAL | DT - DENTIST'S INVOICE | 0 | 0 |
| 5 | 9034532 | 06/27/2019 | MEDCOMP USA INC DBA MTI | $2,162.41 | 05/30/2019 05/30/2019 | 11 | B | 2 - MEDICAL | GS - GENERAL SURGEON'S INVOICE | 0 | 0 |
| 6 | 9034531 | 06/27/2019 | MEDCOMP USA INC DBA MTI | $184.24 | 05/21/2019 05/21/2019 | 11 | B | 2 - MEDICAL | DT - DENTIST'S INVOICE | 0 | 0 |
| 7 | 4038460 | 07/22/2019 | GENEX SERVICES LLC | $829.40 | 06/25/2019 07/17/2019 | 11 | I | 2 - MEDICAL | FM - FIELD CASE MANAGEMENT (NO CA CLMS W/ POL EFF >= 7/1/2010) | 0 | 0 |
| 8 | 9038389 | 08/01/2019 | MCBRIDE ORTHO HOSP | $164.35 | 07/03/2019 07/03/2019 | 11 | B | 2 - MEDICAL | OS - OSTEOPATH'S INVOICE | 0 | 0 |
| 9 | 9039758 | 08/13/2019 | DUSTIN ROSENHAMER MD | $253.80 | 07/25/2019 07/25/2019 | 11 | B | 2 - MEDICAL | GE - GENERAL & FAMILY PRACTICE PHYSICIAN'S INVOICE | 0 | 0 |
| 10 | 9040359 | 08/19/2019 | DIAGNOSTIC RADIOLOGY CONSULTAN | $91.93 | 07/10/2019 07/10/2019 | 11 | B | 2 - MEDICAL | DI - DIAGNOSTIC TESTING | 0 | 0 |
| 11 | 9040562 | 08/20/2019 | PRIORITY CARE SOLUTIONS LLC | $1,382.52 | 07/10/2019 07/10/2019 | 11 | B | 2 - MEDICAL | DI - DIAGNOSTIC TESTING | 0 | 0 |
| 12 | 4041691 | 08/28/2019 | GENEX SERVICES LLC | $851.72 | 07/31/2019 08/22/2019 | 11 | I | 2 - MEDICAL | FM - FIELD CASE MANAGEMENT (NO CA CLMS W/ POL EFF >= 7/1/2010) | 0 | 0 |
| 13 | 9041566 | 08/29/2019 | MCBRIDE ORTHO HOSP | $87.75 | 07/12/2019 07/12/2019 | 11 | B | 2 - MEDICAL | OS - OSTEOPATH'S INVOICE | 0 | 0 |
| 14 | 4043990 | 09/24/2019 | GENEX SERVICES LLC | $842.92 | 09/16/2019 09/19/2019 | 11 | I | 2 - MEDICAL | FM - FIELD CASE MANAGEMENT (NO CA CLMS W/ POL EFF >= 7/1/2010) | 0 | 0 |
| 15 | 4044521 | 09/30/2019 | GENEX SERVICES LLC | $1,238.24 | 07/24/2019 07/26/2019 | 11 | I | 2 - MEDICAL | FM - FIELD CASE MANAGEMENT (NO CA CLMS W/ POL EFF >= 7/1/2010) | 0 | 0 |
| 16 | 9045841 | 10/10/2019 | SKYLINE MEDICAL CENTER | $5,403.14 | 05/17/2019 05/18/2019 | 11 | B | 2 - MEDICAL | HO - HOSPITAL - OUTPATIENT SERVICES/SURGICAL CENTERS | 0 | 0 |
| 17 | 9046095 | 10/14/2019 | DUSTIN ROSENHAMER MD | $131.40 | 09/17/2019 09/17/2019 | 11 | B | 2 - MEDICAL | GE - GENERAL & FAMILY PRACTICE PHYSICIAN'S INVOICE | 0 | 0 |
| 18 | 9048016 | 11/01/2019 | NAVSHVILLE ACUTE TRAUMA | $95.10 | 05/18/2019 05/18/2019 | 11 | B | 2 - MEDICAL | GE - GENERAL & FAMILY PRACTICE PHYSICIAN'S INVOICE | 0 | 0 |
| 19 | 9056112 | 01/31/2020 | MEDCOMP USA INC DBA MTI | $52.35 | 05/29/2019 05/29/2019 | 11 | B | 2 - MEDICAL | DT - DENTIST'S INVOICE | 0 | 0 |
| 20 | 9056604 | 02/06/2020 | MEDCOMP USA INC DBA MTI | $98.76 | 05/21/2019 05/21/2019 | 11 | B | 2 - MEDICAL | DT - DENTIST'S INVOICE | 0 | 0 |

| # | Claim # | Date | Provider | Amount | Service Dates | | | | Description | | |
|---|---------|------|----------|--------|---------------|---|---|---|-------------|---|---|
| 21 | 9056985 | 02/11/2020 | MEDCOMP USA INC DBA MTI | $2,491.59 | 05/30/2019 05/30/2019 | 11 | B | 2 - MEDICAL | GS - GENERAL SURGEON'S INVOICE | 0 | 0 |
| 22 | 4056807 | 02/28/2020 | BRANDON J WICHERT | $46.26 | 05/18/2019 05/31/2019 | 11 | I | 2 - MEDICAL | RX - PHARMACY | 0 | 0 |
| 23 | 4056809 | 02/28/2020 | BRANDON J WICHERT | $348.00 | 05/18/2019 05/19/2019 | 11 | I | 2 - MEDICAL | MI - MILEAGE | 0 | 0 |
| 24 | 4056810 | 02/28/2020 | BRANDON J WICHERT | $45.00 | 05/18/2019 05/19/2019 | 11 | I | 2 - MEDICAL | OT - OTHER MEDICAL | 0 | 0 |
| 25 | 9060363 | 03/18/2020 | OMFS PHYSICIAN OF ATHENS | $95.48 | 05/17/2019 05/17/2019 | 11 | B | 2 - MEDICAL | GE - GENERAL & FAMILY PRACTICE PHYSICIAN'S INVOICE | 0 | 0 |
| 26 | 9060462 | 03/19/2020 | DOVERSIDE EMERGENCY PHYS PLLC | $233.23 | 05/17/2019 05/17/2019 | 11 | B | 2 - MEDICAL | EM - EMERGENCY PHYSICIAN'S INVOICE | 0 | 0 |
| 27 | 9061510 | 03/27/2020 | PRIORITY CARE SOLUTIONS LLC | $102.87 | 05/17/2019 05/17/2019 | 11 | B | 2 - MEDICAL | DI - DIAGNOSTIC TESTING | 0 | 0 |
| 28 | 9061511 | 03/27/2020 | PRIORITY CARE SOLUTIONS LLC | $193.07 | 05/17/2019 05/17/2019 | 11 | B | 2 - MEDICAL | DI - DIAGNOSTIC TESTING | 0 | 0 |
| 29 | 9061946 | 04/06/2020 | RADIOLOGY ALLIANCE PC | $497.07 | 05/17/2019 05/17/2019 | 11 | B | 2 - MEDICAL | DI - DIAGNOSTIC TESTING | 0 | 0 |
| 30 | 9070376 | 07/28/2020 | INTEGRIS BAPTIST MED CTR | $2,605.65 | 05/30/2019 05/30/2019 | 11 | B | 2 - MEDICAL | HO - HOSPITAL - OUTPATIENT SERVICES/SURGICAL CENTERS | 0 | 0 |

Total Amount Paid  $22,063.72
Total Weeks  0
Total Days  0

$22,063.72 + 49,718.40 = $71,782.12

**EXHIBIT "5"**