Philip D. Ryan
Rick W. Bisher *
Charles T. Simons
Tim Kent

Of Counsel:
Patrick C. Ryan

*RWB Legal Inc.



**RYAN BISHER RYAN & SIMONS**
*Attorneys at Law*
www.rbrlawfirm.com
RBRS Legal Group, PLLC
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116-1513
Phone: 405.528.4567 ~ Facsimile: 405.525.2123
Toll Free: 1.800.725.2222



LIFE MEMBER
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers In America ™

Rick W. Bisher, Esq.
Admitted to the United States Supreme Court and
all Federal and State District Courts in Oklahoma
rbisher@rbrlawfirm.com

Legal Assistants Assigned to R. Bisher:
  Dimples Carson – dcarson@rbrlawfirm.com
  Karen Odom – kodom@rbrlawfirm.com
  Teresa Johnson -tjohnson@rbrlawfirm.com

Monday, November 2, 2020

*Mail and Email*

Kellie Correia
Liberty Mutual Insurance - San Diego, CA
PO Box 515097
Los Angeles, CA 90051

  Re: Client: Brandon Wichert
    Your Insured: Brandon Wichert
    Claim No. 23840824
    Date of Loss: 5/15/19

Dear Kellie:

  I hope this finds you well. Can you please advise as to the status of your review and consideration of the demand sent to you on October 20, 2020.

  Thank you.

                Respectfully,

                Rick W. Bisher

RWB/rb

**EXHIBIT "8"**

Personal Injury · Workers' Compensation · Social Security · Auto Accidents · Nursing Home/Medical Negligence · Insurance Bad Faith ·
Product Liability · Wrongful Death · Catastrophic Injury Cases · Employment Law · Wrongful Termination