LAW OFFICES
# FENTON, FENTON, SMITH, RENEAU & MOON
A PROFESSIONAL CORPORATION

Founded 1947

Serving Oklahoma for more than half a century.

JOHN A McCALEB
C WILLIAM THRELKELD
BRENDA K PETERSON
MICHAEL S McMILLIN
GREG K BALLARD
C TODD WARD
J MARK McALESTER
STERLING E PRATT
CHRISTOPHER M CROUCH
JAMES B WILCOXEN
KELLY L OFFUTT
EMILY E ALLAN

211 NORTH ROBINSON, SUITE 800N
OKLAHOMA CITY, OKLAHOMA 73102-7106
TELEPHONE (405) 235-4671
FAX (405) 235-5247

Sender's e-mail: jmmcalester@fentonlaw.com

EDGAR FENTON (1890-1977)
MILTON R MOON (1921-1988)
WILLIAM G SMITH (1919-1993)
ELLIOTT C FENTON (1914-2015)
ALBERT L TAIT, JR (1950-2016)
WILLIAM DALE RENEAU (1931-2017)

OF COUNSEL
ROBERT E MANCHESTER (1936-2006)

OF COUNSEL
GERALD E KELLEY

August 6, 2021

Rick W. Bisher, Esq.
Ryan Bisher Ryan & Simons
4323 N.W. 63rd Street, Suite 110
Oklahoma City, Oklahoma 73116

  RE: Brandon Wichert
     Claim No: 23840824

Dear Mr. Bisher:

  Please be advised this firm has been asked, on behalf of Ohio Security Insurance Company ("Ohio Security"), to respond to your letter dated July 10, 2021, regarding Brandon Wichert. Please allow this to serve as a response to the issues raised in your letter, and an update on the status of the matter.

  We received your client's medical authorization dated July 21, 2021, and we are currently in the process of collecting Mr. Wichert's medical information from the known medical providers. We have also contacted counsel for the worker's compensation insurance carrier in order to obtain all medical records, pleadings, and other relevant documents the insurance carrier may have in their possession. However, we need authorization from the workers' compensation carrier to obtain those documents. Once we receive the authorization and obtain those documents, we will update you.

  In response to the allegations contained in your letter, we would take issue with your characterization and representation that Ohio Security is disinterested in conducting an independent and timely evaluation and investigation of Mr. Wichert's claim. Based on the timeline you provided, it appears Ohio Security promptly responded to your initial letter, writing to you on November 21, 2020. As stated in that email, Ohio Security was missing a significant number of relevant documents. Specifically, Ohio Security requested documents from Mr. Wichert that do not appear to have been provided to date – including but not limited to lost wages support, photographs, and workers' compensation records. It appears Ohio Security first received the documents requested in November, 2020, in July 2021 – some eight (8) months **after** the request. earlier and demanded an evaluation within ten (10) days of your letter.

**EXHIBIT "12"**

      Ohio Security remains committed to reviewing Mr. Wichert's claim, and any supporting information or documents, whether provided by your office or independently obtained from third parties, associated with the claim. Now that the signed and dated medical authorization has been provided to Ohio Security, our office is currently in the process of collecting medical records, workers' compensation records, and other documents which will enable Ohio Security to review Mr. Wichert's claim.

      If you have any questions, please contact me at our office.

Sincerely,

J. MARK McALESTER
For the Firm